# EXHIBIT B

# aetna®

| | |
|---|---|
| Facility name | Springfield Surgery Center |
| Facility street address (to be credentialed) | 105 Morris Avenue |
| City, State, Zip+4 | Springfield, NJ 07081 |
| Facility main phone number | 973-718-5550 |
| Facility main fax number | 732-707-4782 |
| | |
| Facility credentialing contact name | Keta Patel |
| Facility contact phone number | 551-358-4805 |
| Facility contact fax number | 732-707-4782 |
| Facility contact email (optional) | admin@ipmcpain.com |

# Action requested – complete facility credentialing questionnaire

We're committed to the quality of health care services delivered to our members. We have a well-defined and structured facility credentialing process in place. Below, you'll find the information we need to complete our credentialing process, as required by your Aetna agreement. Please note that Coventry Health Care and First Health are now part of Aetna. Please return the completed questionnaire and supporting documents listed below.

- Signed and dated attestation (bottom of questionnaire).
- Copy of the W-9. Tax ID number (TIN): ███████ 7990
- Medicare certification number: CCN-31C0001304
  ☐ Medicare Part A | ☐ Medicare Part B | ☒ Medicare Part C (ambulatory surgery only)
- Medicaid certification number: N/A
- National Provider Identifier (NPI)#: 1518300102
- Total number of licensed beds (for hospitals only) _____
- Current facility state license, if applicable.
- Copy of accreditation or certification certificates or letter (if applicable). Refer to page two for accrediting agencies.
- The most recent full CMS (re)certification survey, or state licensure survey/inspection report including corrective action plan and compliance letters, if the facility isn't accredited.
- Copy of Clinical Lab Improvement Amendment (CLIA) – for laboratories only.

| **Professional liability insurance coverage** |
|---|
| Do you have professional liability (malpractice) insurance coverage in place?    ☒ Yes  ☐ No |
| If yes, provide a copy of current professional liability insurance certificate, including carrier's name, effective and |

Aetna is the brand name used for products and services provided by one or more of the Aetna group of companies, (Aetna).
*For information obtained during verification from primary sources, as a practitioner, you have the right to correct discrepant or erroneous information by working directly with any reporting entities used during the credentialing process.

Proprietary

expiration dates, policy number, and liability dollar limits or provide details below:

Name of insurance carrier/insurer:

MD Advantage

| Policy effective date: 5/22/2019 | Policy expiration date: 5/22/2020 |
|---|---|

Policy number: ██████████████

| Amount per occurrence: $ ████████ | Amount per aggregate: $ ████████ |
|---|---|

**If you have additional information or additional insurance coverage, provide below:**

☐ Additional professional liability (including patient comp funds)   ☐ Self-insured retention
☐ Excess coverage   ☐ Umbrella

Name of insurance carrier/insurer:_____

Policy number: _____   Policy expiration date: _____

Per occurrence: $ _____   Per aggregate: $ _____

---

**Advance directive policy**

Do you have an advance directive policy?   ☒ Yes   ☐ No

**Hospital, nursing homes, home health care agency, and skilled nursing facility:** If you responded **No**, please include a copy of the specific section of your policy/process, which addresses that you do not maintain advance directive policies. You do not have to include the complete policy.

---

Please check the applicable box below for your facility type. Circle accreditation or certification and provide copy of certificate, if applicable.

| | |
|---|---|
| ☐ Chemical dependency hospital | TJC \| CARF \| HFAP \| COA \| DNV |
| ☐ Children's hospital | TJC \| HFAP \| DNV \| CIHQ |
| ☐ Community mental health center | TJC \| CARF \| HFAP \| COA |
| ☐ Comprehensive outpatient rehabilitation facility | TJC \| CARF |
| ☐ Crisis stabilization center | TJC \| CARF |
| ☐ Diagnostic radiology center | ACR \| AIUM \| IAC \| TJC |
| Services: ☐MRI ☐Mammography ☐Mobile unit ☐Other:_____ | |
| ☐ End-stage renal dialysis center | |
| ☐ Federally qualified health care centers | |
| ☐ Free standing emergency room | TJC \| AAAHC \| HFAP |
| ☒ Free standing surgery center | (TJC) \| AAAHC \| AAAASF \| HFAP\| IMQ |
| ☐ Home care agency | TJC \| CHAP \| ACHC |
| ☐ Hospice agency | TJC \| CHAP \| ACHC |
| ☐ Hospital | TJC \| HFAP \| DNV \| CIHQ |
| ☐ Intensive outpatient programs and clinics | TJC \| CARF \| HFAP \| COA |
| ☐ Laboratory | CLIA |
| Facility is a draw site only? ☐Yes or ☐No | |
| ☐ Long-term acute care hospital | TJC \| HFAP \| DNV |

