# EXHIBIT D



HOME        ABOUT        BILLING AND INSURANCE        CONTACT

# Springfield Surgery Center

State-of-the-art outpatient ambulatory facility located in Springfield, New Jersey.

LEARN MORE

Case 2:26-cv-06623-ES-MAH   Document 1-4   Filed 06/05/26   Page 3 of 4 PageID: 54



Springfield
**Surgery Center**

HOME          ABOUT          BILLING AND INSURANCE          CONTACT



# About Us

Springfield Surgery Center is a state-of-the-art outpatient ambulatory facility located in Springfield, New Jersey. We are dedicated to providing advanced, compassionate, comprehensive care to our patients. We are continuously maintaining patient safety, infection control standards, and quality health care by meeting federal, state, and national standards. We specialize in interventional pain management and are staffed with board certified, board eligible physicians who are always ready to provide quality care to their patients.

**Same Day Procedures**          **Board Certified Physicians**          **State-of-the-art Facility**          **Compassionate Comprehensive Care**

Case 2:26-cv-06623-ES-MAH Document 1-4 Filed 06/05/26 Page 4 of 4 PageID: 55



**HOME**          **ABOUT**          **BILLING AND INSURANCE**          **CONTACT**

## Accreditation and Certifications

- Certified Medicare Facility
- Registered by the New Jersey Department of Health and Senior Services
- Accredited by The Joint Commission
- Member of the New Jersey Association of Ambulatory Surgery Centers

## Procedures:

- Epidural Steroid Injections
- Facet Block Injection
- Radiofrequency Ablations
- Major Joint Steroid Injections
- Spinal Cord Stimulator Trials

## Our Physicians:

Board Certified Interventional Pain Management Specialists:

- Dr. Amit Poonia
- Dr. Hadi Moten
- Dr. Noushin Mirmadjlessi

### CONTACT

**CONTACT FORM**

973-718-5550 (TEL)

### ADDRESS

**Springfield Surgery Center**
105 Morris Avenue
Springfield, NJ 07081

### HOURS

| | |
|---|---|
| Saturday | 6:00 am - 6:00 pm |
| Sunday | 6:00 am - 6:00 pm |
| Monday | 6:00 am - 6:00 pm |
| Tuesday | Closed |
| Wednesday | 6:30 am - 6:00 pm |
| Thursday | 6:00 am - 6:00 pm |
| Friday | 6:00 am - 6:00 pm |