# EXHIBIT F

```
Status Report For:      PARK AVENUE SURGERY CENTER LLC
Report Date:            5/6/2026
Confirmation Number:    261264090175
```

## IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION

```
Business ID Number:     0400250345
Business Type:          DOMESTIC LIMITED LIABILITY COMPANY
Status:                 ACTIVE
Original Filing Date:   09/18/2008
Stock Amount:           N/A
Home Jurisdiction:      NJ
Status Change Date:     NOT APPLICABLE
```

## REVOCATION/SUSPENSION INFORMATION

```
DOR Suspension Start    N/A
Date:
DOR Suspension End      N/A
Date:
Tax Suspension Start    N/A
Date:
Tax Suspension End      N/A
Date:
```

## ANNUAL REPORT INFORMATION

```
Annual Report Month:    SEPTEMBER
Last Annual Report      01/23/2026
Filed:
Year:                   2025
```

## AGENT/SERVICE OF PROCESS (SOP)INFORMATION

```
Agent:                  ADITY SHARMA
Agent/SOP Address:      1 BELLA VISTA CT ,COLTS NECK,NJ,07722
Address Status:         DELIVERABLE
Main Business Address:  1001 CLIFTON AVE STE 2A, CLIFTON, NJ, 07013
Principal Business      1001 CLIFTON AVE STE 2A,CLIFTON,NJ,07013
Address:
```

## ASSOCIATED NAMES

```
Associated Name:        N/A
Type:                   N/A
```

## PRINCIPALS

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

| | |
|---|---|
| Title: | PRESIDENT |
| Name: | SHARMA,ADITY |
| Address: | 1 BELLA VISTA CT, COLTS NECK, NJ, 07722 |

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

| | |
|---|---|
| Original Filing (Certificate)Date: | 2008 |

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
|---|---|
| CORRECTION | 2024 |
| CORRECTION | 2024 |
| CHANGE OF AGENT AND OFFICE | 2015 |
| CHANGE OF AGENT AND OFFICE | 2024 |
| AMENDMENT | 2015 |
| Annual Report Filing with address change | 2018 |
| Annual Report filing with officer/member change | 2017 |
| Annual Report filing with officer/member change | 2018 |
| Annual Report filing with officer/member change | 2021 |
| Annual Report filing with officer/member change | 2020 |

Note:

Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date),

may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.