# EXHIBIT G



Home    Billing Info ⌄    Photo Gallery
Physician Credentialing    Contact Us

# EXPERIENCE SIMPLICITY

To provide the patient community with a premier medical facility that is conveniently located and offers a comfortable and safe surgical and recovery environment.

CONTACT US



Home    Billing Info ⌄    Photo Gallery
Physician Credentialing    Contact Us



# Welcome to Park Avenue Surgery Center

Since first opening our doors in 2015, Park Avenue Surgery Center in Edison, NJ has been dedicated to providing high quality outpatient surgical care in a convenient and comfortable setting. We treat our patients and their families with the highest quality of care and maintain an enduring commitment to excellence.

We are a multi-specialty Ambulatory Surgery Center (ASC) accredited by Joint Commission and Medicare-certified. Park Avenue Surgery Center specializes in Interventional Pain Management, Orthopedic Surgery, Podiatry, and Spine Surgery. Our physicians are board-certified with significant training and experience in their respective specialties.

Park Avenue Surgery Center features advanced medical equipment dedicated to providing our patients with the absolute best that medicine has to offer and setting new standards of excellence in health care.

## Accreditation and Certifications:

- NJDOH Licensed Ambulatory Care Facility
- Accredited by The Joint Commission
- Certified Medicare Facility
- Member of the New Jersey Association of Ambulatory Surgery Centers



Home    Billing Info ⌄    Photo Gallery
Physician Credentialing    Contact Us

# Photo Gallery

## CONTACT INFO

### CONTACT

(732) 243-9478

## ADDRESS

**Park Avenue Surgery Center**
3848 Park Avenue
Edison, New Jersey

f    𝕏    ✉    ⊙

## BUSINESS HOURS

| Monday | 6:30 am - 1:30 am |
| Tuesday | 6:30 am - 2:00 pm |
| Wednesday | 6:30 am - 2:00 pm |
| Thursday | 6:30 am - 2:00 pm |
| Friday | 6:30 am - 2:00 pm |
| Saturday | 6:30 am - 2:00 pm |
| Sunday | 6:30 am - 2:00 pm |