# EXHIBIT H

## (Document Subject to Pending Motion to File Under Seal)