# EXHIBIT I

```
Status Report For:      BROOKLINE SURGERY CENTER LLC
Report Date:            5/6/2026
Confirmation Number:    261264090175
```

## IDENTIFICATION NUMBER, ENTITY TYPE AND STATUS INFORMATION

```
Business ID Number:     0450605068
Business Type:          DOMESTIC LIMITED LIABILITY COMPANY
Status:                 ACTIVE
Original Filing Date:   02/12/2021
Stock Amount:           N/A
Home Jurisdiction:      NJ
Status Change Date:     NOT APPLICABLE
```

## REVOCATION/SUSPENSION INFORMATION

```
DOR Suspension Start    N/A
Date:
DOR Suspension End      N/A
Date:
Tax Suspension Start    N/A
Date:
Tax Suspension End      N/A
Date:
```

## ANNUAL REPORT INFORMATION

```
Annual Report Month:    FEBRUARY
Last Annual Report      12/09/2024
Filed:
Year:                   2025
```

## AGENT/SERVICE OF PROCESS (SOP)INFORMATION

```
Agent:                  ADITY SHARMA, M.D.
Agent/SOP Address:      620 CRANBURY ROAD SUITE 115,EAST
                        BRUNSWICK,NJ,08816
Address Status:         DELIVERABLE
Main Business Address:  620 CRANBURY RD, SUITE 115, EAST BRUNSWICK,
                        NJ, 08816
Principal Business      N/A
Address:
```

## ASSOCIATED NAMES

```
Associated Name:        N/A
Type:                   N/A
```

## PRINCIPALS

Following are the most recently reported officers/directors (corporations), managers/members/managing members (LLCs), general partners (LPs), trustees/officers (non-profits).

| | |
|---|---|
| Title: | MANAGING MEMBER |
| Name: | SHARMA,ADITY |
| Address: | 620 CRANBURY ROAD, SUITE 115, EAST BRUNSWICK, NJ, 08816 |

**FILING HISTORY -- CORPORATIONS, LIMITED LIABILITY COMPANIES, LIMITED PARTNERSHIPS AND LIMITED LIABILITY PARTNERSHIPS**

To order copies of any of the filings below, return to the service page, https://www.njportal.com/DOR/businessrecords/Default.aspx and follow the instructions for obtaining copies. Please note that trade names are filed initially with the County Clerk(s) and are not available through this service. Contact the Division for instructions on how to order Trade Mark documents.

Charter Documents for Corporations, LLCs, LPs and LLPs

| | |
|---|---|
| Original Filing (Certificate)Date: | 2021 |

Changes and Amendments to the Original Certificate:

| Filing Type | Year Filed |
|---|---|
| CHANGE OF AGENT AND OFFICE | 2023 |
| CHANGE OF AGENT AND OFFICE | 2025 |
| AMENDMENT | 2025 |
| Annual Report filing with officer/member change | 2023 |

Note:

Copies of some of the charter documents above, particularly those filed before June 1988 and recently filed documents (filed less than 20 work days from the current date), may not be available for online download.

- For older filings, contact the Division for instructions on how to order.
- For recent filings, allow 20 work days from the estimated filing date, revisit the service center at https://www.njportal.com/DOR/businessrecords/Default.aspx periodically, search for the business again and build a current list of its filings. Repeat this procedure until the document shows on the list of documents available for download.

The Division cannot provide information on filing requests that are in process. Only officially filed documents are available for download.