# EXHIBIT K

NPPES NPI Registry          NPPES   Downloads   API   Help

# Provider Information for 1649691791

The following NPI(s) contain information matching your search criteria. Please select the NPI to view all the data associated with the NPI.

Home  /  Back To Results  /  NPI View

**Please Note:** Issuance of an NPI does not ensure or validate that the Health Care Provider is Licensed or Credentialed. For more information please refer to **NPI: What You Need to Know**

NEW YORK INTERVENTIONAL PAIN MANAGEMENT, P.C.
Other Names:

| | | |
|---|---|---|
| Doing Business As: | GREENWOOD MEDICAL CENTER, P.C. |

Organization Subpart: NO

NPI: 1649691791

Last Updated: 2013-12-16
Certification Date:

## Details

| Name | Value |
|---|---|
| NPI | 1649691791 |
| Enumeration Date | 2013-12-16 |
| NPI Type | NPI-2 Organization |
| Status | Active |
| Authorized Official | Name: AMIT POONIA M.D. Title: Medical Director |

NPPES NPI Registry

NPPES   Downloads   API   Help

| | |
|---|---|
| Information | Phone: ~~732-952-5533~~ |
| Mailing Address | 26 THROCKMORTON LN<br>2ND FLOOR<br>OLD BRIDGE, NJ 08857-2520<br>United States<br><br>Phone: 732-952-5533 \| Fax:<br>View Map |
| Primary Practice Address | 668 5TH AVE<br>BROOKLYN, NY 11215-6305<br>United States<br><br>Phone: 718-499-4995 \| Fax:718-499-4851<br>View Map |
| Secondary Practice Address(es) | |

| Health Information Exchange | Endpoint Type | Endpoint | Endpoint Description | Use | Content Type | Affiliation | Endpo Locatio |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Other Identifiers | Issuer | State | Number | Other Issuer |
|---|---|---|---|---|
| | | | | |

| Taxonomy | Primary Taxonomy | Selected Taxonomy | State | License Number |
|---|---|---|---|---|
| | Yes | 193400000X - Multiple Single Specialty Group<br>208VP0014X - Pain Medicine - Interventional Pain Medicine | NY | 269042 |



A federal government website managed by the
U.S. Centers for Medicare & Medicaid Services
7500 Security Boulevard, Baltimore, MD 21244

NPPES NPI Registry                                    NPPES   Downloads   API   Help