# EXHIBIT L

NPPES NPI Registry

NPPES   Downloads   API   Help

# Provider Information for 1720978018

The following NPI(s) contain information matching your search criteria. Please select the NPI to view all the data associated with the NPI.

Home / Back To Results / NPI View

**Please Note:** Issuance of an NPI does not ensure or validate that the Health Care Provider is Licensed or Credentialed. For more information please refer to NPI: What You Need to Know

## PREMIER ANESTHESIA GROUP PC
Organization Subpart: NO

NPI: 1720978018

Last Updated: 2025-07-08
Certification Date: 2025-07-08

## Details

| Name | Value |
|---|---|
| NPI | 1720978018 |
| Enumeration Date | 2025-07-08 |
| NPI Type | NPI-2 Organization |
| Status | Active |
| Authorized Official Information | Name: Dr. AMIT POONIA MD<br>Title: President<br>Phone: 7329525533 |
| Mailing Address | 1001 CLIFTON AVE STE 2A<br>CLIFTON, NJ 07013-3586<br>United States |

NPPES NPI Registry

NPPES    Downloads    API    Help

Phone: 732-952-5533 | Fax:732-707-4732

View Map ↗

| Primary Practice Address | 105 MORRIS AVE FL 1<br>SPRINGFIELD, NJ 07081-1327<br>United States<br><br>Phone: 732-952-5533 \| Fax:732-707-4732<br>View Map ↗ |
|---|---|
| Secondary Practice Address(es) | 3848 PARK AVE<br>EDISON, NJ 08820-2508<br>United States<br><br>Phone: 732-952-5533 \| Fax:732-707-4732<br>View Map ↗ |

| Health Information Exchange | Endpoint Type | Endpoint | Endpoint Description | Use | Content Type | Affiliation | Endpo Locatic |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

| Other Identifiers | Issuer | State | Number | Other Issuer |
|---|---|---|---|---|
|  |  |  |  |  |

| Taxonomy | Primary Taxonomy | Selected Taxonomy | State | License Number |
|---|---|---|---|---|
|  | Yes | 193400000X - Single Specialty Group<br>207L00000X - Anesthesiology |  |  |



A federal government website managed by the
**U.S. Centers for Medicare & Medicaid Services**
7500 Security Boulevard, Baltimore, MD 21244