# EXHIBIT M



# 718-804-5916

*Call to Make an Appointment*



**MAKE APPOINTMENT**

HOME / ABOUT US / TESTIMONIALS / OUR TEAM / AREAS ⌄ / CONDITIONS ⌄ /
TREATMENTS ⌄ / CONTACT / LOCATIONS ⌄ / PAPERWORK ⌄

# LOCATIONS

With locations around NJ and Staten Island, we are always down the street
from you!



**Find Location Near Me**

## Staten Island

2537 Amboy Rd, Staten Island, NY 10306, United States

## Old Bridge

42 Throckmorton Ln, Old Bridge, NJ 08857, United States

## East Brunswick

3 Cornwall Dr, East Brunswick, NJ 08816, United States

## Clifton

1001 Clifton Ave, Clifton, NJ 07013, United States

## Toms River

452 Lakehurst Rd, Toms River, NJ 08755, United States

## Springfield Township

105 Morris Ave, Springfield Twp (Union county), NJ 07081, United States

## Edison

3848 Park Ave, Edison, NJ 08820, United States

## Perth Amboy

763 Convery Blvd, Perth Amboy, NJ 08861, United States

## Warren

266 King George Road, Warren, New Jersey 07059, United States

## Somerville

1 US Route 206, Somerville, New Jersey 08876, United States

## Denville

35 West Main Street, STE 103, Denville, New Jersey 07834, United States

**Somerset**

100 Franklin Square Drive, STE 102, Somerset, New Jersey 08873, United States

**Elizabeth**

470 North Avenue, Elizabeth, New Jersey 07208, United States

# Stop Hurting, Start Living!

Take the first step and make an appointment

**APPOINTMENT FORM**

---

 **Adeela Khalid** ★★★★★

"I consulted Dr. Poonia for neck pain after hearing about him from a friend and I was very satisfied with the treatment. He is very professional and spends a lot of time with patient. His techniques helped me alot in pain relief. The office..." **READ MORE**

 Google review

---

 **Michael Wang** ★★★★★

"I highly recommend this pain practice. Doctors and staff are very professional and pleasant. I am very happy with the treatment they have provided. I have referred this practice lot of my friends and family members and I would recommend thi..." **READ MORE**

 Google review

---

 **Gator Don't Play** ★★★★★

"Great people at the front desk. I have never waited more than 10mins to see the doctor. I have been going here for over a year with multiple procedures done!"

 Google review



**Sean Jiang** ★★★★★

"I would highly recommend this pain practice to every patient who is suffering from chronic pain, the pain doctor was very professional and he devoted ample time in explaining me the pathology that was causing the pain and treatment plan. Th..."

READ MORE

 Google review



**Chris DiSalvo** ★★★★★

"Dr. Poonia & Sharma are both wonderful. The treatments are quick and helpful. Would recommend for anyone with pain to visit them."

 Google review



**Krishna Kumar** ★★★★★

"Dr. Amit Poonia is Simply Superb. My wife had severe Spine pain and his treatment completely removed all her pain. I had to take her in wheel chair and after the treatment she was completely alright. Dr. Poonia, explains the spine issues a..." READ MORE

 Google review

 **INTERVENTIONAL PAIN MANAGEMENT AND ORTHO-SPINE CENTER**

At Interventional Pain Management and Ortho-Spine Center, we understand your pain, and the impact it can have on your life. Our pain management, orthopedic, spine, and vein disease specialists will find the source of your pain. Then, we'll use safe, effective treatments – chosen just for you – to reduce or get rid of your pain. Schedule your appointment today!

**AREAS**

Pain Management

Orthopedic

Spine Care

Vein Disease

**CONDITIONS**

Low Back Pain

Upper & Mid-Back Pain

Neck Pain

Sciatica

Herniated or Bulging Disc

More Conditions >>

**TREATMENTS**

Spinal Cord Stimulation

Joint Replacement

Surgery

More Treatments >>

**QUICK LINKS**

Make My Appointment

Find Location Near Me

Contact

Accessibility Statement

COVID-19 Message

Serving patients in New Jersey and Staten Island

# 718-804-5916

*Call to Make an Appointment*

The information, including but not limited to, text, videos. graphics, and other material contained on this website are for informational purposes only. It is not intended to be a substitute for professional medical advice, diagnosis or treatment. Always seek the advice of your doctor and never disregard professional medical advice or delay in seeking it because of something you have read on this website.

The New Jersey Out of Network Law requires our office to notify you, as a patient, that some of the services rendered by our staff may be provided on an out of network basis. However, not all of our providers participate in the same insurance plans as others. You have the right to request a list of insurances that some of our providers are out of network with. You also have the right to request an estimate of charges and other pertinent information prior to receiving services. Our office is available to answer any questions you may have and you can also contact your insurance company for additional information.

Privacy Policy | Medical Disclaimer | Terms of Use | Accessibility Statement
Your Rights and Protections Against Surprise Medical Bills

© Copyright 2015-2025 Interventional Pain Management and Ortho-Spine Center