# EXHIBIT N

# Provider Information for 1225494016

The following NPI(s) contain information matching your search criteria. Please select the NPI to view all the data associated with the NPI.

Home  /  Back To Results  /  NPI View

**Please Note:** Issuance of an NPI does not ensure or validate that the Health Care Provider is Licensed or Credentialed. For more information please refer to **NPI: What You Need to Know**

INTERVENTIONAL PAIN MANAGEMENT AND ORTHO-SPINE CENTER LLC
Organization Subpart: NO

NPI: 1225494016

Last Updated: 2022-07-21
Certification Date:

## Details

| Name | Value |
|---|---|
| NPI | 1225494016 |
| Enumeration Date | 2016-01-08 |
| NPI Type | NPI-2 Organization |
| Status | Active |
| Authorized Official Information | Name: Dr. ADITY SHARMA M.D.<br>Title: MEDICAL DIRECTOR<br>Phone: 7329525533 |
| Mailing Address | 3848 PARK AVE STE 101<br>EDISON, NJ 08820-2508<br>United States |

NPPES NPI Registry

NPPES    Downloads    API    Help

Phone: 732-952-5533 | Fax:
View Map ↗

| Primary Practice Address | 3848 PARK AVE STE 101<br>EDISON, NJ 08820-2508<br>United States<br><br>Phone: 732-952-5533 \| Fax:<br>View Map ↗ |
| --- | --- |
| Secondary Practice Address(es) | |

**Health Information Exchange**

| Endpoint Type | Endpoint | Endpoint Description | Use | Content Type | Affiliation | Endpo Locatic |
| --- | --- | --- | --- | --- | --- | --- |

**Other Identifiers**

| Issuer | State | Number | Other Issuer |
| --- | --- | --- | --- |

**Taxonomy**

| Primary Taxonomy | Selected Taxonomy | State | License Number |
| --- | --- | --- | --- |
| No | 193200000X - Multi-Specialty Group<br>208VP0014X - Pain Medicine - Interventional Pain Medicine | | |
| Yes | 193200000X - Multi-Specialty Group<br>207XS0117X - Orthopaedic Surgery - Orthopaedic Surgery of the Spine | | |



A federal government website managed by the
U.S. Centers for Medicare & Medicaid Services
7500 Security Boulevard, Baltimore, MD 21244