# EXHIBIT O

# Provider Information for 1518300102

The following NPI(s) contain information matching your search criteria. Please select the NPI to view all the data associated with the NPI.

Home / Back To Results / NPI View

**Please Note:** **Issuance of an NPI does not ensure or validate that the Health Care Provider is Licensed or Credentialed. For more information please refer to NPI: What You Need to Know**

## SPRINGFIELD SURGERY CENTER, LLC
Organization Subpart: NO

NPI: 1518300102

Last Updated: 2013-04-12
Certification Date:

## Details

| Name | Value |
| --- | --- |
| NPI | 1518300102 |
| Enumeration Date | 2013-04-12 |
| NPI Type | NPI-2 Organization |
| Status | Active |
| Authorized Official Information | Name: AMIT POONIA M.D. Title: President Phone: 3017873797 |
| Mailing Address | 105 MORRIS AVE 1ST FLOOR SPRINGFIELD, NJ 07081-1395 United States |

|  |  |
|---|---|
| | Phone: | Fax:<br>View Map ⧉ |
| Primary Practice Address | 105 MORRIS AVE<br>1ST FLOOR<br>SPRINGFIELD, NJ 07081-1395<br>United States<br><br>Phone: 732-952-5533 \| Fax:732-564-6722<br>View Map ⧉ |
| Secondary Practice Address(es) | |

**Health Information Exchange**

| Endpoint Type | Endpoint | Endpoint Description | Use | Content Type | Affiliation | Endpo Locati |
|---|---|---|---|---|---|---|
| | | | | | | |

**Other Identifiers**

| Issuer | State | Number | Other Issuer |
|---|---|---|---|
| | | | |

**Taxonomy**

| Primary Taxonomy | Selected Taxonomy | State | License Number |
|---|---|---|---|
| Yes | 261QA1903X - Clinic/Center - Ambulatory Surgical | NJ | 25MA088977( |



A federal government website managed by the
**U.S. Centers for Medicare & Medicaid Services**
7500 Security Boulevard, Baltimore, MD 21244