Aetna is the brand name used for products and services provided by one or more of the Aetna group of companies, (Aetna).
*For information obtained during verification from primary sources, as a practitioner, you have the right to correct discrepant or erroneous information by working directly with any reporting entities used during the credentialing process.

- [ ] Nursing home                                              TJC | CARF | CCAC
- [ ] Outpatient diabetics self-management training providers   ADA | IHS
- [ ] Outpatient physical therapy facility                      AAAASF
- [ ] Outpatient speech pathology                               AAAASF
- [ ] Partial hospitalization program                           TJC | CARF | HFAP | COA | DNV
- [ ] Portable X-ray suppliers                                  FDA
- [ ] Psychiatric/mental health hospital                        TJC | CARF | HFAP | COA | DNV
- [ ] Residential treatment facility               TJC | CARF | HFAP | COA
- [ ] Rural health clinics                                      AAAASF
- [ ] Skilled nursing facility                                  TJC | CARF | CCAC
- [ ] Substance abuse facility                                  TJC | CARF | COA
- [ ] Urgent care facility
- [ ] Voluntary interruption of pregnancy center                TJC | AAAASF | AAAHC
- [ ] Other: _____

Aetna is the brand name used for products and services provided by one or more of the Aetna group of companies, (Aetna).
*For information obtained during verification from primary sources, as a practitioner, you have the right to correct discrepant or erroneous information by working directly with any reporting entities used during the credentialing process.

Proprietary

| Response to questions required only if your facility type is listed below: |
| --- |
| **Federally qualified health care centers** – Please confirm you currently meet and will continue to meet Medicare conditions of coverage as defined in the Social Security Act §1861(aa)? ☐ **Yes** ☐ **No** <br> **If no, attach an explanation of any deficiencies.** |
| **Comprehensive outpatient rehabilitation facility, end-stage renal dialysis center, outpatient physical therapy, outpatient speech pathology and rural health centers:** Please confirm you currently meet and will continue to comply with all Centers for Medicare & Medicaid Services or state survey requirements. ☐ **Yes** ☐ **No** <br> **If no, attach an explanation of any deficiencies.** |

| Attestation |
| --- |
| By signing below, I consent and authorize the release of any and all information to Aetna that may be relevant and necessary to the process of reviewing and evaluating the qualifications of the Organizational Provider for Credentialing, including any applicable information about disciplinary actions and information that might otherwise be considered confidential or privileged. <br><br> I know that it is my responsibility to give enough information to Aetna to show that the organization is compliant with Aetna's credentialing process. I know that any false statement or mistake in this questionnaire will be a reason to reject or end the organization's participation in the network. If there are any changes in the information I provided, making the above information no longer correct and complete, I understand and agree that it is my responsibility to let Aetna know within (30) days of the occurrence. I know if I don't provide the necessary information on the organization's behalf within the 30-day timeframe, the organization may not be part of the Aetna network. <br><br> I certify that the information contained in this survey and all attachments is accurate, complete and true. |

| Name: _Amit Poorua, MD_ | Signature(s): _(signature)_ |
| --- | --- |
| Title: _Sole Member_ | Date: _12/04/2019_ |

Aetna is the brand name used for products and services provided by one or more of the Aetna group of companies, (Aetna).
*For information obtained during verification from primary sources, as a practitioner, you have the right to correct discrepant or erroneous information by working directly with any reporting entities used during the credentialing process.

Proprietary