# EXHIBIT Q



# Provider manual

Resources, policies and procedures at your fingertips

**Aetna.com**

1126773-01-02  (8/23)

# Welcome to your provider manual

Your provider resource ........................................................ 5
   Creating a diverse, equitable and safe workplace ........ 5
   A word about compliance ................................................ 5
   Here to help you................................................................ 5
   Changes and updates........................................................ 6
   Health Equity .................................................................... 6
   New to the Aetna network?.............................................. 6
      Local network information ............................................ 6
Provider data demographics .............................................. 7
   Updating your data helps patients find you................... 7
   Medicare and commercial providers ............................. 7
   Provider roster requirements.......................................... 7
Helpful links....................................................................... 9
Key contacts...................................................................... 10
Electronic solutions .......................................................... 12
   Eligibility and benefits inquiry ...................................... 12
   Patient cost estimator*.................................................. 12
   Authorization adds, inquiries and updates ................... 12
   Referral add and inquiry ................................................ 13
   Claim submissions ......................................................... 13
   Claim disputes and appeals........................................... 13
   Claim status transactions .............................................. 13
   Rules for electronic submission ................................... 13
   Electronic payment methods......................................... 14
   Online claims Explanation of Benefits
   (EOB) statements........................................................... 14
   Electronic remittance advice (ERA) .............................. 14
   Capitated providers........................................................ 14
   Working through clearinghouse vendors:
   transactions by vendor .................................................. 14
Our products ..................................................................... 15
   Aetna® Benefits Products booklet.................................. 15
Joining our network .......................................................... 15
   How to apply .................................................................. 15
   Credentialing (and recredentialing)............................... 15
      Facilities ..................................................................... 15
      Health care professionals ......................................... 15
      How to check the status of your application.............. 15
   Radiology accreditation................................................. 15
   Provider identification numbers ................................... 16
      Share your National Provider Identifier (NPI)............. 16
      Aetna provider identification number (PIN) ............... 16
   Accessibility standards and participation criteria......... 16
      Primary care provider (PCP) responsibilities.............. 16
      Specialty care provider responsibilities...................... 16
      Physician-requested member transfer....................... 16
   Medical clinical policy bulletins..................................... 17
   Compliance ..................................................................... 18
      Nondiscrimination...................................................... 18
      Closed panel .............................................................. 18
      Members rights and responsibilities........................... 18
      Advance directives and the Patient Self-
      Determination Act (PSDA) ......................................... 18
      Informed consent....................................................... 19
   Transparency: Physician-member
   communications policy.................................................... 19

Verifying member eligibility and benefits ....................... 20
   How to interpret a member ID card............................... 20
   Member identification and verification of eligibility..... 20
      Digital ID cards .......................................................... 20
      Member ID cards ....................................................... 20
      Group enrollment form.............................................. 20
   Newborn enrollment ...................................................... 21
   Verifying benefits ........................................................... 21
Verifying your network participation ............................... 21
Precertification ................................................................. 22
Emergencies ..................................................................... 22
   Medical emergencies ..................................................... 22
   Follow-up care after emergencies................................. 22
Claims and billing ............................................................. 22
   Member billing ............................................................... 22
      Billing members for noncovered services
      — consent requirements ........................................... 22
      Billing and balance-billing members ......................... 23
      Other billing situations.............................................. 23
      Initiating a collection action against a payer............. 23
      Concierge medicine ................................................... 23
   Claims information ......................................................... 24
      Electronic claims submission..................................... 24
      Claims submission tips............................................... 24
      Disagree with a claim decision? ................................ 24
      Claims addresses........................................................ 24
      Clean claims ............................................................... 25
   Coordination of benefits ............................................... 25
      Coordination of benefits with
      commercial carriers.................................................... 26
      Coordination of benefits with Medicare ................... 26
      Medicare coverage..................................................... 27
      Medicare estimation .................................................. 27
      Medicare and Medicaid dual eligibles....................... 27
      Medicare Part D plans................................................ 27
      Coordination of benefits with automobile
      insurance/no-fault benefits ....................................... 28
   The National Advantage™ Program ............................. 28
   Coding ............................................................................ 28
   Claims payment policy — rebundling .......................... 28
   Diagnosis-related group (DRG) ..................................... 28
      A DRG interim bill ...................................................... 28
      Overpayment .............................................................. 28
Audits ............................................................................... 29
   Hospital bill audit ........................................................... 29
   Outpatient Validation Audits ......................................... 29
   Diagnosis-related group (DRG) audit ........................... 29
   Implant audit .................................................................. 29
   Prepay review................................................................. 29
   OrthoNet ......................................................................... 29
   Where to send Aetna® records....................................... 29
Medical records................................................................ 30
   Record keeping............................................................... 30
      Participating practitioner medical record criteria .... 30
      Organization............................................................... 30
      Examination................................................................ 32

*FOR PATIENT COST ESTIMATOR: Does not apply to any Aetna Medicare Advantage plans.

**Aetna is the brand name used for products and services provided by one or more of the Aetna group of companies, including Aetna Life Insurance Company and its affiliates (Aetna).**

Studies ................................................ 32
Communication.................................. 32
Records maintenance and access ............................. 32
Maintenance ...................................... 32
Member record access............................................ 32
Privacy practices.................................................... 33

Referrals ....................................................................34
Referral policies.................................................... 34
Referral requirements................................... 34
When referrals are not required ................................ 34
Notice and termination................................. 34
Member's consent for nonparticipating providers' referrals........................................... 35
Referral processes ...................................... 35

Utilization management ...............................................35
Overview .............................................................. 35
Utilization management and standards ....................... 35
How to contact us about utilization management issues ..................................... 36
Utilization review policies........................................ 36
How we determine coverage..................................... 36
Admissions protocol................................................ 37
Notify us of hospital admissions within one business day............................................. 37
All-products precertification list .................................. 37

Member programs and resources .................................38
Member programs ................................................. 38
Care management................................... 38
Disease management ........................... 38
Aetna® Healthy Lifestyle Coaching program............ 38
Aetna® Lifestyle and Condition Coaching program ...................................... 39
Fitness programs for Aetna Medicare Advantage members ...................................... 39
Aetna Women's Health Program ................................ 39
Member resources.................................................. 39
24-hour Nurse Line ..................................... 39
**Institutes of Excellence**® network ......................... 39
**Institutes of Quality**® designation ........................... 39
Aetna Institutes® Gene-based, Cellular and Other Innovative Therapies (GCIT®) Designated Networks .................................. 39
Behavioral health ................................................... 39
Behavioral health access standards .......................... 40
Behavioral Health Screening Programs ................... 40
Complex Case Management ...................................... 40
The Aetna® Depression in Primary Care Program...40
Screening, Brief Intervention and Referral to Treatment (SBIRT) practice ...................... 41
The Aetna Opioid Overdose Risk Screening Program....................................... 41
D-SNP Screening for coexisting behavioral health and substance use disorders.................................... 41

Pharmacy management and drug formulary ................42
Overview of the Pharmacy Plan Drug List (formulary) ......................................... 42
Commercial plans............................................ 42
Aetna Medicare Prescription Drug Plans.................. 42
Requirements for Part B drugs..................................... 42

How your patients can learn more .............................. 42
Treating complex diseases and chronic conditions 43
Ordering through CVS Specialty is easy .................. 43
Electronic prescribing  ............................... 43
Pharmacy clinical policy bulletins.............................. 43
Precertification ..................................................... 43
Step therapy ........................................................ 43
Quantity limits.................................................... 44
Generic drugs...................................................... 44
*Medical exception and precertification*......................45

Performance programs .............................................46
Quality, accreditation, review and reporting activities 46
Aexcel® network of specialist doctors.......................... 46
Patient-centered medical home (PCMH) ................... 46
Physician pay for performance (P4P) ....................... 47

Clinical medical management ....................................47
Clinical practice and preventive service guidelines....47
Clinical practice guidelines ...................................... 48
Behavioral health clinical practice guidelines ............. 48
Preventive services guidelines ..................................... 48
Case management.................................................... 48

Coordination of care ................................................49
Importance of collaboration........................................ 49
Sharing patient information......................................... 49
Accessing communication forms ................................. 49
Transition of care .................................................. 49
The four steps for requesting transition of care .......50

Complaints and appeals...........................................50

Medicare................................................................. 51
Aetna Medicare Advantage plans................................51
Aetna Medicare health maintenance organization (HMO) plans and Aetna Medicare HMO Prime plans .......................... 51
Aetna Medicare HMO plans with open access.........51
Aetna Medicare preferred provider organization (PPO) plans and Aetna Medicare PPO Prime plans............................ 51
Aetna Medicare Advantage plans (HMO and PPO).............................................. 51
Aetna Medicare Advantage HMO plan......................51
Aetna Medicare Advantage PPO plan .......................51
Home assessment program ........................................ 52
Quality improvement program ..................................... 52
Medicare prescription drug plan ................................. 52
Transition-of-coverage (TOC) policy........................53
Additional prescription drug plan information .............53
Preferred pharmacies ................................. 54
Part D drug rules ........................................ 54
Home infusion .................................................. 54
Additional Aetna Medicare Advantage information....55
Physician-member communications policy .............55
Demographic data quarterly attestation....................55
Collecting all Aetna Medicare Advantage plan member cost sharing ................................ 55
Access to facilities and records................................. 56
Access to services ................................................ 56
Medicare Outpatient Observation Notice (MOON) requirement ................................................ 56

*FOR BEHAVIORAL HEALTH ACCESS STANDARDS: unless state requirements are more stringent.

**Aetna Medicare Advantage plans must comply with CMS requirements and time frames when processing appeals and grievances received from Aetna Medicare Advantage plan members. Refer to the **Medicare** section, which begins on page 52 of this manual, for further information.

Medicare Medical Loss Ratio
(MLR) requirements....................................................56
Advance directives.....................................................56
MA Organization Determination (OD) process.........57
Ban of Advance Beneficiary Notice of Noncoverage
(ABN) for Medicare Advantage (MA) .........................57
Medicare prescription drug plan (PDP and MAPD)
coverage determinations and
exceptions process....................................................58
Medicare Advantage (MA and MAPD) and Medicare
PDP member grievance and appeal rights...............58
Obligation to respond to requests for records .........59
Confidentiality and accuracy of member records...59
Coverage of renal dialysis services for Medicare
members who are temporarily out-of-area ..............59
Direct access to in-network women's
health specialists.......................................................59
Direct-access immunizations.....................................59
Emergency services ...................................................60
Health-risk assessment..............................................60
Receipt of federal funds, compliance with federal
laws, and prohibition on discrimination....................60
Provider terminations ................................................60
Financial liability for payment for services ................60
Medicare Compliance Program requirements .........61
Standards of Conduct and Compliance policies ......61
Exclusion list screening..............................................61
Oversight of your subcontractors..............................61
What may happen if you don't comply ......................61
Making sure you maintain documentation ................61
Report concerns or questions....................................61
Special Needs Plans (SNPs) Model of Care...............61
The Patient Protection and Affordable Care Act
(PPACA), implemented in 2010..................................62
The "effective communication" baseline rule ...........62
Individuals qualifying for auxiliary supports
and services...............................................................62
Auxiliary support and service options .......................62
Persons qualified to act as interpreters ...................62
Medicare Access and CHIP Reauthorization Act
(MACRA) reimbursement policy.................................63
Temporary move out of the service area .................63
Travel programs — when members are away from
home for an extended period ....................................63
Plans rules and requirements must be followed .....64
Urgently needed services ..........................................64
Physicians and other health care professionals and
marketing of Aetna Medicare Advantage plans ......64
Annual notice of change.............................................64
Claims and billing requirements................................65
Submitting Medicare claims and encounter data for
risk adjustment..........................................................65
Risk adjustment medical record validation...............65
Providers of hospice-related services .......................66
Centers for Medicare & Medicaid Services (CMS)
physician incentive plan: general requirements ......66
CMS physician incentive plan: substantial
financial risk ..............................................................67
CMS physician incentive plan: stop-loss
protection requirements ...........................................67
Aetna Medicare Advantage organization
(MAO) obligations ......................................................67
Permissible activities .................................................67
What contracted providers may do...........................68
Ambulance services ...................................................68

Rights and responsibilities for Aetna Medicare
Advantage HMO and PPO plan members **with** a
prescription drug benefit .............................................68
    Rights .............................................................................68
    Responsibilities..............................................................70
Rights and responsibilities for Aetna Medicare
Advantage HMO and PPO plan members **without** a
prescription drug benefit .............................................70
    Rights .............................................................................70
    Responsibilities..............................................................71
First Health® and Cofinity® networks ................................72
About First Health and Cofinity.....................................72
Our provider portal ......................................................72
    Eligibility........................................................................72
    Referrals.........................................................................72
    Claims submission.........................................................72
    Claims status.................................................................73
    Claims follow-up............................................................73
    Fee schedules................................................................73
    Provider services...........................................................73
    Complaints and grievances...........................................73

# Your provider resource

You've told us what's important to you. And we listened. Through your feedback, we continually update this manual to make it easier for you to work with us.

This manual applies to any health care provider, including physicians, health care professionals, hospitals, facilities and ancillary providers, except when indicated otherwise. It includes policies and procedures. Aetna® may add, delete or change policies and procedures, including those described in this manual, at any time. Please read this manual carefully. Your agreement requires you to comply with Aetna policies and procedures including those contained in this manual.

Visit **Aetna.com** or our provider portal, **Availity.com**, to find additional policies, procedures and information, including but not limited to, reimbursement policies. For instance mid-level practitioners, behavioral health care providers and other qualified health care practitioners payment methodology may differ depending on licensure and applicable law. You'll find programs we offer that could benefit your Aetna patients. Plus, electronic transaction tools that save you time. And of course, you'll find our contact information, so you can reach us whenever you need to.

You'll also find information on how to get your claims paid faster, your pre-authorization requests processed promptly, and your administrative burdens lessened. We want you to find what you need, quickly and efficiently.

## Have questions? Contact us via **Aetna.com** — we're here to help.

### Creating a diverse, equitable and safe workplace

We are an equal opportunity employer. We believe in and promote a diverse, equitable and safe workplace environment. We count on you to do the same in your hiring practices and workplace policies.

### A word about compliance

The policies and information stated in this manual should align with the terms of your agreement with us. If they don't, the terms of your agreement override this manual.

You're responsible for complying with all applicable laws and regulations. We may issue notifications regarding legal requirements as laws or regulations change. However, you're responsible for compliance regardless of whether we've issued a notification.

State or federal laws, regulations or guidance may include requirements that this manual doesn't mention. In that event, those requirements apply to you and/or to us. If those requirements are not consistent with (or are more stringent than) our policies and procedures, they may override the policies and procedures in this manual.

### Here to help you

This manual is for you — physicians, hospital medical and facility staff, and providers who participate in our network and care for our members. It aims to:

• Help you understand our processes and procedures

• Serve as a resource for answering your questions about our products, programs or doing business with us

You'll find almost everything you need to do business with us. Go to **Aetna.com** to find other policies and procedures that are not documented in this manual.

## Changes and updates

### When things change, we'll let you know

You are required to provide us with your email address so we can contact you with important information, such as updates about our members and group health plans. Likewise, we update this manual annually and as needed. When we make changes that affect you, such as to clinical policies, procedures, plan names or ID cards, we'll let you know. We'll notify you either by mail, by email or by OfficeLink Updates™, our provider newsletter. If your office hasn't heard from us or your contact information has changed, you must let us know.

Our newsletter is published quarterly — March 1, June 1, September 1 and December 1. It can include changes to policies that may affect your practice or facility.

### Learn more
• Read OfficeLink Updates on **Aetna.com**, in the **Providers section**.
• Review **Provider data demographics** in this document.

## Health Equity

Aetna is committed to reducing health disparities and improving the health of all communities. The quality of the patient-provider relationship plays an influential role on patient outcomes. According to the Journal of the American Medical Association, health disparities and inequities are linked to a lack of racial and ethnic similarity or shared identity between providers and patients.* We're encouraging providers to voluntarily identify their race and ethnicity for Aetna® members to use in our provider online directory.

### Here is how to update your race and ethnicity information

Through the Availity portal, you can now voluntarily update your languages spoken, race and ethnicity. Our members rely on accurate information in our online provider directory when seeking medical services. We hope you continue to help us provide our members with accurate and complete information.

## New to the Aetna network?

We have tools and resources to help you work with us.

• **Aetna at a Glance:** this quick reference guide will help you learn about various tools and transactions. It also has key contact information.

• **Aetna Benefits Products booklet:** this handbook contains information on Aetna benefits products. It includes primary care physician (PCP) selection, referral requirements and precertification instructions. To find these tools, just go to **Provider Manuals**.

• **Provider portal:** you'll notice the term **provider portal** used throughout this manual. You can perform electronic transactions through this website. That includes submitting professional and institutional claims, checking patient benefits and eligibility, requesting precertifications, making edits to existing authorizations and submitting clinical information. You must register to use the website. Just go to **Availity.com**, select **Register** and then follow the instructions.

• **Webinars:** on our provider site, you can **sign up for webinars** and learn how to work with us.

### Local network information

Regulations and Aetna program requirements will vary from state to state. You can find regional information in our regional manual supplements which are available in our online **Provider Manuals**. They include some market-specific information and provide access to important contacts, including website addresses, telephone and fax numbers.

*FOR HEALTH DISPARITIES SOURCE: Takeshita J, Wang S, Loren A, et al. **Association of racial/ethnic and gender concordance between patients and physicians with patient experience ratings**. JAMA Network Open. November 9, 2020; 3(11). Accessed April 5, 2022.

**Note:** The term "precertification" (used here and throughout the office manual) refers to the utilization review process used to determine if a requested service, procedure, prescription drug or medical device meets our clinical criteria for coverage. It does not mean precertification as defined by Texas law. Texas law defines precertification as a reliable representation of payment of care or services to fully insured health maintenance organization (HMO) and preferred provider organization (PPO) members.

# Provider data demographics

Federal provider directory regulations require Aetna and providers to work together to maintain accurate provider directory lists.

It is required by law for you and Aetna to keep your information current and to confirm its accuracy every ninety (90) days. However, Aetna may require confirmation upon request as well.

## Updating your data helps patients find you

We include provider data information in our directories to help patients find care. Being in our directories allows new patients to find out if you are accepting new patients, where you're located, and how to reach you. In addition, by making sure we have your current information, we can send you timely communications and reminders.

Remember to notify us of your data changes in accordance with state, federal, and contractual requirements and guidelines. Failure to do so will result in corrective action in accordance with applicable law.

Continue reading to learn how to update your information.

## Medicare and commercial providers

Go to **Availity.com** to update your information. (If you can't use **Availity.com**, submit a Request Changes to Provider Data Submission Form found on **Aetna.com**)

Here are some examples of what you can update:

- Primary address indicator
- Service location address
- Provider name
- Appointment phone
- Accepting new patients
- Specialty
- Handicap accessibility
- Office hours
- NPI
- Gender
- Language
- Board certification
- Education/degree
- Hospital affiliation
- Office staff language

## Provider roster requirements

This section outlines the standards and requirements for any Delegated Credentialing provider group or other provider groups approved by us to submit a roster of providers or provider updates to us, so we can upload the information into our systems

A Delegated Credentialing Entity or Delegate is a hospital, group practice, credentials verification organization (CVO) or other entity that we have given the authority to perform specific provider credentialing functions. When credentialing responsibilities are delegated to you, you are known as the Delegated Entity.

1. **Roster data quality**

   The information contained on rosters directly impacts our provider directories and other systems (for example, claim payment systems) and must be maintained, completed and accurate in accordance with applicable law.

   We reserve the right to analyze and score each roster received and will return poor-quality rosters for correction and resubmission to us.

   Continued submission of poor-quality roster information may result in:

   a. A request for corrective action
   b. Omission of providers from the search tool
   c. Our refusal to accept any further rosters from your group
   d. A requirement for your group to maintain demographic data through other means (such as through Availity)
   e. Termination of Delegated Entity status

2. **Provider roster submission requirements**

Delegates or other groups who are approved by us to submit rosters are required to:

a. Submit a complete and accurate roster in Excel or similar columnar format. (Word and PDF files are not acceptable.)

b. Include all necessary roster fields on submissions. (For examples, see the "Roster fields" section.)

To get a roster template, **email us** and put "Roster template request" in the subject line.

c. All providers must submit information monthly and quarterly, as described in the bullets. (If you already submit information more frequently, please continue to do so. If you want to start submitting more frequently, please do so.)
   Minimum required submissions:

   • A monthly roster with adds, changes and deletions

   • A quarterly full roster that includes all providers

d. Contact each provider in your network at least once a quarter to validate that their demographic information is correct.

3. **Roster fields**

The roster shall contain separated fields for each element. This includes but is not limited to the following elements:

a. Provider information
   • Date of birth
   • Degree
   • Ethnicity
   • Gender
   • Practice name
   • Provider first name
   • Provider last name
   • Provider middle initial
   • Race
   • Role (primary care provider, specialist, or both)
   • Provider language (if other than English)

b. Licenses and identification numbers
   • Board certification (board name, effective date, and expiration date)
   • Controlled dangerous substance (CDS) expiration date
   • Controlled dangerous substance (CDS) number
   • Credentialing date (most recent)
   • Credentialing date (original)
   • Medicare expiration date
   • Medicare number
   • National Provider Identifier (NPI) number
   • National Provider Identifier (NPI) type
   • State license effective date and expiration date
   • State license number
   • State license state of issue
   • Tax ID number
   • Tax ID owner name
   • U.S. Drug Enforcement Administration (DEA) registration number
   • U.S. Drug Enforcement Administration (DEA) registration number expiration date
   • U.S. Drug Enforcement Administration (DEA) state of issue

c. Service contact information
   • Service location appointment phone number
   • Service location email
   • Service location fax number
   • Service location street address
   • Service location suite number
   • Service location city
   • Service location state
   • Service location ZIP code
   • Primary location (Y or N)

d. Services provided
   • Accepting new patients (Y or N)
   • Accessible to persons with disabilities (Y or N)
   • Ages treated
   • Languages spoken by staff
   • Office hours
   • Specialty
   • Directory print (Y or N)

e. Billing information
   • Billing location street address
   • Billing location suite number
   • Billing location city
   • Billing location state
   • Billing location ZIP code
   • Billing location phone number
   • Billing location fax number

# Helpful links

**Here are the websites to use to access related content and information.**

| Website | Link |
|---------|------|
| Aetna® | **Aetna.com** |
| Aetna Compassionate Care℠ program | **AetnaCompassionateCare.com** |
| Aetna Medicare Advantage | **Medicare Resources for Providers** |
| The Aetna medication search tool (formulary) | **https://fm.formularynavigator.com/FBO/41/2022_Advanced_Control_Plan_Aetna_.pdf** |
| The Aetna provider portal | **Availity.com** |
| Aetna Signature Administrators® | **Aetna.com/healthcare-professionals/documents-forms/aetna-signature-administrators.pdf** |
| The Aetna site for health care professionals | **Aetna.com/health-care-professionals.html** |
| Aetna Women's Health℠ program | **https://www.aetna.com/services/womens-health.html** |
| CAQH® | **CAQH.org** |
| Drug formularies | **Aetna.com/health-care-professionals/clinical-policy-bulletins/pharmacy-clinical-policy-bulletins.html** |
| eviCore healthcare | **eviCore.com** |
| First Health and Cofinity | **https://providerlocator.firsthealth.com/LocateProvider/SelectNetworkType** |
| Harvard Health | **Health.Harvard.edu** |
| Online referral search tool | **https://www.aetna.com/individuals-families/find-a-doctor.html** |

# Key contacts

**Here are the numbers to call for questions or requests on behalf of your patients.**

| Department | Contact information |
|---|---|
| Provider Contact Center<br><br>• Claim inquiries and questions<br>• Member eligibility and benefits<br>• Patient management<br>• Precertification | **1-800-624-0756** (**TTY: 711**) for Aetna Medicare Advantage plans and HMO-based plans<br><br>**1-888-MDAetna** (**1-888-632-3862**) (**TTY: 711**) for all other plans |
| 24-hour Nurse Line | **1-800-556-1555** (**TTY: 711**) |
| Aetna Credentialing Customer Service | **1-800-353-1232** (**TTY: 711**) |
| Aetna Health Connections℠ Disease Management program | **1-866-269-4500** (**TTY: 711**) |
| Aetna Signature Administrators® | Refer to the member ID card. |
| Aetna Student Health℠ plans | Visit our **website**. |
| Aetna voluntary plans and the Limited Benefits Insurance Plan (formerly "Aetna Affordable Health Choices") | **1-888-772-9682** (**TTY: 711**) |
| Aetna Maternity Program | **1-800-272-3531** (**TTY: 711**) |
| Behavioral health (member services) | **Refer to the member ID card.** |
| Behavioral health (provider services) | **1-888-632-3862** (**TTY: 711**) |
| Breast Health Education Program | **1-888-322-8742** (**TTY: 711**) |
| BRCA Genetic Testing program (genetic testing for breast and ovarian cancers) | **1-877-794-8720** (**TTY: 711**) |
| CVS Caremark® Mail Service Pharmacy | • Phone: **1-888-792-3862** (**TTY: 711**)<br><br>• Fax: 1-800-378-0323 |
| CVS Specialty® | Phone: **1-800-237-2767** (**TTY: 711**)<br>Visit our **website**. |
| eviCore healthcare | **1-888-622-7329** (**TTY: 711**) |

10

| Department | Contact information |
|---|---|
| Dispute submission<br><br>Write to the PO box listed on the Explanation of Benefits (EOB) statement or the denial letter related to the issue you're disputing. Include the reason(s) for the disagreement.<br><br>**Note:** The information is also available on our **provider portal** on Availity. | **1-800-624-0756** (TTY: **711**) for Aetna Medicare Advantage plans and HMO-based plans<br><br>**1-888-MDAetna** (**1-888-632-3862**) (TTY: **711**) for all other plans<br><br>**Note:** When you call, have the EOB statement and the original claim handy. |
| Enhanced clinical review program | **eviCore healthcare**<br>**1-888-622-7329** (TTY: **711**) |
| Infertility program | **1-800-575-5999** (TTY: **711**) |
| Medicare expedited organization determinations (EODs) | **Aetna Medicare Advantage plans**<br><br>**Standard requests**<br>• Phone:  **1-800-624-0756** (TTY: **711**)<br>**Expedited requests**<br>• Submit the request via electronic data interchange (EDI)<br>• Phone:  **1-800-624-0756** (TTY: **711**) |
| National Medical Excellence Program® (transplants) | **1-877-212-8811** (TTY: **711**) |
| Pharmacy management precertification | **Commercial plans:**<br>• Phone: **1-855-240-0535** (TTY: **711**)<br>• Fax: 1-877-269-9916<br><br>**Medicare Part D pharmacy management precertification:**<br>• Phone: **1-800-414-2386** (TTY: **711**)<br>• Fax: 1-800-408-2386<br><br>**Part B precertification:**<br>• Phone: **1-866-503-0857** (TTY: **711**)<br>• Fax: 1-844-268-7263<br>• Website: **Availity.com** |
| SilverScript® Part D plan | • Phone: **1-866-235-5660**<br>• Fax: 1-855-633-7673 |

# Electronic solutions

From the time a member schedules an appointment through the claim payment, we're committed to making it easy for your office or practice to work with us electronically. Take advantage of our suite of electronic transactions and increase your office's efficiency. Below are key features and benefits of our electronic transactions.

**Note:** If you perform transactions through a vendor other than our **provider portal** on Availity®, functionality may vary.

## Eligibility and benefits inquiry

Our Eligibility and Benefits Inquiry transaction enables you to request patient eligibility status quickly and easily. It can help you:

- Verify member eligibility and demographics
- Find detailed financial information, including deductible, copayment and coinsurance for individual and family levels

## Patient cost estimator*

Our patient cost estimator tool enables you to request estimates for patients on, or prior to, the date of service so you can:

- Learn our estimated payment amount
- Get reliable estimates of patient copayments, coinsurance and deductibles
- Access printable information to help guide financial discussions with patients prior to (or at the time of) care
- Reduce, and possibly remove, after-the-fact financial surprises for you and your patients

## Authorization adds, inquiries and updates

Our Authorization Add and Authorization Inquiry transactions are quick, easy ways to request or check the status of an authorization. Benefits include:

- The ability to access all Aetna® benefits plans 24 hours a day, Monday through Saturday
- The ability to determine if medical authorization is required via the **precertification code search tool**
- The ability to confirm whether a valid authorization is present or not and to check the status of previously submitted requests (for pended requests, we will respond with a detailed status, so you can see our progress in processing your request)

- The ability to make updates (for Commercial members only) to an authorization before the date of service through our **provider portal** on Availity

Complete an Authorization Inquiry transaction and click on the Update link in the upper right corner of the response. From there you can:

- Change an admitting or attending provider, facility, or vendor and create a new request once a decision has been made
- Add up to five new diagnosis codes or a note in the comments field (there is space for 264 characters), and create a new request once a decision has been made
- Update or change admission details prior to service, such as changing the admit date or adding a discharge (once the service has begun, changes to the existing dates and procedures cannot be made)
- Add, update or cancel up to five procedure codes and the associated details (for Medicare members, submit a new request)
- Make additional changes such as adding an end date to an initial request, as long as the request isn't more than 180 days from the date of service (once the service has begun, do not change existing dates and procedures)
- Submit clinical information in support of pending and new authorization requests and open concurrent review cases (create a new request once a decision has been made and, once a decision has been made, do not cancel or void procedures and services)

Providers can upload supporting information (such as medical records or additional information forms) through our **provider portal** on Availity using the Authorization Submission or Authorization Inquiry transaction. Users can upload up to six electronic files at a time, with a size of 32MB per file, by clicking the Add Files button. We accept the following file types:

- Microsoft® Word (.doc, .docx)
- Microsoft® Excel® (.xls, .xlsx)
- Adobe® PDF (.pdf)
- Images (.gif, .jpg, .jpeg, .png, .tiff)
- Rich text format (.rtf)

The files are uploaded securely, so you don't need to password-protect them. By uploading clinical information electronically, you no longer need to fax or mail requested information to us.

*FOR PATIENT COST ESTIMATOR: Does not apply to any Aetna Medicare Advantage plans.

For certain procedures, you may be asked to complete a clinical questionnaire to provide additional clinical information. Answer the questions, and you may receive an immediate approval.

## Referral add and inquiry

Referral Add and Referral Inquiry transactions are quick, easy ways to request or check the status of a referral. You can:

• Request referral authorization

• Inquire about the status of a referral

• Use for any Aetna® plans that require a referral

## Claim submissions

You can submit all claims electronically and get reimbursed faster than submitting paper claims. In doing so, you can:

• Receive an automatic acknowledgement for all submitted claims

• Submit coordination of benefits (COB) claims electronically

Go to **Aetna.com/provider/vendor** to see our claims submission vendor list. On our **provider portal**, you can submit professional and institutional claims at no charge, including COB claims and corrected and voided claims.

If we pend your claim for additional information from you, you can upload your supporting documents electronically through our **provider portal**. Log in and complete a Claim Status Inquiry transaction. Then, upload your documents through the Send Attachments link. Users can upload up to five 32MB documents at a time by clicking the Attach button. We accept these file types:

• Microsoft Word (.doc, .docx)

• Microsoft Excel (.xls, .xlsx, .csv)

• Adobe PDF (.pdf)

• Images (.gif, .jpg, .jpeg, .png, .tiff)

• Web pages (.json, .xml)

Be sure to include an electronic copy of your Explanation of Benefits (EOB) statement or Explanation of Provider Payment (EPP) as one of your documents. The EOB statement contains a code we use to route your documentation to the correct area for handling. You can find EOBs on Availity's Remittance Viewer.

Documents are uploaded securely, so you don't need to password-protect them.

By uploading information electronically, you no longer need to fax or mail requested information to us. Allow us a reasonable amount of time to review your documentation and claim.

## Claim disputes and appeals

For commercial and Medicare claims, submit your electronic appeal, reconsideration, and rework requests by any of the ways below. (Both use the same time frame requirements.)

1. **Provider portal**
   A claim must be in Finalized status before you can dispute it.

To dispute a claim, complete a "Claim Status transaction" and select the claim you want. If it is in Finalized status, there will be a "Dispute Claim" button. Click it and upload any supporting documentation. Then click "Submit."

**Note:** Due to technical reasons, you may not be able to dispute all claims on the provider portal. The portal will tell you when you can't dispute a claim on it. If that happens, to dispute a claim, go to the **Disputes and appeals** page our website.

2. **Our website**
Use the **Dispute and appeals process FAQs** page on our website to learn about the process and get links to the forms you need.

## Claim status transactions

Our claim status transactions allow you to check on the status of submitted claims. You can:

• Use Claim Status Inquiry for single member inquiries

• Use Claim Status Report to review multiple claims over a certain time period

• Request financial status as a follow-up to both Claim Status Inquiry and Claim Status Report to provide additional financial details

• On our **provider portal**, to initiate a claim dispute — in Claim Status Response, just click on the Dispute Claim button

## Rules for electronic submission

You can submit claims electronically using:

• The Health Insurance Portability and Accountability Act (HIPAA) ASC X12N 837 format for professional claims and the ASC X12N 837 format for institutional claims

• An industry standard successor format, unless your state requires another format

We ask that you use electronic real-time, HIPAA-compliant transactions for:

• Authorization (also called precertification)

• Claims Status Inquiry

• Eligibility and Benefits Inquiry

• Referrals

## Electronic payment methods

We require providers to receive payments by electronic funds transfer (EFT) and accept an electronic remittance. Providers who do not enroll to receive direct deposit payments may receive virtual credit card (VCC) payments. Visit **our website** for more information and to access our portal — where you can enroll and make changes.

EFT allows you to get your payments up to a week faster than waiting for checks to arrive in the mail. This option also allows you to:

• Save paper and manage your business effectively with a convenient audit trail

• Sign up to receive emails when payments have been transmitted to your bank*

When you receive EFT payments, we will assign each payment a unique trace number. If you are not enrolled to receive electronic remittance advice (ERA), you can retrieve electronic copies of our Explanation of Benefit (EOB) statements from our **provider portal**. Use the same trace number to view or download EOB statements.

If you do not enroll in EFT, we may enroll you to receive payments by virtual credit card (VCC). VCC payments work in the same way as processing credit card payments without having the card present. Processing payments is a simple two-step process:

1. First, you will receive an Explanation of Payment (EOP) printed with a 16-digit card number.

2. Then you can manually enter the number and the full amount of the payment into your credit/debit point of sale (POS) terminal before the card's expiration date.

You will receive your funds in the same time frame as you get other credit card payments today. We do not charge a fee to enroll in or to accept VCC payments. You will just pay your standard merchant fees, like any other credit card payment you process through your POS terminal. You may choose to disenroll from VCC, but you must enroll in EFT first and agree to process any outstanding VCC payments.

## Online claims Explanation of Benefits (EOB) statements

Through our **provider portal**, you can save more paper by accessing your EOB statements online. You can also:

• Access all available EOB statements online, 7 days a week, within 24 hours of claims processing

• View, download and save as a PDF, or print EOB statements

• Use the Remittance Viewer tool on our provider portal to get Explanation of Benefits (EOB) statements. You can search for EOB statements using the:

  - Check or electronic finance transaction (EFT) trace number

  - National Provider Identifier (NPI)

  - Payer name

  - Tax ID

## Electronic remittance advice (ERA)

Our ERA transaction provides EOB statement information electronically. This allows you to:

• Automate your posting processes

• Receive separate ERAs for the same tax ID number for all associated billing addresses and National Provider Identifiers (NPIs)

When you receive both ERA and EFT, your trace number will be the same for both your ERA file and your EFT.

Visit **our website** for more information and to access our portal — where you can enroll and make changes.

## Capitated providers

If you're paid on a capitated basis, you need to provide us with member encounter data. To ask for more information on submitting encounters, visit our website and select the **Contact us** link.

## Working through clearinghouse vendors: transactions by vendor

Learn more about our various **electronic transactions**, connectivity options and web-enabled products on our website.

You can also view a listing of our **electronic vendors** and the transactions they support.

*FOR EMAIL: EFT email notifications are not available for VCC payments.

14

# Our products

## Aetna® Benefits Products booklet

The Aetna Benefits Products booklet is an easy-to-use tool that puts basic product information at your fingertips. It provides clear, concise information about our plans including:

PCP selection and referral requirements

• Precertification instructions

• Laboratory and radiology services

You can go online to access the **Aetna Benefits Products booklet**.

# Joining our network

## How to apply

Whether you're with a facility that's new to Aetna or you're a health care professional who's joining an existing group, it's easy to apply for participation in our network. To start the application process, go to the **"Request to join the Aetna Network"** section of our website.

## Credentialing (and recredentialing)

You must be credentialed in order to initially participate in our network. Thereafter, to continue to participate, you must be recredentialed every three years, unless otherwise required by state regulations, federal regulations, or accrediting agency standards.

All credentialing and recredentialing activities are performed by a National Committee for Quality Assurance (NCQA)-certified credentialing verification organization. When using the Council for Affordable Quality Healthcare (CAQH), ProviderSource, Medversant, or any other approved credentialing application vendor, remember that you must designate Aetna as an authorized health plan to access your credentialing application.

### Facilities

During the credentialing process for facilities, we review to determine if the facility is in good standing with both state and federal regulatory bodies and if it is accredited by an Aetna–recognized accrediting entity. If it is not accredited by an Aetna–recognized accrediting entity, we check to see if a Centers for Medicare & Medicaid Services (CMS) survey, a state survey, or other on-site quality assessment was conducted.

### Health care professionals

During the credentialing process for health care professionals, we review the provider's qualifications, practice and performance history.

• In most states we use CAQH ProView to get your credentialing application, unless otherwise required by state regulation

• If you're located in Washington we use Medversant/ProviderSource

• If you're a physician located in Arkansas we use the ARCCVS

### How to check the status of your application
Call Aetna Credentialing Customer Service at **1-800-353-1232** (TTY: **711**).

### Questions?
Please contact any of the organizations below.

• CAQH ProView Help Desk: **1-888-599-1771**

• One Health Port and Medversant Help Desk: **1-888-973-4797**

• Arkansas State Medical Board: **501-296-1951**

## Radiology accreditation

We require accreditation to be eligible for reimbursement for the technical component of advanced diagnostic imaging procedures. Accreditation can be from:

• The American College of Radiology (ACR)

• The Intersocietal Accreditation Commission (IAC)

• The Joint Commission (TJC), and/or RadSite

The following types of providers require this accreditation:

• Independent diagnostic testing facilities

• Freestanding imaging centers

• Office-based imaging facilities

• Physicians

• Nonphysician practitioners

• Suppliers of advanced diagnostic imaging procedures

For these purposes, advanced diagnostic imaging procedures exclude X-ray, ultrasound, fluoroscopy and mammography. Included are:

• Magnetic resonance imaging (MRI)

• Magnetic resonance angiography (MRA)

• Computed tomography (CT)

• Echocardiograms

• Nuclear medicine imaging, such as positron emission tomography (PET)

• Single photon emission computed tomography (SPECT)

**Note:**
Providers not accredited by the ACR, IAC, TJC and/or RadSite will not be eligible for payment for advanced diagnostic imaging services. The accreditation process can take 9 to 12 months.

## Provider identification numbers

To comply with HIPAA regulations, providers who are required to have an NPI should include their NPIs on HIPAA standard transactions.

The HIPAA standard transactions are:

• Claims

• Eligibility and benefits inquiry

• Claims status inquiry

• Precertification add

• Referral add

In addition to an NPI, claims must also include the billing provider's tax identification number (TIN).

### Share your National Provider Identifier (NPI)
If you're a provider who's required to have an NPI, make sure you include **this link** to share NPIs with us. In addition, share your NPI with other providers who may need it to conduct electronic claims, referrals or precertification requests.

### Aetna provider identification number (PIN)
Physicians, hospitals and health care professionals contracted with us also have an Aetna-assigned PIN, which is used in our internal systems and in certain transactions on our **provider portal**.

You should use your NPI in electronic transactions for purposes of identifying yourself as a provider. However, you can use your PIN or TIN to identify yourself when contacting us by other methods.

## Accessibility standards and participation criteria

You can find details on our standards in our **participation criteria**.

### Primary care provider (PCP) responsibilities
PCPs will arrange the overall care and covered services for members according to their plan. This includes urgently needed or emergency services.

We have standards for member access to primary care services. Additional standards for PCPs are located in the **participation criteria**.

### Specialty care provider responsibilities
We have standards for member access to specialty care services. Each specialty care provider is required to have appointments available, in person or via telehealth, within these time frames:

• Routine care: within 30 calendar days

• Urgent complaint: the same day or within 24 hours

In addition, all participating specialty care providers must have a reliable 24/7 answering service or machine with a notification system for call-backs. A recorded message or answering service that refers members to emergency rooms is not acceptable. State requirements supersede these accessibility standards and are located in the Office Manual Supplement (all states).

### Physician-requested member transfer
Some cases may require a participating physician to ask an Aetna® member to leave their practice when repeated problems prevent an effective physician–patient relationship. Such requests can't be based solely on:

• The filing of a grievance, appeal, a request for external review or other action related to coverage by the patient

• High usage of resources by the patient

• Any reason that's not permitted under applicable law

You are required to take the following actions when requesting to end a specific physician–patient relationship:

• Send the patient a letter informing them of the termination. The letter should be sent by certified mail. A copy of it must also be sent to your local Aetna network manager. For the mailing address, call your local Aetna office or **1-800-872-3862** (TTY: **711**).

In the case of a PCP, we'll send the member a letter informing the member that he or she must select a new primary care physician and providing instructions on how to select another primary care physician.

- Support the patient's continuity of care by giving them enough notice to make other care arrangements. This is consistent with the American Medical Association Code of Medical Ethics, Opinion 8.115.

In addition, upon request, within 30 days of the initial notification to the member, the physician shall:

- Provide resources or recommendations to the patient to help locate another participating physician
- Offer to transfer records to the new physician upon receipt of a signed patient authorization

## Medical clinical policy bulletins

**Aetna Clinical Policy Bulletins** (CPBs) are internally developed policies that we use as a guide for determining health care coverage for our members. Our CPBs are written on selected clinical issues, especially addressing new medical technologies such as devices, drugs, procedures and techniques. The CPBs are used as a tool to be interpreted in conjunction with the member's specific benefits plan and after discussions with the treating physician. Our benefits plans generally exclude from coverage medical technologies that are considered experimental and investigational, cosmetic and/or not medically necessary.

CPBs are continually reviewed and updated to reflect current information.

We review new medical technologies and new technology applications regularly. We determine whether and how such technologies will be considered medically necessary and/or not experimental/investigational under our benefits plans.

Our process of assessing technologies begins with a complete review of the peer-reviewed medical literature and other recognized references concerning the safety and effectiveness of the technology. This evaluation involves analyzing the results of studies published in peer-reviewed medical journals.

We consider the position statements and clinical practice guidelines of medical associations and government agencies, including the Agency for Healthcare Research and Quality (AHRQ). When applicable, we consider the regulatory status of a drug or device, including:

- Review by the U.S. Food and Drug Administration (FDA)
- Centers for Medicare & Medicaid Services (CMS) coverage policies

We develop our CPBs from a review of relevant information regarding a particular technology. CPBs are published on our website for public reference.

**Note:** Under most plans, the term "**medically necessary**" and "**medical necessity**" refer to health care services that a physician provides to a patient for the purpose of preventing, evaluating, diagnosing or treating an illness, injury, disease or its symptoms. These services adhere to the following generally accepted standards of medical practice:

- They are clinically appropriate in terms of type, frequency, extent, site, place of service, duration, and considered effective for your illness, injury or disease
- They are not primarily for the convenience of the patient, physician or other health care provider
- They are not more costly than an alternative or sequence of services which are at least as likely to produce equivalent results

For these purposes, "generally accepted standards of medical practice" means standards that are based on credible scientific evidence published in peer-reviewed medical literature. These standards are generally recognized by the relevant medical community or otherwise consistent with the standards above.

Please note, each state may have its own definition of "medically necessary" or "medical necessity." You may be required to adhere to those standards imposed by the state's definition based on the state you practice in.

17

## Compliance

### Nondiscrimination

Federal and state laws prohibit unlawful discrimination in the treatment of patients on the basis of a number of factors. These include:

- Race
- Ethnicity
- Gender
- Creed
- Ancestry
- Lawful occupation
- Age
- Religion
- Marital status
- Sex
- Sexual orientation
- Gender identity
- Mental or physical disability
- Medical history
- Color
- National origin
- Place of residence
- Health status
- Claims experience
- Evidence of insurability (including conditions arising out of acts of domestic violence)
- Genetic information
- Source of payment for services
- Status as private purchasers of a plan or as participants in publicly financed programs of health care services
- Cost or extent of provider services required
- Medicare or Medicaid beneficiary status

All participating physicians should have a documented policy regarding nondiscrimination.

All participating physicians or health care professionals may also have accommodation obligations under the federal Americans with Disabilities Act. The Act requires that they provide physical access to their offices and reasonable accommodations for patients and employees with disabilities.

Please refer to the participation criteria with respect to telehealth accessibility standards for members with disabilities. You're required to conform to all such standards as well as any additional applicable federal and state disability laws.

There are additional requirements for physicians or health care professionals that are covered entities under the Section 1557 Nondiscrimination in Health Programs and Activities Final Rule.

They are required to provide access to medical services, including diagnostic services, to an individual with a disability.

Participating physicians or health care professionals may use different types of accessible medical diagnostic equipment. Or ensure they have enough staff to help transfer the patient, as may be needed, to comply.

### Closed panel

Participating providers must notify us if they are not accepting our members as new patients. To prevent discrimination our expectation is that participating providers will not accept new patients from a competitor while they are not accepting our members as new patients.

### Members rights and responsibilities

We want you to have a good relationship with our members and vice versa. That's why we advise our members of their **rights and responsibilities** as they relate to their selection and interactions with providers.

### Advance directives and the Patient Self-Determination Act (PSDA)

The PSDA is a federal law designed to raise public awareness of advance directives. An advance directive is a written statement, completed in advance of a serious illness, about how one would want medical decisions to be made for themselves if he or she is incapable of making them. The two most common forms of advance directives are the Living Will and the Durable Power of Attorney for Health Care.

The Centers for Medicare & Medicaid Services (CMS) strongly urges all practitioners to include documentation in the medical record regarding whether a Medicare member has completed an advance directive. This is also an Aetna® medical record documentation requirement.

The patient should complete the Advance Directive Notification Form. We recommend that each patient return this form to their PCP so that it may be placed in their medical file.

We encourage you to discuss advance directives with your patients.

**Note:** The PSDA impacts all Aetna members over the age of 18.

**Informed consent**

All participating physicians and other health care professionals should:

• Understand and comply with applicable legal requirements regarding patient informed consent

• Adhere to the policies of the medical community in which they practice and/or hospitals where they have admitting privileges In general, it's the participating physician's duty to:

  - Give patients adequate information

  - Be reasonably sure the patient understands this information before treating them

## Transparency: Physician-member communications policy

In accordance with applicable law (e.g., federal "Price Transparency"), our contracts do not prevent participating providers from disclosing rate or payment information when required. They also do not contain clauses that "gag" or prevent Aetna or payers from disclosing price, quality, and other information in violation of applicable law.

We encourage providers to discuss issues openly with their patients. We want our members to have the comfort of knowing their providers have the right and obligation to speak freely with them. Providers should discuss with their patients:

• Pertinent details regarding the diagnosis of their conditions

• The nature and purpose of any recommended procedure

• The potential risks and benefits of any recommended procedure

• The potential risks and benefits of any recommended treatment

• Any reasonable alternatives to such recommended treatment

**Federal Continuity of Care requirements**

In addition to state law, the federal "No Surprises Act" requires compliance by terminated Providers with its continuity of care requirements.

The Federal Continuity of Care requirements apply to members who are continuing care patients, meaning they are:

• Undergoing a course of treatment for a serious and complex condition;

• Undergoing a course of institutional or inpatient care;

• Scheduled to undergo non-elective surgery from the provider, including receipt of postoperative care from such provider or facility with respect to such a surgery;

• Pregnant and undergoing a course of obstetrical treatment for the pregnancy;

• Determined to be terminally ill (if the individual has a medical prognosis that the individual's life expectancy is 6 months or fewer) and receiving treatment for such illness.

A continuity-of-care triggering event occurs, if, while a member is a continuing care patient:

• The provider contractual relationship with Aetna is terminated;

• Benefits provided under the health plan are terminated because of a change in the terms of the participation of the provider in the health plan; or

• The contract between the plan sponsor and Aetna is terminated, resulting in a loss of benefits provided under the plan.

Providers cannot balance bill members who are continuing care patients for more than their in-network coinsurance, cost share or deductible rate.

Providers must also continue to accept, as payment in full, the rates in the services and rate schedule that were in effect prior to termination.

Several states also have continuity/transition of care requirements that are applicable to fully insured Members. In these situations, the federal requirements are applied first with state requirements filling in any potential gaps (e.g., balance billing). If the federal and the state requirements conflict, the better benefit for the member will be applied.

# Verifying member eligibility and benefits

## How to interpret a member ID card

There are several types of cards, which differ by member ID number style and copayment information. The information on member ID cards may also vary depending on several factors, like the plan sponsor's benefits selections, state mandates and plan availability.

For certain products, there are no member ID cards. Contact the payer (the claims adjuster, if known) or employer to confirm.

## Member identification and verification of eligibility

The following are ways to identify whether a patient is an Aetna® plan member.

### Digital ID cards

Twenty-four hours after the plan effective date, members can access and view their digital ID cards on their member website, **Aetna.com**, and on the Aetna Health℠ mobile app. Members can easily print replacement ID cards from their Aetna member website. Digital ID cards are identical to plastic ID cards. Providers can also view an electronic version of the member's physical ID card. ID cards allow you to easily see all the information you need and verify the patient's eligibility at the same time. You can view your Aetna patient's ID card right from our **provider portal**.

### Member ID cards

• Members should receive an ID card within four weeks of enrollment. At each visit, your office should ask to see the member's ID card and collect the appropriate copayment, as applicable. Note: Some members will have digital ID cards. These members may present their mobile device or a printed copy when getting care.

• Members can access and print some of the information that appears on their ID card via the Instant Eligibility feature on their Aetna member website, including:
  - Member ID number
  - Member name
  - Group number
  - Member Services telephone number(s)
  - Claims address

• Providers can access and print member ID cards from our **provider portal.**
  - To access the electronic image of the card, the user must first submit an eligibility request for a member.

- When a successful eligibility response is returned, a tab which contains an image of an ID card will display on the screen.
- The user can click the image to view a copy of the actual member ID card.

A paper or digital version of the member's information should be accepted in lieu of an actual member ID card.

**No ID card?** Use the Eligibility and Benefits Inquiry transaction. It's available on our **provider portal**. Enter the patient's full name and date of birth to easily find patient coverage and detailed benefits information. It's accurate and provides greater detail than the ID card.

### Group enrollment form

• Members may present a copy of a group enrollment form to your office. If they do, you should accept it as a temporary ID. This temporary form is valid for 30 days after the effective date specified on the form.

• Federal Employees Health Benefits Program (FEHBP) members may present to your office:
  - A copy of the Federal Form 2809 Enrollment Form
  - An electronic confirmation of their enrollment from Employee Express or Annuitant Express.

• When accepting an allowable temporary form of identification, note the following.
  - Primary care physicians should check the form to ensure their Aetna primary care office number is designated (if applicable for the plan). If the incorrect doctor or office is listed, claims may be denied or payments may be misdirected.
  - Examine the form to verify the correct copayment.
  - Make sure the plan sponsor's signature is present on the bottom of the form.
  - With the EZEnroll® online enrollment option, members may enroll with Aetna online. Members fill out the application online and send it to their employer and then the employer submits it to Aetna. As proof of enrollment, members should present an enrollment validation form printed from their personal printer. The EZEnroll option is not available to Aetna MedicareSM Plan (HMO) members or in certain states.

**Note:** Aetna® Open Access® HMO, Aetna Choice® POS, Aetna Choice® POS II, and Aetna Medicare℠ Plan (PPO) members are not required to select a primary care physician. However, these members are encouraged to select one so they can take advantage of certain programs that require members to access care through their primary care physicians.

20

**Newborn enrollment**

This policy applies to most plans, excluding Aetna Medicare Advantage plans. Contact Member Services for additional information on newborn enrollment.

Members are instructed to contact their human resources department to find out their employer's rule for the time frame to enroll a newborn.

Members are required to list the selected primary care office for the newborn on the newborn's enrollment form.

**Note:** Under Federal Employees Health Benefits (FEHB) Program guidelines, FEHB members do not need to complete an enrollment form if they are currently enrolled for "family'' coverage. They should call Member Services to add additional members to a family contract.

It may take several weeks to process the newborn's member ID card once the newborn is enrolled. In the meantime, use the parent's member ID card. If the newborn does not receive their own member ID card after the appropriate time frame, check for a digital ID card using Availity. You can also contact our Provider Contact Center with the number on the subscriber's ID card. If the subscriber does not enroll the child as a dependent within the appropriate time frame, the subscriber must wait until their next open enrollment period to enroll the child. The child will not be eligible for coverage in the interim.

**Note for primary care physicians:** If your office provided routine newborn hospital care, submit your bill electronically to us. If a referral is necessary for a newborn not yet appearing on the primary office member list, use the parent's member ID number.

**Verifying benefits**

Use the Eligibility and Benefits Inquiry transaction to obtain member-specific plan details. Check eligibility prior to a patient's visit since coverage could have expired or been suspended. Depending on plan details, transaction fields may include:

• Copay, deductible and coinsurance

• Exclusions and limitations

• Visits used and visits remaining

• Referral and precertification requirements

Here are some tips to help you complete a transaction.

• Search using the patient's full first and last names and date of birth if you don't have the member ID number.

• Select "Benefit Type" to jump to a specific benefit.

• Under the "Eligibility" link, access your rosters for HMO capitation.

# Verifying your network participation

To verify your network participation, you can use any of the options below.

• Review your contract.

• Call the Provider Contact Center.

• Go to **Aetna.com** and check the online provider search tool.

• You can also visit **the search tool** directly. This search tool shows those providers that are working with us at a product level. You can also find network participation in Availity as you're viewing eligibility.

# Precertification

Precertification occurs before inpatient admissions and select ambulatory procedures and services. Use our online tools to help you determine if precertification is required for a particular procedure. Then, submit precertification requests for those services.

• Precertification Code Search tool — allows you to enter up to five Current Procedural Terminology (CPT®\*) codes at a time to determine whether a medical precertification is required for your patient.

• Online Precertification transaction — allows you to add a precertification request for those services that require it and inquire to see if a precertification has been approved.

You can submit a precertification by electronic data interchange (EDI), through our **provider portal** or by phone, using the number on the member's ID card.

Based on historical experience, we may sometimes allow particular providers to follow a streamlined precertification process for certain services.

Visit our website to learn more about **precertification**.

# Emergencies

## Medical emergencies

If an Aetna® member requires emergency care, they're covered 24 hours a day, 7 days a week, anywhere in the world. In the event of a medical emergency, we advise our members to follow the guidelines below when accessing emergency care. This is regardless of whether they are in or out of an Aetna service area.

• Call **911** or go to the nearest emergency facility. If a delay would not be detrimental to the patient's health, call the primary care physician.

• After assessing and stabilizing the patient's condition, the emergency facility should contact the primary care physician so they can assist the treating physician by supplying information about the patient's medical history.

• If the member is admitted to an inpatient facility, the patient, a family member or friend acting on behalf of the patient should notify the primary care physician or Aetna as soon as possible.

• All follow-up care should be coordinated by the primary care physician, where applicable (medical only).

An "emergency medical condition" involves acute symptoms that are severe enough that someone with an average knowledge of health could expect that the absence of medical attention would result in serious harm. For pregnant women, the health of both the woman and her unborn child must be taken into consideration. State mandates may apply.

Depending on the benefits plan, members traveling outside their service area or students who are away at school are covered for emergency and urgently needed care.

Claims submitted to us by the provider that supplied care must appear to meet the standards for emergency or urgent care. Otherwise, we may need to review the records from the emergency visit. In this situation we will send a request to the treating facility for the records of the visit and notify the member of the request. If the member wishes, they may provide us with additional information regarding the circumstances of the visit.

## Follow-up care after emergencies

The primary care physician should coordinate all follow-up care. In all cases, the primary care physician must record all information regarding the emergency visit in the patient's chart. We require precertification before we cover any out-of-network follow-up care, either inside or outside the Aetna service area. You can obtain precertification electronically or by calling the number on your patient's member ID card. Suture removal, cast removal, X-rays and clinic and emergency room revisits are some examples of follow-up care.

**Note:** State regulations and contractual provisions regarding emergency admissions may, in some cases, overrule the procedures described in this manual.

# Claims and billing

### Member billing

**Billing members for noncovered services — consent requirements**

All of our member plans include certain exclusions. Common exclusions include services that are considered experimental and/or investigational (see **Medical Clinical Policy Bulletins** for examples). Of course, services that are not medically necessary are also generally excluded.

It's very important that our members have a clear understanding of their financial responsibilities before they accept services their plan does not cover. **For this reason, we look to you to inform them if their plan does not cover those services.** If you're uncertain whether a service is covered, call us before providing the service.

*CPT® is a registered trademark of the American Medical Association.

If you intend to provide a noncovered service to one of our members, we require that you do both of the following prior to providing the service:

• Notify the member that their insurance will not cover the service. To avoid misunderstandings, we strongly recommend you provide this notification in writing at each specific occurrence of a noncovered service. A general financial responsibility form is not sufficient.

• Obtain the member's signature to a written consent statement that says they:

  - Understand the service is not covered by their insurance

  - Agree to be financially responsible for the cost of the service.

It's important that you retain this signed consent statement. In the event of a dispute, we may hold you financially responsible if you can't produce it.

**Billing and balance-billing members**
You may bill or charge our members applicable copayments, coinsurance and/or deductibles. Your provider contract addresses the circumstances under which you can bill our members.

However, we want to protect our members from unnecessary or inappropriate billing. Therefore, you may not bill or balance bill members in situations including but not limited to the following:

• Claims are denied for administrative reasons such as lack of referral or authorization when one was required.

• There is a dispute or payment delay involving a payer (for example, a self-funded plan sponsor). If there is an issue with a payer, we require that you contact our Provider Services, advise them of the situation and see if they can provide guidance on the best way to move forward.

If member is incorrectly billed, balance billed or overcharged, we ask you to remedy the situation, and if necessary promptly refund the member. We may terminate you as a network provider if you incorrectly balance bill our members.

**Other billing situations**
• **Billing an Aetna® member who has exhausted their benefits:** When a member has exhausted their benefits, you cannot charge them more than the contracted rate if you continue to see them. For example, if a plan covers 10 visits but you provide 12. In this situation, you cannot bill the member more than the contracted rate for the two extra visits. And as noted above, you are also required to:

  - Notify the member that their insurance does not cover the two extra visits

  - Obtain the member's prior written consent to pay for the two extra visits

• **Billing Aetna members for services we denied:** We may adjust or deny payment of covered services upon utilization management (UM) review. You cannot bill a member for a service that we denied as a result of our UM review. If your bill for a covered service is adjusted because of a UM or bill review, you cannot balance bill the member for the amount that we do not pay.

An example of this would be if a member is approved to stay in a hospital for eight days but the hospital does not release them for 10 days. In this situation:

  - We will not cover the two extra days

  - The hospital cannot bill the member for the two extra days

• **Billing Aetna members who were not with Aetna when services were provided:** You may bill or charge individuals who were not our members at the time that you provided services.

**Initiating a collection action against a payer**
We require that you provide written notice before you initiate any collection action against a payer (for example, a self-funded plan sponsor). We require that this notice:

• Be given to us and to the payer

• Be given at least 30 days in advance of the collection action

**Concierge medicine**
Concierge care is where a provider charges a membership or other fee for a patient to access services or amenities.

We do not cover membership or administrative fees for concierge care. And we discourage the provision of concierge care services by participating providers.

You may charge concierge fees to our members under the limited circumstances described in the next paragraph. However, participating providers may not charge concierge fees for a plan member to access covered services and/or standard administrative services. In other words, you can't charge a member an annual fee to join or remain in your practice. You also can't charge a separate concierge fee for any standard administrative services, such as prescription orders or renewals, referrals, medical record maintenance, or returning phone calls.

While discouraged, you may charge reasonable concierge fees for a member to access other amenities, such as a fee in return for preference in scheduling appointments. You can't ever discriminate against our members in concierge pricing, and you can't bill our members more than you bill any other members for concierge services.

23

Of course, all concierge fees must comply with all applicable state and federal laws and regulations. And you may never bill the member's plan for concierge fees.

If your practice is going to charge concierge fees, you must inform your Aetna® network manager in advance. We reserve the right to indicate whether a provider practices concierge care in our provider search tool and other materials. Concierge fees are prohibited for Aetna Medicare Advantage members.

## Claims information

Go to **Aetna.com/health-care-professionals/ claims-payment-reimbursement.html** to find all our claims, payment and reimbursement tools and guidelines.

### Electronic claims submission

Submit all claims electronically for your patients, regardless of their benefits plans.

- If you are already using a vendor, add Aetna to your list of payers.
- To view a list of our participating claims vendors, visit **Aetna.com/provider/vendor**.
- If you don't already have an electronic claims vendor, send professional and institutional claims free of charge from our **provider portal**.

We typically do not need attachments. If we do, we'll let you know what we need. Then you can submit your supporting documentation electronically through our **provider portal**. You can also submit attachments we don't ask for (unsolicited) through our provider portal and selected claims vendors. View our list of participating vendors to see which vendors allow electronic unsolicited attachments through the claims attachment transaction (X12N 275).

### Claims submission tips

To ensure accurate and timely claims payment:

- Review rejection reports from your vendor
- Correct and resubmit rejected claims electronically through your vendor
- Ensure the member and patient names and ID numbers are correct
- Ensure procedure and diagnosis codes are valid

### Disagree with a claim decision?

Initiate a claim dispute by using any of the ways below.

- **Online**
  If you are registered for our **provider portal**, submit a Claim Status Inquiry transaction. If the claim is eligible

to dispute, you'll see a Dispute Claim button. (Read more about how dispute a claim online in the **"Electronic solutions"** section.)

- **Mail**
  Write to the PO box that's listed on the EOB statement or the denial letter related to the issue being disputed. In your letter, include the reasons for the disagreement,

- **Phone**
  Call our Provider Contact Center (**see Key Contacts** on page 10).

Go to **Aetna.com/health-care-professionals/ disputes-appeals.html** for more information.

### Claims addresses

If your practice management or hospital information system requires a claims address for submission of electronic claims, or if your office does not have electronic capabilities, refer to the table below for the claims address for your state.

| Medical provider location by state | Claims mailing address |
|---|---|
| **AL, AK, AR, AZ, CA, FL, GA, HI, ID, LA, MS, NC, NM, NV, OR, SC, TN, UT and WA** | Aetna PO Box 14079 Lexington, KY 40512-4079 |
| **CO, CT, DC, DE, IA, IL, IN, KS, KY, MA, MD, ME, MI, MN, MO, MT, ND, NE, NH, NJ, NY, OH, OK, PA, RI, SD, TX, VA, VT, WI, WV and WY** | Aetna PO Box 981106 El Paso, TX 79998-1106 |

- For all Aetna Medicare Advantage and Aetna Student Health℠ plans, use the El Paso, TX, claims mailing address.
- For all Aetna Voluntary Plans, use the Lexington, KY, claims mailing address and the payer ID "57604."
- For Aetna Signature Administrators® plans, Meritain Health® and Schaller Anderson (Medicaid), refer to the member ID card.

24

**Clean claims**

We know it's important to you that your office gets paid promptly. To reduce payment delays, have your office submit "clean claims." A clean claim is a claim that is received in a timely manner and includes all the information we need to process it for payment.

Unless otherwise required by law or regulation, clean claims include all of the following:

• Detailed and descriptive medical and patient data

• A corresponding referral (whether in paper or electronic format), if required for the applicable claim

• All the data elements of the UB-04 or CMS-1500 (or successor standard) forms (including but not limited to member identification number, National Provider Identifier (NPI), date(s) of service, and a complete and accurate breakdown of services)

In addition, a clean claim:

• Doesn't involve coordination of benefits

• Has no defect or error (including any new procedures with no CPT* codes, experimental procedures or other circumstances not contemplated at the time of execution of your agreement) that prevents timely adjudication

**Coordination of benefits**

Coordination of benefits (COB) establishes the order in which benefits are paid and the amount by which the secondary plan may reduce its benefits. COB ensures that the combined payments of all plans do not add up to more than the covered health care expenses.

We coordinate benefits as allowed by state or federal law following the National Associations of Insurance Commissioners (NAIC) guidelines. If there is no applicable law, then we coordinate according to the member's plan.

We use two different methods to calculate COB:

• 100% Allowable (Standard Allowable Calculation)

  - This is the method used under most state laws.

  - The benefits paid by both plans will equal no more than the total allowable expense.

  - An allowable expense is defined as any necessary and reasonable health expense, part or all of which is covered under any of the plans covering the person for whom the claim is made.

• Maintenance of Benefits (MOB)

  - This is a method used by many self-funded plans.

  - Under MOB, a secondary plan may reduce its benefits to the lesser of the following two calculations:

    - What it would have paid had it been the primary plan

    - What it would have paid minus the primary plan's payment

*CPT® is a registered trademark of the American Medical Association.

25

| If the primary plan benefit is: | Then: |
|---|---|
| Equal to or more than the Aetna® benefit | Aetna will not pay a benefit |
| Less than the Aetna benefit | Aetna will pay the difference between the primary plan's benefit and the Aetna benefit |

## Coordination of benefits with commercial carriers

We follow the National Association of Insurance Commissioners (NAIC) Order of Benefits Determination (OBD) rules to determine which plan pays primary.

Refer to Section 6 "Rules for Coordination of Benefits" in the **NAIC Coordination of Benefits Model Regulation document** for OBD rules.

Below are examples of the most common rules:

- COB Rule vs. No COB Rule
- Non-Dependent/Dependent Rule
- Dependent on Spouse's Plan and Dependent on Parent's Plan(s) Rule
- Dependent Child/Parents Not Separated or Divorced Rule (Birthday Rule)
- Dependent Child/Parents Separated/Divorced/Not Living Together Rule
- Active/Inactive Employee Rule
- Continuation Rule (also known as COBRA)
- Longer/Shorter Rule

## Coordination of benefits with Medicare

When a member has Medicare in addition to an Aetna group policy, we follow the Center for Medicare and Medicaid Services (CMS) guidelines to determine if Aetna or Medicare pays primary. Learn more about **How Medicare works with other insurance** and how coverage is affected because of **End-stage renal disease (ESRD)**.

Below are examples of the most common rules:

| Aetna coverage type | Medicare due to disability (under age 65) | Medicare due to age (65 and over) |
|---|---|---|
| Active policy (active employment) | Aetna policy has 100 or more employees:<br><br>• Aetna primary<br>• Medicare secondary | Aetna policy has 20 or more employees:<br><br>• Aetna primary<br>• Medicare secondary |
| Active policy (active employment) | Aetna policy has 99 or fewer employees:<br><br>• Medicare primary<br>• Aetna secondary | Aetna policy has 19 or fewer employees:<br><br>• Medicare primary<br>• Aetna secondary |
| Inactive policy (retiree, disabled, COBRA) | • Medicare primary<br>• Aetna secondary | • Medicare primary<br>• Aetna secondary |

Medicare is the secondary payer to group health plans (GHPs) for individuals entitled to Medicare based on end-stage renal disease (ESRD) for a coordination period of 30 months, regardless of the number of employees and whether the coverage is based on current employment status.

| Aetna coverage type | Medicare due to end-stage renal disease (ESRD) |
|---|---|
| Active Policy (Active Employment) | • Aetna policy primary for coordination period<br>• Medicare primary after coordination period |
| Inactive Policy (Retiree, Disabled, COBRA) | • Aetna policy primary for coordination period<br>• Medicare primary after coordination period |

26

## Medicare coverage

Traditional Medicare has two parts: Medicare Part A and Medicare Part B.

Medicare Part A provides coverage for:

• Inpatient care in a hospital

• Skilled nursing facility care

• Hospice care

• Home health care

Medicare Part B provides coverage for physician and laboratory services.

**Medically necessary services:** Services or supplies that are needed to diagnose or treat your medical condition and that meet accepted standards of medical practice.

**Preventive services:** Health care to prevent illness (like the flu) or detect it at an early stage, when treatment is most likely to work best.

Part B covers things such as:

• Clinical research

• Ambulance services

• Durable medical equipment (DME)

• Mental health

  - Inpatient

  - Outpatient

  - Partial hospitalization

• Limited outpatient prescription drugs

Most people do not pay a monthly premium for Medicare Part A coverage since they have paid Medicare taxes while working. Their Medicare Part A coverage is automatic.

Enrollment in Medicare Part B is voluntary. Eligible enrollees must pay monthly premiums for Medicare Part B. If an eligible member does not enroll in Part B when they are first eligible, they may have to pay a late enrollment penalty.

If you enroll for Part A and Part B during your initial enrollment period, your coverage will start the first day of the month you become eligible based on your birthdate, disability date or dialysis date.

Medicare Advantage plans, sometimes called "Part C" or "MA plans," are an "all in one" alternative to traditional Medicare, administered by private insurance companies. These "bundled" plans include Medicare Part A and Part B coverage and often include drug coverage, known as Medicare Part D.

Enrollment in Part C replaces the enrollment for Medicare Part A and Part B.

Costs for Medicare Advantage plans vary based on plan design and geographical area.

## Medicare estimation

When a member is eligible for Medicare Part B but does not enroll in Medicare, we may estimate Medicare's benefits and coordinate with the estimated amounts. We will estimate benefits when allowed by state legislation or when elected by the plan sponsor.

It is important for members to enroll, as estimation of Medicare benefits leaves the member with higher cost-share amounts.

## Medicare and Medicaid dual eligibles

Medicare and Medicaid "dual eligibles" are individuals who are entitled to both Medicare Part A and/or Part B and are eligible for some form of Medicaid benefit.

Dual eligibles receive their prescription drug benefit (Part D) through Medicare. Dual eligibles may enroll in stand-alone Medicare prescription drug plans (PDPs) or Aetna Medicare Advantage (MA) plans that incorporate a prescription drug benefit (MAPDs). We offer both types of insurance products to Medicare-eligible beneficiaries.

If a dual eligible enrolls in an Aetna Medicare Advantage plan, then the provider must bill Aetna as the primary payer and the state Medicaid plan as the secondary payer. The provider must notify patients prior to providing services if the provider does not accept payments from state Medicaid plans as payment in full.

## Medicare Part D plans

It is possible that an individual may be covered under both a Part D Medicare prescription drug plan and another health plan that provides prescription drug coverage or financial assistance to Medicare Part D–eligible individuals (including non-Medigap individual market insurance policies). In that event, covered benefits must be coordinated between such plans in accordance with CMS requirements and any subsequent guidance from CMS.

**Note**: State mandates take precedence over Aetna® standards.

27

## Coordination of benefits with automobile insurance/no-fault benefits

We coordinate benefits with personal injury protection (PIP) as allowed by state or federal law following the National Association of Insurance Commissioners (NAIC) guidelines. If there is no applicable law, then we coordinate according to the member's plan. Our standard fully insured plans prohibit COB with no-fault automobile insurance. We do not coordinate with no-fault/auto insurance:

• When state law prohibits COB with no-fault

• When states don't have a no-fault law

Self-funded plans follow the COB provision in the plan sponsor contract.

## The National Advantage™ Program

The National Advantage Program (NAP) provides medical cost management on covered services that are not provided within the network.

If member's plan includes the NAP, Aetna may apply the commercial product rates. Not all member ID cards for plans that participate in NAP include its logo.

Under NAP, providers may only bill for copayment, coinsurance, or a deductible.

## Coding

As changes to coding are published by nationally recognized coding entities, we will update our internal systems and practices, as appropriate. Updates may include assignment/reassignment of codes to service groupings and/or other updates that are consistent with Aetna® policies and applicable law. Until any updates are complete, services may be subject to the standards and coding set for the prior period. The rates and compensation under your agreement are subject to the Aetna coding/claim edit policies, procedures and practices (e.g., DRG assignment), which may be updated from time to time, and which may consider actual services performed and the setting in which they are provided.

## Claims payment policy — rebundling

We rebundle claims to the primary procedure codes for those services considered part of, incidental to, or inclusive of the primary procedure. Rebundling allows

for other adjustments such as inappropriate billing or coding. Examples of these include:

• Duplicative procedures or claim submissions

• Mutually exclusive procedures

• Gender and procedure mismatches

• Age and procedure mismatches

The commercial software packages that we use include rebundling logic. This logic is based on Medicare and/or other industry standards.

## Diagnosis-related group (DRG)

A diagnosis-related group (DRG) is the most widely used strategy for classifying acute care hospital patients and measuring the case mix. The most common principal diagnosis is the condition primarily responsible for the admission of the patient to the hospital for care.

Our payment policies are designed to help us pay providers based on the code that most accurately describes the procedures/services that were performed.

### A DRG interim bill

An interim bill (also known as a split bill) allows a hospital to submit a claim for a portion of the patient's hospital stay.

We will reimburse the first interim bill from a facility with a DRG payment methodology, based on the admitting information, and will reimburse the balance when we receive the final bill.

### Overpayment

When Aetna, payer and/or member has been overcharged you are obligated to promptly reprocess the claim. For commercial plans, company will notify the provider of overpayment typically within 24 months of the original payment issue date or other time frame required by applicable law.

For Medicare plans, overpayment notifications are typically sent within 36 months of the payment issue date.

Both commercial and Medicare time frames are subject to change in order to comply with regulatory or legislative requirements.

# Audits

## Hospital bill audit

The purpose of a hospital bill audit is to review the itemized bill against the claim and the medical record. This audit is used on claims where we pay a percentage of billed dollars (charges). In addition, the audits identify items that may not have been ordered by the physician or were not supported in the medical record.

The audits exclude outpatient hospital claims paying a percent of billed dollars (charges).

## Outpatient Validation Audits

Outpatient Coding Audits performed by clinical coders verify the code assignment and reimbursement using medical records. The savings is based on the medical record review, audit overpayment findings and recovery of those dollars.

## Diagnosis-related group (DRG) audit

DRG audits ensure diagnosis and procedures codes are assigned accurately through medical record audits. A narrative and proposed DRG revisions is provided to the provider.

A DRG short-stay audit is a post-service, post-payment review of Medicare risk inpatient claims paid under a DRG methodology to validate that the provider appropriately billed and received payment for the setting of care in which the patient was treated.

## Implant audit

Implant audits ensure providers are complying with the contract cost limitation language on implants and high-cost drug reimbursement. This audit focuses on claims that bill with revenue codes 274–279. Implant audits occur through review of implant log/invoice and Medication Administration Record. A detailed narrative is sent to the provider with the audit findings.

## Prepay review

As allowed by law, we may review our members' medical records before certain claims are processed. This review includes, but is not limited to, itemized bills or more specific detail for claims contracted on a percentage-of-charges basis. The review may result in payment being denied for duplicate charges, errors in billing or categorization of capital equipment. The itemized bill review may also occur on a post-payment basis.

## OrthoNet

We use OrthoNet to review our members' medical records before certain claims are processed. When a claim is selected for review, we'll ask the provider for copies of the patient's medical records. OrthoNet will compare the claims coding to the services provided.

Affected specialties:

- Dermatology
- Ear, nose and throat (otolaryngology)
- Hand surgery
- Neurology
- Neurosurgery
- Orthopedic surgery
- Pain management
- Physiatry
- Plastic surgery
- Podiatry
- Sports medicine
- Urology

## Where to send Aetna® records

If your office is asked to send records to Aetna, use any of the ways below to do so.

- Fax: 859-455-8650
- Mail: Aetna, PO Box 14079, Lexington, KY 40512-4079

When faxing or mailing records, be sure to include a cover sheet with "CODE: ONET" at the top of the page. We'll also need the following information:

- Aetna member ID
- Date of service
- Servicing provider name
- Servicing provider tax identification number and/or the Aetna provider ID number

# Medical records

## Record keeping

### Participating practitioner medical record criteria

Aetna® health plans have established medical record criteria and documentation standards. Their intent is to facilitate communication and coordination of care and promote effective patient care. These criteria provide a guideline for organizing and documenting diagnostic procedures and treatments.

We require all participating practitioners to comply with these documentation standards, as well as state laws and regulations that require biennial medical record audits. We use the same criteria to score those audits, which are as follows:

- We award one point for each element documented compliantly.
- We award zero points for those that are not compliant.

Performance goals are established to assess the quality of medical record keeping practices, and audits are conducted no less than every two years. We calculate the audit score by dividing the number of compliant points by the total number of applicable points. The performance goal is 85%.

### Organization

- Each page has member's name and date of birth on it.
  - The member's name and date of birth should be recorded on each page of the medical record (for example, all notes, lab reports and consult reports). (1 point)
- The member's personal data (gender, date of birth, address, occupation, home and work phone numbers, marital status) is documented.
  - Each record must contain appropriate biographical and personal data including age, sex, race, address, employer, home and work telephone numbers, emergency contact and marital status.
  - All members must have their own chart — no family charts. (1 point)
  - A centralized medical record for the provision of prenatal care and all other services must be maintained (prenatal only). (1 point)

- All entries in the record contain the author's signature or initials or electronic identifier (stamped signatures are not acceptable).*
  - The provider of service for face-to-face encounters must be appropriately identified on medical records via their signature and their physician-specialty credentials (for example, MD, DO and DPM). Here are examples of acceptable physician signatures:
    - Handwritten signature or initials on all pages
    - Electronic signature with authentication by the respective provider
    - Facsimiles of original written or electronic signatures
  This means that the credentials for the provider of services must be somewhere on the medical record — either next to the provider's signature or preprinted with the provider's name on the group practice's stationery. If the provider of services is not listed on the stationery, then the credentials must be part of the signature for that provider. (1 point)
- All entries are dated. (1 point)*
- All entries are legible to someone other than the writer.*
  - The medical record should be complete and legible. Illegible medical record entries can lead to misunderstanding and serious patient injury. (1 point)
- Medications are noted, including dosages and dated status of prescription (active or discontinued) or date of initial or refill prescription.*
  - Evidence of prescribed medications, including dosages and dates of initial or refill prescriptions must be present in the record. This list should be updated each visit. (1 point)
- Medication allergy and adverse reactions or lack thereof prominently noted.*
  - Allergies and adverse reactions to medications are prominently noted in chart or the lack thereof is noted as NKA (no known allergies) or NKDA (no known drug allergies). (1 point)
- An up-to-date problem list is completed including significant illnesses and medical and psychological conditions.*

*This is assessed for Medical Record Keeping Practices based on guidelines from the National Committee for Quality Assurance (NCQA), the Centers for Medicare & Medicaid Services (CMS), insurance regulations and Aetna.

- A problem list recorded with notations must be present and include any significant illness or medical and/or psychological condition found in the history or in previous encounters. The problem list must be comprehensive and show evaluation and treatment for each condition that relates to an ICD-10 diagnosis code on the date of service. A problem list should be either a classical separate listing of problems or an updated summary of problems in the progress note section (usually a periodic health exam). The latter type list should be updated at least annually and should include health maintenance. A repetitive listing of problems within progress notes is acceptable. A blank problem list receives a score of zero. (1 point)

• Past medical history is completed (for members seen three or more times) and is easily identified and includes dates of serious accidents, operations and illnesses. For children and adolescents (18 years and younger), past medical history relates to dates of prenatal care, birth, operations and childhood illnesses.*

- Past history including experiences with illnesses, operations, injuries and treatments must be documented. Family history including a review of medical event, diseases and hereditary conditions that may place the member at risk must be documented. (1 point)

• History and physical (H&P) documents have subjective and objective information for the presenting problem.*

- Past medical history including physical examinations, necessary treatments and possible risk factors for the member relevant to the particular treatment are noted. (1 point)

• For members 14 years and older, there is appropriate notation concerning the use of cigarettes, alcohol and substances (for members seen 3 or more times, substance abuse history must be queried).

- For members 14 years and older, a score of 1 requires a response to an inquiry concerning alcohol, smoking and/or substance abuse history as part of risk screening in support of preventive health. For members under the age of 14 years, the score will be N/A. (1 point)

- Note regarding follow-up care, calls and visits. Specific time of return is noted in weeks, months or as needed.

- Encounter forms or notes have a notation regarding follow-up care, calls or visits when indicated. The specific time of return is noted in weeks, months or as needed (i.e., PRN). (1 point)

• An immunization record has been initiated for children and a history for adults.

- An immunization record (for children) which includes the name of the vaccine and date of administration or disease (for example, chickenpox) is up to date or an appropriate history has been made in the medical record (for adults). Member-reported data is acceptable. (1 point)

• Preventive screenings and services are offered according to Aetna® guidelines.*

- There is evidence that preventive screenings and services are offered in accordance with the organization's practice guidelines. Preventive screenings specific to the member's age, gender and illness (for example, mammography, immunizations, Pap smear, human papilloma virus (HPV), body-mass index (BMI) value for adults, BMI percentiles for ages 15 and under, colorectal cancer screening, diabetic eye exams) are documented. Documentation should include screening date and result. (1 point)

- For children and adolescents there should be documentation of counseling for nutrition and physical activity.

• Documentation about advance directives (whether executed or not) is in a prominent place in the member's record (except for those under age 18).*

- There is evidence of advance directives noted in a prominent place in the record (1 point) and whether or not the advance directive has been executed in the chart for members over 18 years of age. (1 point)

• Treatment plan is documented.*

- There is documentation of clinical findings and evaluation for each visit (presenting complaints, pain management, diagnosis and treatment plan, prescription, referral authorization, studies, instructions). (1 point)

• Working diagnoses are consistent with findings.*

- There is a documented reason for the visit. The progress note contains appropriate subjective and objective information pertinent to the member's presenting complaints for each visit. (1 point)

• There is no evidence that the member is at inappropriate risk. Possible risk factors for the member relevant to particular treatment are noted.*

- There is no evidence that the member is placed at inappropriate risk by a diagnostic or therapeutic procedure. Diagnostic and therapeutic procedures

*This is assessed for Medical Record Keeping Practices based on guidelines from the National Committee for Quality Assurance (NCQA), the Centers for Medicare & Medicaid Services (CMS), insurance regulations and Aetna.

are appropriate for the member's diagnosis and risk factors. Examples: a) Member has complaint of right-hip pain and an X-ray of the right hip is ordered. b) Abnormal lab and imaging study results do not have an explicit note regarding follow-up plans. (1 point)

### Examination

Blood pressure, weight, height, BMI value or BMI percentile measured and recorded at least annually, if the member accesses care. (1 point)

### Studies

• Lab and other studies are ordered, as appropriate.

  - If a diagnostic service (test or procedure) is ordered, planned, scheduled, or performed at the time of the evaluation and management (E/M) encounter, the type of service — for example, lab work or an X-ray — should be documented. (1 point)

  - There is evidence that the physician has reviewed lab, X-ray or biopsy results (signed or initialed reports), and the member has been notified of results before filing in the record.

  - There is evidence of physician review of lab work, X-ray or biopsy results or other studies by either signing or initialing reports or documentation of the results in the progress notes. Abnormal lab and imaging study results have an explicit note regarding follow-up plans. (1 point)

### Communication

• There is documentation of communications contact with referred specialist.*

  - The PCP or managing practitioner coordinates and manages the care of the member. If a consultation or referral is made to a specialist, there is documentation of communication between the specialist and the PCP with a notation that the physician has seen it. And there is evidence of discharge summaries from hospitals, home health agencies (HHAs) and skilled-nursing facilities (SNFs), if applicable. If there is no evidence of referral or other facility services, mark N/A. (1 point)

• There is documentation indicating the patient's preferred language (California only).*

• There is documentation of an offer of a qualified interpreter, and the enrollee's refusal, if interpretation services are declined (California only).*

## Records maintenance and access

### Maintenance

You need to maintain medical records in a current, detailed, organized and comprehensive manner in accordance with customary medical practice, applicable laws and accreditation standards. You are required to keep our members' information confidential and stored securely. You must also ensure your staff members receive periodic training on member information confidentiality. Only authorized personnel should have access to medical records.

### Member record access

We have the right to access confidential medical records of Aetna® members for the purpose of claims payment, assessing quality of care (including medical evaluations and audits), and performing utilization management functions. We may request medical records as a part of our participation in the Healthcare Effectiveness Data and Information Set (HEDIS®). HIPAA privacy regulations allow for sharing of protected health information (PHI) for the purpose of making decisions around treatment, payment or health plan operations.

## Privacy practices

Protecting our members' health information is one of our top priorities. Our members expect and rely on us to protect their protected health information (PHI). In turn, we require our participating physicians, facilities, and office staff to safeguard their patient's PHI, and treat it with the same care and consideration.

Information about privacy and security practices at Aetna®, including the following documents, are available at the **Aetna Privacy Center**:

• The Aetna Notice of Privacy Practices by plan type

• The Aetna Web and Mobile Privacy Statement

Participating providers are covered entities under HIPAA. They are required to keep PHI confidential, and to adhere to their obligations under the HIPAA Privacy Rule. All health care professionals and employed staff who have access to member records or confidential member information should be made aware of their legal, ethical, and moral obligations regarding member confidentiality.

The federal Department of Health and Human Services provides helpful information. This includes but is not limited to information on the obligations of Covered Entities. You can access that information here: **HIPAA for Professionals**.

*This is assessed for Medical Record Keeping Practices based on guidelines from the National Committee for Quality Assurance (NCQA), the Centers for Medicare & Medicaid Services (CMS), insurance regulations, and Aetna.

# Referrals

## Referral policies

Referrals may be authorized for consultation and treatment (C&T) using CPT* code "99499." In most areas, C&T referrals do not need to specify the procedures to be performed by the specialist.* Specialists will be reimbursed for any associated covered procedure performed in an office setting, in accordance with current claims processing guidelines. In benefits plans that require the issuance of referrals for specialist care, the primary care provider (PCP) is responsible for coordinating their patients' health care.

If it's necessary for the patient to see a specialist, other than for direct-access services* or emergency care, the PCP must issue a referral prior to the patient's visit to the specialist. The referral must be for covered benefits under the plan. To confirm covered benefits, you can submit an inquiry through the Eligibility and Benefits Inquiry transaction or call the number on your patient's member ID card. Referrals should not be retroactive. We may adjust or deny payment for retroactive referrals. If your patient visits a specialist without a referral, depending on their plan type, the patient may be responsible for payment for all services rendered or for paying a deductible and coinsurance.

## Referral requirements

In addition to the requirement that PCPs review every referral issued by their practice, we recommend that the initial consultative referral be authorized for one visit, except when the patient is either known to have a predicted need for more visits or involved in an ongoing process of care. This encourages communication from the specialist to the PCP. After an initial consultation, additional referrals from the PCP are required if the specialist:

- Wishes to provide additional services not originally requested on the referral
- Refers their patient to a second specialist
- Requires visits that will exceed the number of visits initially authorized by the PCP
- Will need an extension beyond the referral expiration date

We require specialists to communicate with the referring provider in a timely fashion. After receiving the consultation report from the specialist, the PCP can consider the appropriate course of treatment (for example, referrals for additional services and/or follow-up care, if needed). Referrals do not permit specialists to refer members to another specialist for care. If this is necessary, patients must get a referral from their PCP to see another specialist. This referral is not a guarantee of payment. Payment is subject to eligibility on the date of service, plan benefits, limitations and exclusions, pre-existing condition limitations, and patient liability under the plan.

## When referrals are not required

Some plans do not require the issuance of a referral. In those plans, a patient may self-refer to either participating or nonparticipating providers. The patient is responsible for paying any applicable copayment, deductible and/or coinsurance for self-referred benefits. See the "**Utilization Management**" section on page 34 for rules regarding pre-authorization for certain services. In Aetna® Open Access® plans, referrals also are not necessary. A patient may self-refer to any participating provider.

No plans require a referral for emergency services.

## Notice and termination

You must notify Aetna in writing any time you obtain a financial ownership interest in a provider that may be utilized for referrals or treatment of Aetna members. This notification must be completed within thirty (30) days of the acquisition of the ownership interest and include the name, address, and TIN of the provider.

We may terminate our agreement if you refer members to nonparticipating providers without one of the following:

- Sound clinical reasons
- Our advance approval
- Emergency services
- The member's request for referral to a nonparticipating provider after notice and informed consent of the patient has been documented in writing.

*FOR CRT: CPT® is a registered trademark of the American Medical Association.

*FOR REFERRALS IN TEXAS: Referrals in Texas are only valid for thirty (30) calendar days. After that time frame, the provider must provide a new referral.

## Member's consent for nonparticipating providers' referrals

In the event you refer a member to a nonparticipating provider, in accordance with Company policies and the member's plan, you must acquire the member's written consent. This consent must be obtained at the time the referral is made and, unless an emergency exists, be done in advance of the date of scheduled procedure, or appointment with the nonparticipating provider. The obligation to obtain this consent cannot be delegated to the nonparticipating provider or facility.

**Note:** For plans that are subject to state laws of Maryland, Virginia and the District of Columbia, the member should be directed to their PCP for referrals for laboratory and radiology services.

The consent should state that the member has been advised of the following:

- If the hospital, facility, or provider is not a participating provider
- If the member's plan may provide reduced benefits
- If the nonparticipating provider will not be restricted to seeking payment only from Aetna®
- If the provider may bill the member for amounts other than deductibles, copayments, coinsurance and medical services not covered under the plan
- Any affiliation or financial ownership interest you may have in or with the nonparticipating provider
- Such consent must include an approximate amount that will be charged by the nonparticipating provider and advise the patient of his or her personal financial responsibility.

### Referral processes

Electronic referrals should be issued for all plans that require referrals (see the **Aetna Benefits Products Booklet**). For information on submitting electronic referrals, see the "**Electronic Solutions**" section of this Provider Manual. For obstetric testing or infertility services, refer to the Women's Health Programs and Policy Manual, available at **Provider Manuals**.

**Note:** providers who participate with us through an independent practice association (IPA) or physician hospital organization (PHO) should consult their IPA or PHO on plan policies and procedures. Some of these referral guidelines may not apply. (Providers and other health care professionals in upstate New York should continue to work with Aetna and/or their respective IPA in their usual manner.)

**Note:** Providers who provide telehealth services on a hybrid or virtual-only basis should refer to the Participation Criteria for additional referral criteria.

# Utilization management

## Overview

Our Care Management model integrates available programs and services. This includes case management, disease management and specialty areas such as behavioral health. Our role is to help coordinate health care and to encourage members to be informed participants in health care decision-making.

Our care management activities for hospitalized members include:

- Focused discharge planning to help with the member's transition to the next level of care
- Targeted, concurrent review of the member's hospital course of treatment to evaluate the appropriate level of coverage* for medical services

## Utilization management and standards

We use utilization review to promote adherence to accepted medical treatment standards. Additionally, utilization review encourages participating physicians to minimize unnecessary medical costs consistent with sound medical judgment. We require participating providers to adhere to the following requirements:

- Participate, as requested, and collaborate with Aetna utilization review, care management and quality improvement programs and with all other related programs (as modified from time to time) and decisions with respect to all members.
- Regularly interact and cooperate with Aetna clinicians.
- Abide by Aetna **participation criteria and procedures**, including site visits and medical chart reviews, and submit to these processes biannually, annually, or otherwise, when applicable.

---

*For these purposes, coverage means either of the following:
  - The determination of whether or not the particular service or treatment is a covered benefit pursuant to the terms of the particular member's benefits plan
  - The determination of where a provider is required to comply with our utilization management programs, whether or not the particular service or treatment is payable under the terms of the provider agreement

- Cooperate to help us review and transition members hospitalized in a nonparticipating facility to a participating facility.

- Obtain advance authorization from Aetna prior to any nonemergency admission. In addition, when a member requires an emergency hospital admission, notify us, according to our rules, policies and procedures in effect.

- To the extent medically appropriate and required by the plan's terms, refer or admit members only to participating providers for covered services. Provide these providers with complete information on treatment procedures and diagnostic tests performed prior to the referral or admission.

- Abide by CMS's Medicare Outpatient Observation Notice (MOON) requirement provided to members and related to observation services.

You may have an Aetna patient who requires services under an Aetna specialty program. If they do, we expect you to work with us to transfer the member's care to a specialty program provider.

## How to contact us about utilization management issues

- Our staff, including medical directors, are available to receive provider and member inquiries about utilization management issues. You can call us during and after business hours via toll-free phone numbers.

- Health care providers may contact us during normal business hours (8 AM to 5 PM, Monday through Friday*) by calling the toll-free precertification number on the member ID card.

- When only a Member Services number is on the card, you'll be directed to the Precertification Unit through a phone prompt or a Member Services representative.

- Members and providers may access staff on weekends, company holidays, and after business hours through the same toll-free phone numbers.

## Utilization review policies

Summaries of **utilization review policies**, including precertification, concurrent review, discharge planning and retrospective review are located on our public website to determine:

- Whether or not the particular service or treatment is a covered benefit under the member's benefits plan

- When a provider is required to comply with Aetna® utilization management programs

- Whether or not the particular service or treatment is payable under the terms of the provider agreement

## How we determine coverage

Aetna medical directors make all coverage denial decisions that involve clinical issues. Only Aetna medical directors and licensed dentists, oral and maxillofacial surgeons, psychiatrists, psychologists, board-certified behavior analysts-doctoral (BCBA-D) and pharmacists make denial decisions for reasons related to medical necessity. (Licensed dentists, pharmacists and psychologists review coverage requests as permitted by state regulations.) Where state law mandates, utilization review coverage denials are made, as applicable, by a physician or pharmacist licensed to practice in that state.

Patient Management staff use evidence-based clinical guidelines from nationally recognized authorities to guide utilization management decisions involving precertification, inpatient review, discharge planning and retrospective review. Staff use the following criteria as guides in making coverage determinations, which are based on information about the specific member's clinical condition:

- State-mandated use of particular criteria and guidelines

- MCGTM guidelines (Seattle, WA: MCG Health, LLC)

- Level of Care for Alcohol and Drug Treatment Referral (LOCADTR) (NY)

- Clinical Policy Bulletins (CPBs) or Pharmacy Clinical Criteria — Clinical Policy Bulletins (based on medical and pharmacy Clinical Policy Bulletins (CPBs)

- Centers for Medicare & Medicaid Services (CMS) National Coverage Determinations (NCDs), Local Coverage Determinations (LCDs) and the Medicare Benefit Policy Manual

- National Comprehensive Cancer Network (NCCN) Guidelines

- **Level of Care Utilization System (LOCUS) and Child and Adolescent Level of Care/Service Intensity Utilization System and Child and Adolescent Service Intensity Instrument (CALOCUS-CASII)**

- Applied Behavior Analysis (ABA) Medical Necessity Guide

- The American Society of Addiction Medicine (ASAM) Criteria: Treatment for Addictive, Substance-Related, and Co-Occurring Conditions, Third Edition.

This content is copyrighted. Contact the American Society of Addiction Medicine at **ASAMcriteria@asam.org** for information on how to purchase it.

*For all continental U.S. time zones; hours of operation may differ based on state regulations.
 Texas: 6 AM to 6 PM CT, Monday through Friday, and 9 AM to noon CT on weekends and legal holidays.
 (For all other times, phone recording systems are used.)

The Standards for Reasonable Cost Control and Utilization Review for Chemical Dependency Treatment Centers (28TAC §§3.8001-3.8030) (formerly known as TCADA), are used in place of ASAM for chemical dependency treatment provided in Texas. And The Level of Care for Alcohol and Drug Treatment Referral (LOCADTR) is used in place of ASAM for chemical dependency treatment provided in New York.

Participating physicians may ask for a hard copy of the criteria that were used to make a determination by contacting our Provider Contact Center at **1-888-632-3862** (TTY: **711**).

We base decisions on the appropriateness of care and service. We review coverage requests to determine if the requested service is a covered benefit under the terms of the member's plan and is being delivered consistent with established guidelines. Aetna® offers providers an opportunity to present additional information and discuss their cases with a peer-to-peer reviewer as part of the utilization review coverage determination process. The timing of the review incorporates state, federal, CMS and NCQA requirements. If we deny a request for coverage, the member (or a physician acting on the member's behalf) may appeal this decision through the complaint and appeal process. Depending on the specific circumstances, the appeal may be made, as applicable to:

- A government agency
- The plan sponsor
- An external utilization review organization that uses independent physician reviewers

We do not reward physicians or other individuals who conduct utilization reviews for issuing denials of coverage or for creating barriers to care or service. Financial incentives for utilization management decision-makers do not encourage denials of coverage or service. Rather, we encourage the delivery of appropriate health care services. In addition, we train utilization review staff to focus on the risks of underutilization and overutilization of services. We do not encourage utilization-related decisions that result in underutilization.

## Admissions protocol

In the case of referred care, the admitting physician must electronically submit or contact us for preadmission precertification.* In the case of self-referred care, the member must contact Aetna. Our precertification staff also takes calls from hospital admissions personnel. However, if the preadmission information isn't complete, we contact the admitting physician for clarification.

If the admission is precertified for surgical cases, we assign a recommended length of stay (RLOS). This determines when a review will start. For other cases, we give specific guidelines with the admission precertification. The RLOS determination is primarily based on Milliman Care Guidelines®.

## Notify us of hospital admissions within one business day

We need notice of all inpatient admissions, including those through the emergency department, within one business day of the admission. If a patient is unable to provide coverage information, you must contact us as soon as you become aware of their Aetna coverage. You must also explain any extenuating situation. You may contact us by phone (call the number on the patient's member ID card) or through electronic data interchange (EDI) through our **provider portal**. The timely Notification Policy and all Aetna payment policies can be found on **Availity**; or you can call the Provider Contact Center. To sign up for Availity, follow instructions on **Aetna.com**.

## All-products precertification list

**Precertification*** is the process of collecting information before inpatient admissions and certain ambulatory procedures and services.

The process includes:

- Confirmation of member eligibility
- Assessment of medical necessity
- Communicating a coverage decision to the treating practitioner and/or member before the procedure, service or supply
- Identifying members for pre-service discharge planning
- Identifying and registering members for covered Aetna specialty programs, such as case management and disease management, behavioral health, the National Medical Excellence Program and the Aetna Women's Health Program

If we need to review the applicable medical records, we may provide you with, and you need to agree to accept, a precertification reference pending or tracking number. The reference number is not an approval. You will be notified once a coverage decision is made.

Medical records may be submitted using our **provider portal**. You may also submit unsolicited medical records using one of our participating vendors through the electronic attachments transaction (X12N 275). View our list of participating precertification vendors that accept

*Precertification may be the member's responsibility in certain plan types that offer out-of-network benefits. Per Medicare laws, rules and regulations, there is no penalty to Medicare Advantage plan members if they do not get precertification.

unsolicited attachments for precertification at **Aetna.com/provider/vendor**.

You can find more information about our **precertification policy** on our website.

On our website, you can also access an updated **list of services requiring precertification**.

**Note:** The term "precertification" refers to the utilization review process used to determine whether the requested service, procedure, prescription drug or medical device meets our clinical criteria for coverage. It does not mean precertification as defined by Texas law, as a reliable representation of payment of care or services to fully insured HMO and PPO members.

# Member programs and resources

We offer many programs that some of your Aetna® patients may benefit from. If they qualify, there's no extra charge for them to join.

We review our members' records to see who might be a good candidate for some of these programs. If we feel a member would benefit from joining, we reach out to them directly. We inform them about the program and invite them to participate. These programs are not a substitute for regular visits to a physician. They are meant to support the member's physician. Through some of these programs, we work directly with the member. If that is the case, we apprise the physician of the member's health status as appropriate.

If you feel any of your Aetna patients would benefit from one of these programs, let us know by calling the Provider Contact Center. Your Aetna patients can also contact us about these programs by calling the number on their member ID cards.

## Member programs

### Care management
Our care management programs are designed to help our members achieve their optimal health. Program areas include:

• Disease management

• Case management

• End of life

• Transplant

• Women's health and maternity

• Integrated clinical programs for behavioral health, disability and pharmacy, as well as wellness programs

For more information, go to **Aetna Health and Wellness**.

### Disease management
Our disease management program is designed to help your patients work with their doctors. The goal is to effectively manage ongoing health conditions and improve outcomes.

Participants have access to nurses, who are available to provide education and support. Participants may also have access to some or all of the following:

• One-on-one work with an Aetna nurse, who acts as their "personal health coach"

• Personalized information about their current health conditions and issues

• Educational information about multiple aspects of their medical condition(s), treatment options and medications

• Support in making lifestyle changes to achieve and maintain optimal health

Our disease management programs are included in many Aetna medical plans.* They're also available to self-funded plan sponsors that can include them in their benefits offering. For additional information or to refer your patients, call the Member Services number on the member's ID card. You can also find more information on **our public website**.

### Aetna® Healthy Lifestyle Coaching program
The Aetna Healthy Lifestyle Coaching program is a comprehensive, motivational health coaching program. It offers a suite of one-on-one telephonic health coaching interventions, unlimited inbound calls, and educational materials. The program is designed to help participants change one or more modifiable lifestyle behaviors, such as smoking and weight management.

*Aetna Medicare members have access to a disease management program. It includes diabetes, coronary artery disease, cerebrovascular disease and stroke, and congestive heart failure. The program offers information and tools to help these members better control their conditions. For more information or to refer members, call the Member Services number on the Aetna member ID card.

**Aetna® Lifestyle and Condition Coaching program**

The Aetna Lifestyle and Condition Coaching program offers members a comprehensive health strategy. It provides lifestyle management, well-being and chronic condition support through one unified holistic member experience that blends personal and digital approaches to support the member. The program is designed to encourage sustained participation and help members:

• Form long-term healthy habits

• Reinforce and broaden existing healthy behaviors

• Improve lifestyle choices

• Successfully manage their chronic conditions

We deliver the program through a single-coach model with the support of a multidisciplinary team. The program engages members using diverse delivery channels and resources. This holistic, unified approach enables members to receive the right support they need, when and where they need it.

**Fitness programs for Aetna Medicare Advantage members**

Most individual Aetna Medicare Advantage plans offer fitness benefits through a program called SilverSneakers® which is administered by Tivity Health. (SilverSneakers isn't available for two individual MA plans in Maryland.)

The fitness benefit is offered as a buy-up option for most of our group Aetna Medicare Advantage plans. However, the Medicare member should verify this in their Evidence of Coverage document.

Medicare Members and providers can contact Member Services to determine if the fitness benefit is available and which program option is offered.

**Aetna Women's Health Program**

Our **Women's Health Policies and Procedures Manual** explains Aetna gynecologic and obstetric programs and policies. It has information about our Aetna Maternity Program.

## Member resources

**24-hour Nurse Line**

The 24-hour Nurse Line puts members in touch with registered nurses 24 hours a day, 7 days a week. The nurses can provide information on thousands of health issues, medical procedures and treatment options. They can also offer members suggestions for communicating more effectively with their doctors.

**Institutes of Excellence® network**

Institutes of Excellence is our network of participating facilities for the following services:

• Infertility services

• Solid organ, blood and marrow transplants

• Transplant-related services, including evaluation and follow-up care

• Chimeric antigen receptor (CAR) T-cell therapy

**Institutes of Quality® designation**

Institutes of Quality is a designation facilities can achieve for certain clinical services (for example, bariatric surgery and selected orthopedic and cardiac procedures). We base this designation on our evaluation of their processes and outcomes (for example, readmission rates and mortality rates) for these procedures.

**Aetna Institutes® Gene-based, Cellular and Other Innovative Therapies (GCIT®) Designated Networks**

The Aetna Institutes GCIT Designated Networks program helps patients who have been diagnosed with certain genetic conditions that can be treated with the use of innovative GCIT products that have been approved by the U.S. Food and Drug Administration (FDA).

To be part of the GCIT-Designated Network, a health care facility must meet specific GCIT program criteria.

## Behavioral health

On **Aetna.com**, check out information on the "Behavioral Health" page. There, you'll find:

• Our **Behavioral Health Provider Manual**

• Archived issues of our **Office Links Updates** newsletter with information for participating behavioral health professionals

• Aetna **Behavioral Health Programs** overview

• **Utilization Management** and how we determine coverage

**Behavioral health access standards**

| Service | Time frame |
|---|---|
| Non-life-threatening emergency needs | Within 6 hours |
| Urgent needs | Within 48 hours of request |
| Routine office visits | Within 10 days of request |
| Routine behavioral health follow-up care | • Within 5 weeks for behavioral health practitioners who prescribe medications<br><br>• Within 3 weeks for behavioral health practitioners who do not prescribe medications |
| Following inpatient hospital discharge for a behavioral health condition | Within 7 days of the inpatient discharge |
| After-hours care | • **Behavioral health practitioners** must have a reliable 24/7 live answering service or voice mail system.<br><br>• **Medical doctors** are required to have a notification system for call-backs or a designated practitioner backup.<br><br>• **Non-medical doctors** must have a message system that provides 24-hour contact information for a licensed behavioral health care professional. |

**Behavioral Health Screening Programs Complex Case Management**

All members referred to the Complex Case Management program are screened for the presence of co-occurring mental health and substance abuse disorders. This is applicable for both Commercial and Medicare lines of business. The Complex Case Management program utilizes recognized screening instruments to support members in the identification and diagnosis of co-occurring mental health and substance use disorders. These instruments are tools to be used to inform members and care managers in developing the care plan goals and coordinating care or making referrals to the most appropriate providers.

These members will receive:

• An initial screening for coexisting mental health and substance use disorders using evidenced-based screening tools

• A individualized care plan (if the screening shows the co-existing conditions)

• A behavioral health care manager who, as a part of the care team, will help maintain continuity of care

**The Aetna® Depression in Primary Care Program**

Depression often coexists with other serious medical illnesses, such as heart disease, stroke, cancer, HIV/AIDS, diabetes and Parkinson's disease. Most people do not seek treatment due to the perceived stigma associated with depression. Many of those treated don't receive appropriate or continued treatment.

Our Aetna® Depression in Primary Care Program is designed to support the screening for and treatment of depression at the primary care level.

Our program offers your primary care practice:

• Recommended tools to screen for depression as well as monitor response to treatment

• Reimbursement for depression screening and follow-up monitoring

To participate, you just need to be a participating primary care provider, use a recommended screening tool to screen your patients and submit claims with the following billing combination (select the most appropriate): CPT®** code(s) "96127" (brief emotional/behavioral assessment), "96160" (patient-focused health risk assessment) or "96161" (caregiver-focused health risk assessment) in conjunction with diagnosis code(s) "Z13.31" (screening for depression), "Z13.32" (screening for maternal depression), or "Z13.39" (screening for other mental/

**CPT® is a registered trademark of the American Medical Association.

behavioral health disorders). To learn more, visit the **Aetna Depression in Primary Care Program** page.

### Screening, Brief Intervention and Referral  to Treatment (SBIRT) practice

SBIRT is an evidence-based practice used to identify, reduce and prevent problematic use, abuse and dependence on alcohol and illicit drugs. The Institute of Medicine recommendation encourages the SBIRT model, which calls for community-based screening for health risk behaviors, including substance use.

We'll reimburse you for screening patients for alcohol and substance use disorder, provide brief intervention and refer them to treatment. You can help increase the adoption of the SBIRT process in your practice. The patient must be 9 years of age or older and have Aetna medical benefits to be eligible.

The SBIRT practice supports health care professionals in all health care settings. Overall, our goal is to improve both the quality of care for patients with alcohol and substance abuse conditions, as well as outcomes for patients, families and communities. You can visit our **Screening, Brief Intervention and Referral to Treatment** page to get started.

### The Aetna Opioid Overdose Risk Screening Program

Our behavioral health clinicians screen members to identify those who are at risk for an opioid overdose. Any member with a diagnosis of opioid dependence may be at risk.

### You can help rescue patients

Naloxone (also referred to with the brand version name Narcan®) reverses the effects of an opioid overdose. Giving naloxone kits to laypeople reduces overdose deaths, and it's safe and cost effective.* You can also tell patients and their families and support networks about signs of overdose and train them on how to administer the medication.

For fully insured commercial plans, coverage of naloxone varies by the group plan and each member's specific benefits. When it is covered, we waive copays for the naloxone rescue medication. For more information on coverage, call the number on the member's ID card.

### Resources for you and your patients
- **Aetna opioid resources**
- **CVS Health opioid response**
- **U.S. Department of Health and Human Services: Naloxone: The Opioid Reversal Drug that Saves Lives (PDF)**
- **U.S. Substance Abuse and Mental Health Services Administration (SAMHSA) Opioid Overdose Prevention Toolkit (PDF)**

### D-SNP Screening for coexisting behavioral health and substance use disorders

Do you have Medicare-Medicaid Dual-Eligible Special Needs Program (D-SNP) members? Our behavioral health clinical team works with **D-SNP** members to identify those who may have a behavioral health and/or substance use disorder diagnosis.

These members will receive:

- An initial screening for coexisting mental health and substance use disorders using evidenced-based screening tools
- An individualized care plan (if the screening shows the co-existing conditions)
- A behavioral health care manager who, as a part of the care team, will help maintain continuity of care

### How to make a referral

Help make sure these members get the quality care they need. Refer them to **Aetna D-SNP**.

### Resources
- **Aetna emotional well-being resources**
- **U.S. Centers for Medicare & Medicaid Services**
- **Roadmap to Behavioral Health U.S.**
- **Substance Abuse and Mental Health**
- **Services Administration**

---

*Wheeler E, Jones S, Gilbert MK, et al. **Opioid overdose prevention programs providing naloxone to laypersons — United States, 2014**. Centers for Disease Control and Prevention (CDC) Morbidity and Mortality Weekly Report (MMWR). June 19, 2015;64(23);631 to 635. Accessed February 26, 2021.

# Pharmacy management and drug formulary

## Overview of the Pharmacy Plan Drug List (formulary)

Providers should prescribe medications according to the applicable drug formulary(ies). We may modify the drug formulary(ies) from time to time.

### Commercial plans

Our pharmacy benefits plans use a **Pharmacy Plan Drug List** (formulary) to help maintain access to quality, affordable prescription drug benefits for patients.

Coverage is not limited to drugs on the list. In some benefits plans, certain non-preferred drugs are excluded from coverage, unless a medical exception is obtained. These drugs are on our **Formulary Exclusions List**.

**Note:** Not all members with Aetna medical benefits have Aetna pharmacy benefits.

### Aetna Medicare Prescription Drug Plans

You can find the Medicare prescription drug formularies at the following links:

• **Individual MAPD plan and PDP members**

• **Group MAPD plan and PDP members**

## Requirements for Part B drugs

Under Medicare Advantage plans, some medically administered Part B drugs, like injectables or biologics, may have special requirements or coverage limits. One of these special requirements or coverage limits is known as step therapy, in which we require a trial of a preferred drug to treat a medical condition before covering another non-preferred drug.
**See the Aetna Part B step therapy list.**

### How your patients can learn more

To learn more, encourage members to visit our **Aetna member website**. Once logged in, instruct them to select **Pharmacy** at the top of the page.

42

## Treating complex diseases and chronic conditions

Some specialty medications and infusion therapies are available only through limited distribution networks. CVS Specialty works hard to monitor the FDA pipeline. It is part of our effort to get access to new specialty therapies quickly.

If CVS Specialty® gets a prescription order for a therapy we don't have access to, our team responds without delay. We return the referral/prescription back to the sending source advising them who can service (if known).

### Ordering through CVS Specialty is easy

• **e-Prescribe:** NCPDP ID# 1466033

• **Fax: 1-800-323-2445**

• **Phone: 1-800-237-2767 (TTY: 711)**

Physicians can enroll for ePrescribe by visiting the **CVS Specialty** website. Prefer to fax? Print and complete an enrollment **form**.

### Electronic prescribing

Physicians use e-prescribing technology to input prescriptions through an electronic medical record (EMR) using a tablet, smartphone or desktop computer. Physicians can send orders electronically to the patient's pharmacy, eliminating the need for patients to physically take the prescription to their pharmacy. Electronic prescribing also helps:

• Reduce paperwork and result in faster, more accurate information

• Simplify the prescribing process for physicians and patients

• Reduce medication errors resulting from unreadable, handwritten prescriptions

The CVS Health® Payer Solutions tries to integrate our pharmacy information with our clinical support tools. Our goal is to make insightful connections that can help us identify and act on opportunities to help improve member health.

Learn more about **e-prescribing products and services**.

## Pharmacy clinical policy bulletins

The Aetna® **pharmacy clinical policy bulletins** (PCPBs) are used as a guide when determining coverage for members with benefits plans that cover outpatient prescription drugs. They also describe the medical exception clinical coverage criteria for drugs on our:

• Formulary Exclusions List

• Precertification List

• Step-Therapy List

• Quantity Limits List

## Precertification

Most members with Aetna pharmacy benefits may have a plan that includes precertification. These drugs require an extra coverage review before they are covered.

Precertification is based on current medical findings, FDA-approved manufacturer labeling information and guidelines, and cost and manufacturer rebate arrangements.

Visit our website to determine which medications may require precertification. If you have questions, call us at **1-800-Aetna-Rx (TTY: 711)** or **1-800-238-6279 (TTY: 711)**.

## Step therapy

Some members may have a plan that includes step therapy. With step therapy, certain drugs are not covered unless members try one or more preferred alternatives first. Step therapy is based on:

• Current medical findings

• U.S. Department of Food and Drug Administration (FDA)-approved manufacturer labeling information

• FDA guidelines

• Cost and manufacturer rebate arrangements

If it is medically necessary, a member can get coverage of a step therapy drug without trying a preferred alternative first. In this case, a physician, patient or a person appointed to manage the patient's care must request coverage for a step therapy drug as a medical exception. The drugs requiring step therapy are subject to change. You'll find current step therapy requirements on our **website**. If you have questions, call us at **1-800-Aetna Rx (TTY: 711)** or **1-800-238-6279 (TTY: 711)**.

## Quantity limits

We also limit coverage on the quantity of certain drugs. Quantity limits are established using medical guidelines and FDA-approved recommendations from drug manufacturers. The quantity limits include the following:

• Dose efficiency edits: limits coverage of prescriptions to one dose per day for drugs that are approved for once-daily dosing.

• Maximum daily dose: a message is sent to the pharmacy if a prescription is less than the minimum, or higher than the maximum, allowed dose.

• Quantity limits over time: limits coverage of prescriptions to a specific number of units in a defined amount of time.

You, your patient or the person appointed to manage the patient's care may request a medical exception for coverage of amounts over the allowed quantity. Contact the Aetna® Pharmacy Precertification Unit. Refer to the Medical Exception and Precertification information on how to access this unit.

## Generic drugs

• Under Aetna commercial closed formulary plans, generic drugs are generally covered. Those that aren't covered are on the Formulary Exclusions List.

• Many commercial formulary plans have a lower copay for covered generic drugs. However, several generics are considered nonpreferred and may be subject to a higher, nonpreferred copay in some plans.

• To control health care costs, consider prescribing preferred generic drugs when appropriate.

• In some plans, if the member or their physician requests a brand-name drug when a generic drug is available, the member may have to pay more.

• They have to pay the difference in cost between the brand-name drug and the generic drug, in addition to their copay.

• Many state laws encourage or require the pharmacy to dispense generic drugs, if the prescriber permits.

## Medical exception and precertification

You can ask for a medical exception for coverage of drugs on the Formulary Exclusions List or the Step Therapy List or request prior authorization or exceptions to quantity limits. Physicians, patients or a person appointed to manage the patient's care can contact the Aetna® Pharmacy Precertification Unit.

To contact us, see the options below.

| | Phone | Fax | Online |
|---|---|---|---|
| **Commercial** | **1-855-240-0535** (TTY: **711**) | 1-877-269-9916 | — |
| **Medicarte part B** | **1-866-503-0857** (TTY: **711**) | 1-844-268-7263 | — |
| **Medicare part D** | **1-800-414-2386** (TTY: **711**) | 1-800-408-2386 | On **Aetna.com**, see the "**Forms**" section. |
| **Commercial precertification for specialty drugs on the Aetna National Precertification List** | **1-866-752-7021** (TTY: **711**) | 1-888-267-3277 | Go to **Availity.com** to access the Novologix® platform. |
| **Medicare precertification for specialty drugs on the Aetna National Precertification List** | **1-866-503-0857** (TTY: **711**) | 1-844-268-7263 | Go to **Availity.com** to access the Novologix® platform. |

45

# Performance programs

We use practitioner and provider performance data to help improve the quality of service and clinical care our members receive, if certain thresholds are met. Accrediting agencies require that you let us use your performance data for this purpose.

## Quality, accreditation, review and reporting activities

We require providers to cooperate with any of our quality activities, or any review of Aetna®, a payer or a plan by:

- The National Committee for Quality Assurance (NCQA)
- The Utilization Review Accreditation Commission (URAC) or other applicable accrediting organizations
- A state or federal agency with authority over Aetna and/or a plan, as applicable

We expect our network providers to comply with our reporting requirements. These include Healthcare Effectiveness Data Information Set (HEDIS) and similar data collection and reporting requirements.

## Aexcel® network of specialist doctors

Aexcel is a designation within the Aetna Performance Network. Aexcel designation helps distinguish physicians in 12 specialty categories who have met certain clinical performance and efficiency standards. Aexcel providers are identified by a blue star.

We evaluate participating specialists in the 12 specialty categories at least once every 2 years for Aexcel designation. The evaluation process is made up of 4 key components:

- Case volume
- Clinical performance
- Efficiency
- Network adequacy

To find Aexcel physicians online, look for a blue star next to their names.

## Patient-centered medical home (PCMH)

PCP practices can participate as a PCMH in two ways:

- Direct contract via an amendment to a physician or group agreement
- Via the Aetna external PCMH recognition program

Each arrangement has its unique parts, but they all generally include these two requirements:

- NCQA or other accepted organization's PCMH recognition, preferably Level 3 with a fully implemented electronic medical record (EMR) process
- Adherence to the seven principles of PCMH (as promoted by the PCPCC)

These two requirements cover many terms and standards, such as:

- Case management
- Enhanced access for patients
- ePrescribing
- Measures tracking
- Patient registries

Our PCMH Recognition programs are designed to:

- Meet the triple aim of improved efficiencies, clinical outcomes and patient satisfaction
- Help establish a sufficient amount of PCMH sites to enable us to offer the advantages of a benefits plan featuring PCMHs to plan sponsors. Under this type of plan, members would choose a PCMH PCP practice for their primary care services

A direct contract is available in all markets to all providers that include PCPs and is executed via a signed amendment to the provider's current participation agreement. The external PCMH recognition program is only available in markets that Aetna decides to implement. These are currently:

- The states of Arizona, Colorado, Connecticut, Delaware, Maryland, Massachusetts, New Jersey, New York, Virginia, Washington and West Virginia
- The city of Tampa, Florida
- The cities of Cleveland and Columbus, Ohio

**Physician pay for performance (P4P)**

Participation is through a direct contract. It's available in all markets to all providers that include PCPs. It's executed via a signed amendment to the provider's current participation agreement.

Our nationally available physician performance incentive programs apply the strengths of our data aggregation and national data repository resources to local-market initiatives. This allows for customized measures and goals. Annual goals are:

- Negotiated agreements between the provider group and Aetna®
- Based on a provider's own year-over-year performance

We provide detailed information on each individual physician's results on each measure.

Our physician performance incentive programs identify and target areas of opportunity for quality improvement. The objective is to help improve the overall quality, safety and cost efficiency of health care. These programs set targets for improvements and deliver performance measurement results for:

- Independent practice associations (IPAs)
- Physician-hospital organizations (PHOs)
- Physician groups

We incorporate group and physician-level data into our online and other tools. This provides actionable, patient-level information to physicians. Physicians earn reward payments only when they either improve toward their targeted performance results or maintain their high-performing levels of achievement.

We annually reset target goals and, in some cases, add and/or drop measures. Physicians are not paid for this component of their compensation until we have measured and compared their performance to targets. As a result, performance payments are not included in initial claims payments.

More broadly, we believe that performance incentive program success requires:

- A clear and specific understanding between payers and providers on the parameters of the program's measurements, incentive opportunities and targets
- National consensus measures
- A focus on continuous quality improvement
- A commitment to retire measures after there have been several periods of top-level performance (for example, 95% and above) and replace them with new measures that give physicians new opportunities for improvement
- Collaboration to identify new sources of actionable information, and creative ways to encourage and engage with physicians and physician groups effectively
- A commitment across all commercial payers to include performance incentives in the overall reimbursement strategy. We recognize that when physicians improve their practices, all patients benefit.

# Clinical medical management

## Clinical practice and preventive service guidelines

Evidence-based clinical practice and preventive services guidelines from nationally recognized sources promote consistent application of evidence-based treatment methodologies. This helps to provide the right care at the right time. For this reason, we make these guidelines available to our network providers to help improve health care.

These guidelines are provided for informational purposes only. They aren't meant to direct individual treatment decisions. All patient care and related decisions are the sole responsibility of providers. These guidelines don't dictate or control a provider's clinical judgment regarding the appropriate treatment of a patient in any given case.

Evidence-based guidelines can be found on various nationally recognized sources. Here are links to some of those sources.

## Clinical practice guidelines

- **American College of Cardiology Guidelines**
- **American Diabetes Association (ADA): Standards of Medical Care in Diabetes**
- **Center for Disease Control and Prevention Opioid Prescribing Guideline**

## Behavioral health clinical practice guidelines

- **American Academy of Pediatrics (AAP) Guideline for the Diagnosis, Evaluation, and Treatment of Attention-Deficit/Hyperactivity Disorder in Children and Adolescents**
- **American Society of Addiction Medicine (ASAM) Clinical Practice Guideline on Alcohol Withdrawal Management (2020)**
- **American Society of Addiction Medicine (ASAM) National Practice Guideline for the Treatment of Opioid Use Disorder (2020)**
- **VA/DoD Clinical Practice Guideline for the Management of Major Depressive Disorder (MDD) (2022)**
- **American Psychiatric Association (APA) Practice Guideline for the Treatment of Patients with Schizophrenia, Third Edition (2022)**

## Preventive services guidelines

- **Centers for Disease Control and Prevention Immunization Schedules**
- **U.S. Preventive Services Task Force**
- **Health Resources and Services Administration (HRSA) Women's Preventive Services Guidelines**

## Case management

According to the Case Management Society of America's website, "Case management serves as a means for achieving client wellness and autonomy through advocacy, communication, education, identification of service resources and service facilitation. The case manager helps identify appropriate providers and facilities throughout the continuum of services, while ensuring that available resources are being used in a timely and cost-effective manner in order to obtain optimum value for both the client and the reimbursement source. Case management services are best offered in a climate that allows direct communication between the case manager, the client, and appropriate service personnel, in order to optimize the outcome for all concerned."* Case management is a standard component of most Aetna® medical plans.

The basis of the case management program is evidence-based medical literature and clinical practice guidelines. There are both automated and manual processes to identify members for case management through a variety of methods.

Case managers coordinate care and services for complex, standard and low-risk case management members who require the extensive use of resources as a result of a critical event or diagnosis. Case managers assist these members with navigating the health care system in order to facilitate the appropriate delivery of care and services.

Case management screening occurs before member outreach in order to determine member eligibility and the appropriateness of case management services. We welcome referrals from treating physicians to our case management program. You can submit a referral through the toll-free phone number on the member ID card.

Once we determine the level of case management needed and the member or caregiver agrees, we make an individualized plan that's specific to the member's situation and needs.

Clinical care management staff, in coordination with the attending practitioner, member, or the member's representative, develop an individualized case management plan based upon an assessment of the member's situation and needs. The case management plan includes documentation of prioritized goals, which are specific, measurable, and time-bound, and reflective of issues identified in the member assessment, and the supporting rationale for each selected goal.

Clinical care management staff review, monitor and evaluate progress against case management plans and goals, and modify as needed for each member active in case management. Case closure occurs once there is resolution of all member issues and barriers and/or the member meets case closure criteria.

*Case Management Society of America. **What is a Case Manager?** 2022. Accessed January 24, 2023.

48

# Coordination of care

## Importance of collaboration

We monitor and try to improve coordination and collaboration between treating providers of care. Results from our annual Physician Practice surveys have shown that physicians continue to be concerned that they do not regularly receive reports about their patients' ongoing evaluation and care from other practitioners and facilities. These include medical specialists, behavioral health practitioners, skilled nursing facilities, home health agencies, surgical centers or hospitals. The increased focus on patient safety in the medical community also highlights the critical nature of improving collaboration between treatment providers.

## Sharing patient information

Increased treatment compliance and improved outcomes have been attributed, in part, to collaboration between providers.[3] In addition, the quality of communication is rated as an important factor considered by primary care physicians when choosing a specialist to whom they can refer their patients.[4]

To this end, we strongly encourage you to send progress notes and discharge summaries to your patients' other treating practitioners.[3] Forms are available on our **public website at Aetna.com** and include the **Physician Communication Form** and the **Specialist Consultant Report.** These can be used to share information between a primary care physician and specialty care physicians in order to document a patient's diagnosis, medications, procedures and status.

## Accessing communication forms

You can access these forms on our **public website**.

We appreciate your efforts to close the communication gap between specialists, facilities and primary care physicians and promote improved patient care and safety.

## Transition of care

Transition of care provides a temporary bridge for members at the time of plan enrollment or renewal. Members in an active course of covered treatment that meets clinical coverage criteria/guidelines with a treating provider may be eligible for transition of care coverage consideration. The treating provider must fall under one of these categories:

• Is not a contracted provider in the member's plan

• Is not a practitioner designated for inclusion within a tiered network (Aetna® Performance Network)

• Is not included within a plan sponsor-specific network

Additionally, the treating provider must be an individual practitioner (for example, a specialist, physical therapist, or speech therapist) or home care agency in order to be eligible for the transition of care process

Transition of care does not apply to nonparticipating durable medical equipment (DME) vendors or pharmacy vendors. Transition of care does not apply to nonparticipating facilities, with the exception of facilities in which:

• The Aetna contract has terminated (for reasons other than quality issues)

• A treating participating practitioner temporarily has privileges only at the nonparticipating facility

The transition-of-care process applies to all benefits plans except Traditional Choice® and Aetna Medicare Advantage PPO ESA (Extended Service Area) plans. It is also limited to a fixed period of time. Transition of care also applies to members who are in an active course of covered treatment when a physician or other health care professional terminates participation in the Aetna network.

[3] Scotten M, Manos EL, Malicoat A, et al. **Minding the gap: interprofessional communication during inpatient and post discharge chasm care**. Patient Education and Counseling, an official journal of EACH, the International Association for Communication in Health Care, and the Academy of Communication in Healthcare. July 2015;98(7):895 to 900. doi: 10.1016/j.pec.2015.03.009. Epub 2015 Mar 17. PMID: 25862470. Accessed April 8, 2021.

[4] Mohr DC, Benzer JK, Vimalananda VG, et al. **Organizational coordination and patient experiences of specialty care integration**. The Journal of General Internal Medicine, the official journal of the Society of General Internal Medicine. May 2019;34(Suppl 1):30 to 36. doi: 10.1007/s11606-019-04973-0. PMID: 31098971; PMCID: PMC6542960. Accessed April 8, 2021.

An "active course of treatment" is defined as a program of planned services that:*

• Starts on the date a physician or other health care professional first renders a service to correct or treat the diagnosed condition

• Covers a defined number of services or period of treatment

• Includes a qualifying situation (for example, a surgical follow-up)

**The four steps for requesting transition of care**

1. The member asks for a Transition Coverage Request Form from Member Services or their employer. The member completes the form with help, as needed, from the nonparticipating treating physician.

2. The member or nonparticipating treating physician faxes the completed form to the Aetna® fax number on the form.

3. We review the information. When necessary, an Aetna Medical Director evaluates the treatment program. The director may also contact the treating physician or health care professional.

4. We send a letter about the coverage decision to the member and the nonparticipating treating physician or health care professional. If coverage is approved, the letter also includes the length of time the transition benefits apply. We also send a letter to the member's primary care physician, as applicable.

# Complaints and appeals

We have a formal complaint and appeal policy for physicians, health care professionals and facilities.** The complaint and appeal process has **one level of appeal**.

Physician, health care professional and facility appeals involve payment decisions (claims). A provider may also appeal pre-service or concurrent medical-necessity decisions. However, those appeals will be handled through the **member appeal process**.

**Note:** State-specific laws do not apply to Medicare Advantage appeals. Commercial plans may vary based on state-specific requirements.

Physician and health care professional post-service appeals may either be on the provider's behalf or on the member's behalf. An appeal is not considered to be on behalf of the member unless it:

• Explicitly says "on behalf of the member"

• Includes written authorization from the member that was submitted by the physician or health professional

To learn more, see our **disputes and appeal process**.

In accordance with CMS requirements, we have a formal process for Aetna Medicare Advantage** plan provider **dispute resolution for non-contracted providers**. Aetna Medicare Advantage plans must comply with CMS requirements and time frames when processing appeals and grievances received from Aetna Medicare Advantage plan members. Refer to the "Medicare" section for further information.

*State variations from our definition of "active course of treatment" exist. In those cases, use the state definition instead of our definition.

**Aetna Medicare Advantage plans must comply with CMS requirements and time frames when processing appeals and grievances received from Aetna Medicare Advantage plan members. Refer to the **"Medicare"** section, which begins on **page 52** of this manual, for further information.

# Medicare

## Aetna Medicare Advantage plans

Below is a summary of how our Aetna Medicare Advantage plans work with primary care physician (PCP) selection, referrals and out-of-network benefits.

### Aetna Medicare health maintenance organization (HMO) plans and Aetna Medicare HMO Prime plans
Patients *must* choose and use a participating PCP.

Patients *must* get referrals from their PCP before getting nonemergency care from other participating providers. Exception: Behavioral health routine outpatient visits.

Members are required to receive all covered services — with the exception of emergent or urgently needed services and out-of-area renal dialysis — through Aetna Medicare Advantage network providers. These Aetna Medicare Advantage HMO plans require members to select a participating PCP. If the member doesn't select a PCP, one will be auto assigned. Members may change the auto-assignment by contacting Aetna.

### Aetna Medicare HMO plans with open access
• Patients are encouraged, but not required, to choose and use a participating PCP.

• PCP referrals are not required.

• Services received outside of the Aetna participating provider network are not covered — except for emergency, out-of-area urgent care, or out-of-area renal dialysis — unless approved by us in advance of receiving services.

### Aetna Medicare preferred provider organization (PPO) plans and Aetna Medicare PPO Prime plans
• Patients are encouraged, but not required, to choose and use a participating PCP.

• PCP referrals are not required.

• Patients receiving covered services from a nonparticipating provider are subject to out-of-network deductibles, coinsurance, and potential balance billing.

### Aetna Medicare Advantage plans (HMO and PPO)
Aetna contracts with the Centers for Medicare & Medicaid Services (CMS) to offer Aetna Medicare Advantage plans. As such, we're considered a Medicare Advantage organization (MAO). All MA plans are required to offer Medicare Parts A and B medical benefits and to follow CMS' national and local coverage decisions. MA plans may also offer Medicare Part D benefits (MAPD). We offer both individual and employer group-sponsored MA products. The **Aetna Medicare Advantage HMO plans** are available in select counties and states throughout the country. **Aetna Medicare Advantage PPO plans** are available to individuals in select counties and states throughout the country and for employer groups in all 50 states, plus the District of Columbia.

Go the Medicare page on **Aetna.com** for specific Aetna Medicare Advantage plan information.

Individuals may choose from several Aetna Medicare Advantage plans, depending on their location, budget and needs. Go to **AetnaMedicare.com** to see the plans available within a specific geographic area.

### Aetna Medicare Advantage HMO plan
Members are required to receive all covered services, with the exception of emergent or urgently needed services and out-of-area renal dialysis, through Aetna Medicare Advantage network providers. The Aetna Medicare Advantage Plan (HMO) requires members to select a participating PCP and, except for those benefits described in the member's plan documents as direct-access benefits and emergency or urgent care, members must have a referral from their PCP to obtain covered specialty services or care in a facility. If the member doesn't select a PCP, one will be automatically assigned. If a member wants to change to another in-network PCP instead of keeping  the one who was automatically assigned, the member can contact Aetna.

In select service areas, the individual Aetna Medicare Advantage Plan (HMO) includes an open-access feature that does not require PCP selection or referrals for in-network covered services. Some employer group plans may also offer this feature.

### Aetna Medicare Advantage PPO plan
Members are not required to select a PCP or obtain a referral in order to obtain services from participating providers. Generally, members who select a PCP are responsible to pay the PCP copayment for covered services received from their designated PCP. Aetna Medicare Advantage Plan (PPO) members also have the option to receive covered services from any nonparticipating provider for covered services without a referral. If exercising this option, the member is responsible for the cost of his or her out-of-network medical expenses in accordance with their plan.

In addition, CMS provides an Employee Group Waiver Plan that permits an MAO to extend enrollment to all retirees of an employer group. This is permitted even

if some of the retirees reside in a service area where Aetna® does not offer a provider network that meets CMS network requirements ("Extended Service Area").

To use this waiver, at least 51% of members enrolled in the employer group Medicare Advantage (MA) plan must reside in a service area where Aetna offers a provider network that meets CMS requirements. And members who reside in an Extended Service Area must be permitted to obtain all covered services from nonparticipating providers at the in-network level of cost sharing.

## Home assessment program

As part of our ongoing quality improvement efforts, we periodically offer in-home health assessments to our Aetna Medicare Advantage members. It's possible your patients may be asked to participate in this no-additional-cost, comprehensive assessment. It is voluntary, performed in the patient's home by a licensed provider, and allows you access to information about your patient's home condition and environment. If one of your patients is selected to participate in this program, a summary of the completed assessment will be mailed to you.

We'll use information from the assessment to identify care management programs which may benefit the member. If you have questions about the home assessment program, call our Provider Contact Center at **1-800-624-0756** (TTY: **711**).

## Quality improvement program

An annual Chronic Care Improvement Program (CCIP) is implemented in accordance with CMS requirements. It is designed and conducted to coordinate care, promote quality and help improve member satisfaction.

The goal of the CCIP is to promote effective management of chronic disease and improve health outcomes and quality of care. Programs are available to support your patients and to help them make healthy lifestyle choices.

Effective management of chronic disease can achieve positive outcomes. Examples of documented outcomes include slowing disease progression, preventing complications and development of comorbidities, reducing preventable emergency room (ER) encounters and inpatient stays, improving the member's quality of life, and providing cost savings for the member.

## Medicare prescription drug plan

We administer a stand-alone prescription drug plan (PDP) portfolio of products referred to as SilverScript. There are several different national PDP plan options available to individuals. In select service areas, Medicare prescription drug benefits are also offered to individuals for their retirees through our MA plans that include Medicare prescription drug coverage (MAPD} plans.

In addition, employer groups nationwide may select Medicare prescription drug coverage for their retirees through Aetna Medicare Rx® offered by SilverScript for PDP or Aetna Medicare for MAPD.

MAPD plans and PDPs must meet applicable benefits requirements under the Medicare Part D program and, as of 2023, at a minimum, these plans must contain the following provisions.

- **Deductible:** not to exceed $505 for 2023.
- **Coverage gap:** once a member reaches $4,660 in covered Medicare Part D drug expenses, he or she will pay no more than 25% for covered generics and 25% for covered brand drugs, including a manufacturer discount of up to 70% off covered-brand drug costs until reaching the True Out-of-Pocket (TrOOP) threshold of $7,400. Most individual and group PDP and MAPD plans provide supplemental gap coverage.
- **Insulin Cost Share:** Beginning January 1, 2023, people with **Medicare drug coverage** who take insulin will see their out-of-pocket costs capped at $35 for a month's supply of each covered insulin product. Also, a Part D deductible won't be applied to covered insulin products.

**Note:** The previous description is not applicable to members who qualify for Low-Income Subsidy assistance.

- **Catastrophic coverage level:** for 2023 once a member reaches $7,400 in TrOOP costs for covered Part D drugs, the member's maximum cost sharing for covered Part D drugs will be the greater of 5% or $4.15 for generic drugs (or those prescription drugs that are treated like generic), or $10.35 for all other prescription drugs.
- **Quantity limits, step therapy and precertification requirements:** apply to certain prescription drugs.
- **Formulary:** the Aetna Medicare prescription drug formularies (also known as the "Aetna Medicare Drug List") differ from the formularies applicable to Aetna commercial pharmacy plans.
  - Go to **AetnaMedicare.com/formulary** to see a list of Medicare prescription drug formularies.
  - Group MAPD Plan and PDP members: visit our retiree plans website at **AetnaRetireePlans.com** to see a list of Medicare prescription drug formularies.

**Note:** All formularies applicable to MAPD plans and PDPs are reviewed and approved by CMS.

### Transition-of-coverage (TOC) policy

CMS requires Part D plan sponsors, like Aetna®, to have an appropriate TOC process. Members who are taking Part D drugs that are not on the plan's formulary or that are subject to utilization management requirements can get a transition supply of their drug in certain circumstances. This gives members the opportunity to work with their doctors to complete a successful transition and avoid disruption in their respective treatments.

Aetna Medicare has established a TOC process in accordance with CMS requirements that applies to new members as well as current members who remain enrolled in their Aetna Medicare plan from one plan year to the next.

The following is a summary of the key features of Aetna Medicare's TOC process.

Newly enrolled members who are taking a Part D drug that is not on the Aetna Medicare formulary, or is subject to a utilization management requirement or limitation (such as step therapy, pre-authorization or a quantity limit), are entitled to receive a maximum of a 30-day supply of the Part D drug within the first 90 days of their enrollment. (The period of time in which they are entitled to receive the transition supply is called their "transition period.")

Existing members who renew their Aetna Medicare coverage and are taking a Part D drug that is removed from the formulary, or is subject to a new utilization requirement or limitation at the beginning of the new plan year, are entitled to receive a maximum 30-day supply during their transition period. For existing members who renew their Aetna Medicare coverage from one year to the next, their transition period is the first 90 days of the new plan year.

Whether an individual is a new or renewing member, if the member's initial prescription is for less than the full transition amount (30 days), the member can get multiple fills up to the 30-day supply. If a member lives in a long-term care facility and is entitled to a transition supply, Aetna will cover a 31-day supply (unless the prescription is for fewer days).

Members may also be entitled to receive a transition fill outside of their transition period in certain circumstances. We send a TOC notice to members via first-class mail within 3 business days from the date the transition fill claim is processed. The letter:

- Notifies members that the transition fill was a temporary supply

- Describes the options available to the member if the drug for which they received the transition fill is not on the formulary or is subject to a utilization management requirement or restriction (including changing to a therapeutic alternative, or seeking an exception or prior authorization, as appropriate)

- Describes the procedures for requesting an exception or prior authorization

- Encourages members to work with their respective doctors to achieve a successful transition so they can continue to receive coverage for the drugs they need

A duplicate copy of the notice is sent to the prescribing physician.

Go to **AetnaMedicare.com/documents/ individual/2023/formularies/TOC_2023_aetna_ part_D_transition_policy.pdf** to view the transition rules for our Medicare prescription drug process.

## Additional prescription drug plan information

*Beginning in 2023, members will not pay more than $35 for a one-month supply of each insulin product covered by our plan, no matter what cost-sharing tier it is on and even if the member has a deductible which has not yet been met. In addition, our plan covers most Part D vaccines at no cost to the member, even if the member has a deductible which has not yet been met.*

- **Days supply:** Generally, a 1-month prescription may be filled for up to a 30-day supply. Members may obtain extended day supplies of maintenance medications from either a participating retail pharmacy or through a participating mail-order vendor. Individual MAPD members may get up to a 100-day supply of most maintenance medications; Group MAPD and PDP members may get up to a 90-day supply.

- **Mail-order drug option:** A member may obtain up to a 90-day supply for PDP plans and up to a 100-day supply for MAPD plans of maintenance medications from our preferred CVS Caremark® Mail Service Pharmacy.

Specialty pharmacies fill high-cost specialty medications that require special handling. Although specialty pharmacies may deliver covered medications through the mail, they are not considered "mail-order pharmacies." CVS Specialty® pharmacy can support Medicare members in need of specialty medications and support as well as other in network pharmacies based upon the member's benefit.  Search tools for the pharmacy network are available on the member's benefit page to assist in selecting a retail, mail or specialty pharmacy for prescription access.

In 2014, CMS instituted a feature that allows PDP and MAPD plan members in some instances to pay prorated cost sharing for prescriptions written for less than a 30-day supply. For example, prorated cost sharing may apply when an initial prescription is written for a short supply to ensure the member can tolerate the drug, or when a member wishes to synchronize their prescriptions to fill on the same day. However, limitations apply to this plan feature. For example, prepackaged drugs cannot be broken, and this plan feature does not apply to antibiotics and some other drugs.

### Preferred pharmacies

Most of our plans have a pharmacy network which includes access to preferred pharmacies.

Our members generally pay less when they fill their prescription at one of our preferred pharmacies.

All of our network pharmacies must meet strict discount standards. But preferred pharmacies offer us even bigger discounts. And we pass those discounts on to our members, in the form of lower-cost sharing.

Preferred pharmacies are identified with a circled "P" in our directories. Or go to **AetnaMedicare.com/findpharmacy** to search online.

### Part D drug rules

Here are three general rules that apply to Medicare Part D drug prescription coverage:

1. Medicare Part D cannot provide coverage for a drug that would be covered under Medicare Part A or Part B.

2. Medicare Part D cannot provide coverage for a drug that is purchased outside the United States and its territories.

3. Medicare Part D usually cannot provide coverage for "off-label use." Generally, coverage for "off-label use" is allowed under Medicare Part D only when the use is supported by a CMS-compendia-recognized resource such as:

   - The American Hospital Formulary Service Drug Information
   - The DRUGDEX Information System
   - The United States Pharmacopeia-Drug Information (USP DI) or its successor

Also, by law, the following categories of drugs are not covered by Medicare Part D unless enhanced drug coverage is included or offered under a particular Medicare Part D plan or benefit:

- Nonprescription drugs (also called over-the-counter drugs)
- Drugs when used to promote fertility
- Drugs when used for the relief of cough or cold symptoms
- Drugs when used for cosmetic purposes or to promote hair growth
- Prescription vitamins and mineral products, except prenatal vitamins and fluoride preparations
- Drugs when used for the treatment of sexual or erectile dysfunction, such as Viagra, Cialis, Levitra and Caverject
- Drugs used for the treatment of anorexia, weight loss or weight gain
- Outpatient drugs that the manufacturer is selling, only if the associated tests or monitoring services are also purchased from the manufacturer

The amount a member with Medicare Part D coverage pays when filling prescriptions for these non D-covered drugs does not count towards the plan deductible, initial coverage limit or qualifying for the Catastrophic Coverage Stage. Also, those eligible for the Low-Income Subsidy will not pay the plan cost-share in place of their subsidized cost-sharing.

**Note:** Most injectable medications and oral drugs not covered under Medicare Part B will be considered Medicare Part D drugs, but coverage will be determined by the formulary. Precertification is required for Medicare Part B situational drugs. If you have questions regarding whether a medication is covered under Medicare Part B versus Medicare Part D, contact the Aetna® Pharmacy Precertification Unit at **1-800-414-2386** (TTY: **711**) for assistance.

### Home infusion

The following provisions only apply to providers who dispense home infusion drugs that are covered under Medicare Part D to Medicare members (and the Medicare member has MAPD coverage):

- The provider will be paid clean claims within 30 days, and the provider will be reimbursed at the rates agreed to by the provider and Aetna.
- Updates to prescription drug pricing used for payment will occur no less frequently than once every seven days, beginning with an initial update on January 1 of each year, to accurately reflect the market price of acquiring the home infusion drug.
- The provider will submit claims for home infusion drugs whenever the Medicare member's ID card is presented (or is on file), unless the Medicare member expressly requests otherwise.
- The provider must submit claims for home infusion drugs by means of a point-of-service claims adjudication system.
- The provider must provide Medicare members with access to the negotiated prices.
- The provider must apply the correct cost-sharing amount to the Medicare member, as indicated by Aetna.

- The provider must inform the Medicare member of any difference between the price of the home infusion drug being dispensed and the price of the lowest-priced generic version, unless the home infusion drug being dispensed is the lowest-priced generic version.

- Before dispensing, the provider must ensure that the professional services and ancillary supplies necessary for home infusion drugs are in place.

- The provider must provide delivery of home infusion drugs within 24 hours of Medicare member's discharge from an acute setting, unless prescribed later.

- The provider must submit claims for equipment, supplies and professional services associated with dispensed home infusion drugs for Medicare members covered by Medicare Part C.

## Additional Aetna Medicare Advantage information

As outlined in Medicare laws, rules and regulations, physicians and health care professionals (and their employees, independent contractors and subcontractors) contracted with an Aetna Medicare Advantage organization ("contracted providers") must comply with various requirements. Refer to your Aetna® contract for further information regarding these Medicare contractual requirements. What follows is a general summary of some Medicare requirements that apply to contracted providers.

### Physician-member communications policy
Our contracts with participating providers do not contain "gag clauses." Nothing about the contract prevents the physicians or other health care professionals from discussing issues openly with their patients. We include language in our contracts to promote open physician-member communication.

Our objective is to give members the comfort of knowing that their physicians and other health care professionals have the right and the obligation to speak freely with them.

We encourage providers to discuss with their patients:

- Pertinent details regarding the diagnosis of their conditions

- The nature and purpose of any recommended procedure

- The potential risks and benefits of any recommended procedure or treatment

- Any reasonable alternatives to such recommended treatment

### Demographic data quarterly attestation

We require Aetna–contracted Medicare Advantage providers to validate their demographic information quarterly as noted in our provider agreement and/or provider newsletters. Availity® will send a notification each quarter for your review and attestation. As an Aetna Medicare Advantage provider, you are obligated to comply with this validation.

If you move your office, or change other demographic information, such as your email address or phone number, go to the Provider Data Maintenance function on Availity to update your profile within seven days of the change. Do not wait for the quarterly attestation process, and do not call or fax the information to Aetna. We will get the update from the vendor and process it accordingly.

It's important that you complete the validation and attestation requests from Availity within the allotted time frame. To do so, login to the provider portal and complete the attestation of your demographic information. We take this requirement very seriously and will act against providers who refuse to cooperate. Ultimately, this action can include termination of your participation in our Aetna Medicare Advantage networks.

The U.S. Centers for Medicare and Medicaid Services (CMS) is also encouraging health plans and providers to use the National Plan and Provider Enumeration System (NPPES) as a resource to improve data accuracy. We join CMS in reminding providers to review, update, and certify that their data is current in the **National Plan & Provider Enumeration System (NPPES)**. Accurate provider directories help Medicare beneficiaries identify and locate providers and make health plan choices.

### Collecting all Aetna Medicare Advantage plan member cost sharing
CMS reviews and approves all Medicare Advantage (MA) benefits packages. The statutes, regulations, policy guidelines and requirements in the Medicare Managed Care Manual and other CMS instructions are the basis for these reviews and approvals. To comply, MA organizations must be sure that their MA plans do not discriminate in the delivery of health care services, including source of payment.

The rules regarding collection of Medicare beneficiary cost-share amounts applicable in traditional Medicare apply to Aetna Medicare Advantage as well. Therefore, providers must collect all applicable cost-share amounts from Aetna Medicare Advantage plan members. To waive the cost share is a direct violation of federal laws and regulations. This action puts Aetna and your compliance at risk.

## Access to facilities and records

Medicare laws, rules and regulations require that contracted providers retain and make available all records pertaining to any aspect of services furnished to MA plan members or their contract with the MAO for inspection, evaluation and audit. Providers are required to hold these records for whichever of the following time periods is longest:

- A period of 10 years from the end of the contract period of any Aetna Medicare contract.
- The date the Department of Health and Human Services or the Comptroller General or their designees complete an audit.
- The period required under applicable laws, rules and regulations.

## Access to services

We have established programs and procedures to:

- Identify members with complex or serious medical conditions
- Work in conjunction with the member's physician, who is responsible for directing and managing their patients' care, assessing those conditions, and using medical procedures to diagnose and monitor patients on an ongoing basis
- Members can be granted an adequate number of direct-access visits to specialists (that is, no prior authorization required) to implement the treatment plan

In addition, as provided in applicable laws, rules and regulations, contracted providers are prohibited from discriminating against any Medicare member based on health status. Therefore, providers contracted with us are required to make services available in a culturally competent manner to all MA plan members. This includes those with limited English proficiency or reading skills, diverse cultural and ethnic backgrounds, and physical or mental disabilities. In turn, we maintain procedures to inform members with specific health care needs of follow-up care and provide training in self-care, as necessary.

## Medicare Outpatient Observation Notice (MOON) requirement

All participating hospitals and critical access hospitals (CAHs) must adhere to the provisions of the MOON Notice Act developed by CMS. Under this act, hospitals and CAHs must deliver a MOON to any member, including Medicare Advantage members, who receives observation services as an outpatient for more than 24

hours. The MOON must be provided to members no later than 36 hours after services begin. Go to **CMS.gov/medicare/medicare-general-information/bni/index** to find the notice and the accompanying instructions.

## Medicare Medical Loss Ratio (MLR) requirements

Congress, under the Affordable Care Act, amended the MA program provisions in the Social Security Act to require MAOs to achieve an 85% MLR, beginning with contract year 2014. CMS issued regulations to implement these MLR requirements that include maintenance and access to records obligations.

These requirements apply to any provider who:

- Is contracted with an MAO to participate in their Medicare network
- Retains medical/drug cost data that the MAO uses to calculate Medicare MLRs for which the MAO does not have independent access

Under these regulations, MAOs "are required to maintain evidence of the amounts reported to CMS and to validate all data necessary to calculate MLRs." This requirement exists for 10 years from the date that such calculations were reported to CMS.

Additionally, the MAO "must require any third-party vendor supplying drug or medical cost contracting and claim adjudication services" to provide the MAO with "all underlying data associated with MLR reporting … regardless of current contractual limitations." If this MA regulation is applicable to a participating provider, the provider is required to do both of the following:

- Ensure that they are retaining such data for the requisite time period (11 years from the **CMS MLR reporting date**, not the termination of the CMS contract, as referenced in existing MA regulations).
- Preserve the MAO's and government's ability to obtain data and records, as necessary, to satisfy any government information request during the 11-year period.

## Advance directives

Our contracted providers must document in a prominent place in an MA plan member's medical record whether the member has executed an advance directive. Refer to the Member Rights and Responsibilities policy for more information on advance directives.

## MA Organization Determination (OD) process

Medicare beneficiaries enrolled in MA plans are entitled to request an OD, which is a decision or determination concerning the rights of the member with regard to services covered by Medicare and/or Aetna®, and any decision/determination concerning the following items:

- Reimbursement for coverage of emergency, urgently needed services or post-stabilization care.

- Payment for any other health services furnished by a provider or supplier other than the organization that the member believes are Medicare covered. Or, if not covered by Original Medicare, should have been furnished, arranged for or reimbursed by the organization.

- Denial of coverage of an item or service the member has not received but believes should be covered.

- Discontinuation of coverage of a service, if the member disagrees with the determination that the coverage is no longer medically necessary.

Members can request an expedited or standard organization determination decision. We will review and process the request in accordance with the CMS requirements and time frames. If the member's request is denied, the member may exercise his or her appeal rights.

## Ban of Advance Beneficiary Notice of Noncoverage (ABN) for Medicare Advantage (MA)

Provider organizations should be aware that an ABN is not a valid form of denial notification for a MA member. ABNs, sometimes referred to as "waivers," are used in the Original Medicare program. CMS prohibits use of ABNs for members enrolled in a Medicare Advantage plan. Therefore, ABNs cannot be used for patients enrolled in Aetna Medicare Advantage plans.

As a provider who has elected to participate in the Medicare program, you should understand which services are covered by Original Medicare and which are not. Aetna Medicare Advantage plans are required to cover everything that Original Medicare covers and in some instances may provide coverage that is more generous or otherwise goes beyond what is covered under Original Medicare.

As an Aetna Medicare Advantage contracted provider, you are expected to understand what is covered under Aetna Medicare Advantage plans. CMS mandates that providers who are contracted with a Medicare Advantage plan, such as Aetna, are not permitted to hold a Medicare Advantage member financially responsible for payment of a service not covered under the member's Medicare Advantage plan unless that member has received a pre-service OD notice of denial from Aetna before such services are rendered.

If the member does not have a pre-service OD notice of denial from Aetna on file, you must hold the member harmless for the noncovered services. You cannot charge the member any amount beyond the normal cost-sharing amounts (such as copayments, coinsurance and/or deductibles).

However, if a service is never covered under Original Medicare or is listed as a clear exclusion in the member's plan materials, you can hold the member financially liable without a pre-service OD. However, you cannot hold a member financially liable for services or supplies that are only covered when medically necessary unless you go through the OD process. Members cannot be expected to know when a service is medically necessary and when it is not.

Providers and members can initiate pre-service ODs. You must go through this process to determine if the requested or ordered service is covered prior to a member receiving it, or prior to scheduling a service such as a lab test, diagnostic test or procedure. The procedure to request a pre-service OD is similar to the procedure to request a prior authorization. Call the number on the member's ID card and ask for a pre-service OD to determine if the service will be covered for the member.

Once we make a determination, the member will be notified of the decision. You will only be able to charge the member for the service if the member has already received the decision from us before you render the services in question to the member.

57

## Medicare prescription drug plan (PDP and MAPD) coverage determinations and exceptions process
### Coverage determinations

Medicare beneficiaries enrolled in PDPs and MAPDs have the right to request a coverage determination concerning the prescription drug coverage they're entitled to receive under their plan, including:

• Basic prescription drug coverage and supplemental benefits

• The amount, including cost sharing, if any, that the member is required to pay for a drug

An adverse coverage determination constitutes any unfavorable decision made by or on behalf of Aetna® regarding coverage or payment for prescription drug benefits a member believes they are entitled to receive.

The following actions are considered coverage determinations:

• A decision not to provide or pay for a prescription drug that the member believes should be covered by the plan. (This includes a decision not to pay because the drug is not on the plan's formulary, is determined to not be medically necessary, is furnished by an out-of-network pharmacy, or we determine is otherwise excluded under section 1862(a) of the Social Security Act, if applied to Medicare Part D.)

• The failure to provide a coverage determination in a timely manner when a delay would adversely affect the health of the member.

• A decision concerning an exceptions request for a plan's tiered cost-sharing structure.

• A decision concerning an exceptions request involving a nonformulary drug.

• A decision on the amount of cost sharing for a drug.

We have both standard and expedited procedures in place for making coverage determinations.

### Exceptions process

The exceptions process can be initiated for:

• Requests for exceptions involving a nonformulary Part D drug

• Requests for exceptions to a plan's tiered cost-sharing structure

A decision by a Part D plan sponsor concerning an exceptions request **constitutes a coverage determination**. Therefore, all of the applicable coverage determination requirements and time frames apply.

The member, their appointed representative or the prescribing physician can submit an exceptions request either orally or in writing, via phone or fax.

• Phone: **1-800-414-2386 (TTY: 711)**

• Fax: 1-800-408-2386

Medicare coverage determinations and exception requests have a strict turnaround time for completion. It is critical that you send your requests to the correct areas of Aetna Medicare so we may handle them appropriately for our members. Send all Medicare prescription drug requests via phone or fax.

• Phone: **1-800-414-2386 (TTY: 711)**

• Fax: 1-800-408-2386

A complete description of our coverage determination and exceptions process, and how to contact us if you are assisting a member with this process, is available on our Aetna Medicare Plans website:

### Medicare Advantage (MA and MAPD) and Medicare PDP member grievance and appeal rights

Medicare beneficiaries enrolled in MA, MAPD, or PDP plans members are entitled to specific CMS-mandated appeal and grievance rights. We have departments dedicated to processing all member appeals and grievances related to Medicare Advantage and Medicare Part D coverage.

Appeals and grievances are processed in accordance with the standard and expedited requirements and time frames established by CMS. Following an adverse organization determination or coverage determination, MA or MAPD plan and PDP members have the right to appeal any decision about the plan's failure to pay or provide coverage for what the member believes are covered benefits, drugs and services (including non-Medicare covered benefits). MA members can appeal for coverage of medical benefits, services and drugs covered through the Medicare medical benefit. PDP members can appeal for coverage of prescription drugs. MAPD members can appeal for any of the above.

We may ask for the cooperation and/or participation of contracted providers in our internal and external review of procedures relating to the processing of Medicare

member appeals and grievances. If necessary, contracted providers should:

- Instruct the member to contact us for their MA plan appeal rights
- Inform the member of their right to receive, upon request, a detailed written notice from us regarding coverage for services
- Promptly respond to any plan requests for information needed to review an appeal or assist with grievance resolution

Members should be directed to contact Member Services using the phone number listed on their Aetna® member ID card. In addition, notices sent due to an adverse organization or coverage determination provide contact information and instructions for filing an appeal.

When a Medicare member appeals a denied service, drug or other benefit they believe they are entitled to, we may need clinical records from you. We require you to handle all requests for clinical records as promptly as possible.

There are instances when we have less than 48 hours to respond to an appeal and your clinical information is imperative to making an accurate and timely decision. Please note that CMS-mandated time frames do not stop due to weekends, holidays, or any other time when your office may be closed.

For a complete description of our MA, MAPD, and Medicare PDP appeal and grievance procedures and time frames, and how to contact Aetna if you are assisting a member with this process, refer to the following links:

- **Aetna Medicare Rx Plan (PDP): Exceptions, Appeals and Grievances (Part D requests for MAPD or PDP members)**
- **Aetna Medicare Advantage: Appeals and Grievances (medical requests for MA or MAPD members)**

### Obligation to respond to requests for records

We are required to ask our network providers to give us clinical documentation to help make coverage decisions for pharmacy or medical services. Under our contract with you, you're obligated to provide this information to us promptly upon request. Our clinical staff will contact your office by phone or fax when we need documentation.

The timelines for making coverage decisions are short and highly regulated, so it is critical that you provide us with the requested clinical information on a timely basis. If you don't, it adversely impacts your patients' access to care and results in unnecessary coverage denials. Please make sure your staff knows they must respond quickly to medical record requests. Failure to respond may impact your future participation status.

### Confidentiality and accuracy of member records

Contracted providers must safeguard the privacy and confidentiality of, and ensure the accuracy of, any information that identifies an MA plan member. Original medical records must be released only in accordance with federal and state laws, court orders or subpoenas.

Specifically, our contracted providers must:

- Maintain accurate medical records and other health information
- Help ensure timely access by members to their medical records and other health information
- Abide by all federal and state laws regarding confidentiality and disclosure of mental health records, medical records, other health information and member information
- Provide staff with periodic training in member information confidentiality

Refer to the **Privacy Practices section** on page 32 for further information.

### Coverage of renal dialysis services for Medicare members who are temporarily out-of-area

An Aetna Medicare Advantage plan member may be temporarily out of the service area for up to six months. MAOs must pay for renal dialysis services obtained by an MA plan member while the member is temporarily out of their Medicare Advantage plan's service area. These services can be from a contracted or noncontracted Medicare-certified physician or health care professional.

### Direct access to in-network women's health specialists

Without a referral, MA plan members have direct access to mammography screening services at a contracted radiology facility. They also have direct access to in-network women's health specialists for routine and preventive services.

### Direct-access immunizations

Without a referral, MA members may receive influenza, hepatitis B and pneumococcal vaccines from any network provider. There is no cost to the member if any of these vaccinations are the only service provided at that visit. A PCP copayment will apply for all other immunizations that are medically necessary, in addition to the cost of the drug.

Beginning, January 1, 2023, **Part D**-covered adult vaccines recommended by the Advisory Committee on Immunization Practices (ACIP), including the shingles and Tetanus-Diphtheria-Whooping Cough vaccines, will be available with no deductible and no cost-sharing to people with Medicare prescription drug coverage.

**Emergency services**

Refer to the **Your Rights section** of the Aetna® website for more information on emergency services.

**Health-risk assessment**

We offer all members the opportunity to complete a health-risk assessment within 90 days of their enrollment in an Aetna MA plan.

The information obtained through the assessment is sent to the member's primary care physician, if we have one on file.

**Receipt of federal funds, compliance with federal laws, and prohibition on discrimination**

Payments received by contracted providers from MAOs for services rendered to MA plan members include federal funds. Therefore, a MAO's contracted providers are subject to all laws applicable to recipients of federal funds. These include, without limitation:

- Title VI of the Civil Rights Act of 1964, as implemented by regulations at 45CFR part 84

- The Age Discrimination Act of 1975, as implemented by regulations at 45 CFR part 91

- The Rehabilitation Act of 1973

- The Americans with Disabilities Act

- Federal laws and regulations designed to prevent or ameliorate fraud, waste and abuse, including, but not limited to, applicable provisions of federal criminal law

- The False Claims Act (31 U.S.C. §§ 3729 et. seq.

- The anti-kickback statute (section 1128B(b) of the Social Security Act)

- Health Insurance Portability and Accountability Act (HIPAA) administrative simplification rules at 45 CFR parts 160, 162 and 164

In addition, our contracted providers must comply with all applicable Medicare laws, rules and regulations. And, as provided in applicable laws, rules and regulations, contracted providers are prohibited from discriminating against any MA plan member on the basis of health status.

**Provider terminations**

When a provider's participation in the Aetna Medicare network is terminated, CMS requires that we make a good-faith effort to provide members with a written notice of the termination. This notice must be at least 30 calendar days prior to the termination effective date to all MA plan members who are patients seen on a regular basis by the provider.

However, note that when a PCP is terminated from the Aetna Medicare network, all members who are patients of that PCP must be notified of the PCP's termination at least 30 days prior to the termination effective date.

If you choose to terminate your Aetna Agreement with us, on the other hand, your contract stipulates that you must give us advance notice. For example, 90–120 days prior to terminating (or based on your contractual language).

Aetna shall provide physicians a 60-day written notice before terminating a physician contract without cause, unless a greater timeframe is specified in the physician's contract.

**Financial liability for payment for services**

In no event should an MAO's contracted provider bill an MA plan member (or a person acting on behalf of an MA plan member) for payment of fees that are the legal obligation of the MAO. However, a contracted provider may collect deductibles, coinsurance or copayments from MA plan members in accordance with the terms of the member's Evidence of Coverage.

**Note:** CMS issued a memo to MAOs dated September 17, 2008, ("CMS Guidance") providing guidance regarding balance billing by providers of certain individuals enrolled in both Medicare Advantage plans and a State Medicaid plan ("Dual Eligible beneficiaries"). More specifically, this CMS Guidance states that providers are prohibited from balance billing Dual-Eligible beneficiaries who are classified as Qualified Medicare Beneficiaries (QMB) for Medicare Parts A and B cost-sharing amounts.

The CMS Guidance explains that providers must accept Medicare and Medicaid payment(s), if any, as payment in full. A QMB has no legal liability to make payment to a provider or MA plan for Medicare Part A or B cost sharing, and a provider may not treat a QMB as a "private pay patient" in order to bill a QMB patient directly. In addition, the CMS Guidance states that federal regulations require a provider treating an individual enrolled in a State Medicaid plan, including QMBs, to accept Medicare assignment.

Providers participating in Aetna Medicare networks are required to provide covered services to Aetna Medicare Dual-Eligible beneficiaries enrolled in Aetna Medicare Advantage plans ("Dual-Eligible members") and comply with all of the requirements set forth in this CMS Guidance. Participating providers must accept Aetna payment as payment in full or bill Medicaid for the Dual Eligible member's copayment.

For more information, visit our **Health Care Professionals Medicare page**.

**Medicare Compliance Program requirements**

CMS requires that Aetna® first-tier, downstream and related entities (FDRs) fulfill Medicare Compliance Program requirements. If you are contracted to provide health care and/or administrative services for any of our Medicare plans, you are an FDR.

Our Medicare plans include:

• Medicare Advantage MA, MAPD, and/or PDP

• Medicare-Medicaid Plans (MMPs)

• Dual-Eligible Special Needs Plans (D-SNPs)

We describe all of CMS compliance program requirements in our **First Tier, Downstream and Related Entities (FDR) Medicare Compliance Program Guide (FDR Guide)**. Go to **Aetna.com/health-care-professionals/medicare.html** to find the FDR Guide.

Be sure to review the **FDR Guide** and make sure you are complying with all of the requirements.

**Standards of Conduct and Compliance policies**

Your organization should distribute Standards of Conduct and Compliance Policies that explain your:

• Commitment to comply with federal and state laws

• Ethical behavior requirements

• Compliance program operations

Your policies should be distributed within 90 days of hire, when revised, and annually thereafter.

If you don't have your own documents, you can use our **Code of Conduct** and **Compliance Policies**.

**Exclusion list screening**

Your organization should not employ or contract with an individual or entity that is excluded from participating in federally funded health care programs. Prior to contracting and monthly thereafter, you must screen employees and downstream entities against the following lists:

• **Office of Inspector General (OIG) List of Excluded Individuals and Entities**

• **General Services Administration (GSA) System for Award Management (SAM)**

If an excluded individual or entity is identified, you must notify us and immediately remove them from working on our Medicare business. This individual or entity should not bill for Medicare-covered services, and Aetna cannot pay such claims.

**Oversight of your subcontractors**

If your subcontractors provide health care and/or administrative services for the Aetna Medicare business, they are a downstream entity.

You must ensure that your downstream entities abide by all laws, rules and regulations. This includes ensuring your:

• Contractual Agreements contain all CMS-required provisions

• Downstream Entities comply with applicable Medicare requirements, including operational and compliance program requirements

**What may happen if you don't comply**

If our FDRs fail to meet these CMS Medicare-compliance program requirements, it may lead to:

• Development of a corrective action plan

• Retraining

• Termination of your contract and relationship with Aetna®

**Making sure you maintain documentation**

You are required to maintain evidence of your compliance with the requirements for 10 years. Aetna or CMS may request that you provide documentation of your compliance with these requirements.

**Report concerns or questions**

If you identify noncompliance or fraud, waste and abuse, you must report it to us by using the mechanisms outlined in our **Code of Conduct**. We prohibit retaliation for good-faith reporting of concerns.

If you have questions about the requirements that apply to FDRs or if you have difficulty finding our **FDR Guide**, call our Provider Contact Center.

**Special Needs Plans (SNPs) Model of Care**

A Dual Eligible Special Needs Plan (D-SNP) including Highly Integrated Dual Special Needs Plan (HIDE), and Fully Integrated Special Needs Plan (FIDE), are types of Medicare Advantage plans for delivering coordinated care and care management, as well as provide benefits to Medicare-qualified members who may also receive full or partial Medicaid benefits and/or assistance with Medicare premiums or Parts A & B cost-sharing. These Special Needs Plans (SNPs) include a Model of Care (MOC) inclusive of a coordinated care/care management program offered to all special needs members. The Centers for Medicare & Medicaid Services (CMS) requires that all contracted medical providers and staff receive basic training about the Special Needs Plans (SNPs) MOC. This training and completion of an attestation are required for new providers and must be completed yearly. Additional Medicare Advantage SNP products requiring the MOC attestation include Institutional Special Need Plan (ISNP) and Chronic

Special Needs Plans (CSNP).  Go to **Aetna.com/ health-care-professionals/medicare.html** to find the SNP MOC, Provider and Delegate Frequently asked questions, and DSNP/FIDE Attestations. Go to the  Office Manual Supplement (all states) (PDF) to find additional state specific SNP MOC guidance.

### The Patient Protection and Affordable Care Act (PPACA), implemented in 2010

We refer to PPACA as the Affordable Care Act (ACA). As part of the ACA, Congress enacted a broad new law — ACA Section 1557 — that generally prohibits most health insurers, including Aetna, from discriminating on the basis of race, color, national origin, sex, disability or age. A central element of the ACA Section 1557 rules is a requirement that covered entities, including health care providers such as hospitals or doctors, provide special aids to persons with communication disabilities, such as the deaf and hard of hearing, so they can equally access and benefit from their services. Sections of the ACA 1557 portion were repealed in the summer of 2020 with an effective date of 8/18/20. Aetna expects providers to comply with ACA Section 1557. Sections of the ACA 1557 portion were repealed in the summer of 2020, with an effective date of August 8, 2020.

### The "effective communication" baseline rule

As an Aetna Provider, you are obligated to do both of the following:

• Ensure all communications with the deaf and hard of hearing are as effective as those with other persons.

• Provide appropriate auxiliary supports and services to the deaf and hard of hearing, whenever necessary, to afford them an equal opportunity to benefit from their services.

• Ensure the ability to assist members in a variety of languages, per federal law requirements.

When deciding whether a particular aid should be provided, keep in mind that the general goal is to ensure all communications with individuals who are deaf or hard of hearing are effective.

### Individuals qualifying for auxiliary supports and services

Individuals qualify for auxiliary supports and services if either of the following apply:

• They are deaf or hard of hearing.

• They are in one of the classes of people covered by the regulations.

The term "deaf" includes individuals who do not hear well enough to rely on their hearing to process speech and language. The term "hard-of-hearing" includes individuals with conditions that affect the frequency or intensity of their hearing. A deaf or hard-of-hearing person would be covered by ACA Section 1557 if they are substantially limited in hearing or substantially limited in some other major life activity because of hearing loss. An individual may be considered deaf or hard of hearing even if their hearing loss is eased by the use of a hearing aid or cochlear implant.

### Auxiliary support and service options

The regulations include a long, but non-exhaustive list of auxiliary supports and services that may be provided in a particular instance. The list includes (among other possibilities):

• Qualified interpreters, who can provide services in person and on-site or remotely through technology, such as video remote interpreting (VRI)

• Use of written materials and exchange of written notes

• Voice-, text- and video-based telecommunications products, such as video relay service (VRS)

• Text telephones, called "teletypewriters" (TTYs)

There are many other options, though all must be provided free of charge to people who are deaf or hard of hearing. Any special technology such as VRI or VRS must meet technical and operational standards and users must be properly trained. The appropriate aid to use will depend on the individual with the disability, the type of communication and the context. When deciding which aid to provide, primary consideration should be given to the person with a disability who is requesting the service. Aids should also be provided in a timely manner and in such a way that protects the privacy and independence of the individual.

### Persons qualified to act as interpreters

Interpreters used by covered entities (whether interpreting in-person or via VRI) should be qualified. A qualified interpreter may use one of several methodologies, but must:

• Adhere to generally accepted interpreter ethics principles, including client confidentiality

• Be able to interpret effectively, accurately, and impartially, both receptively and expressively, using any necessary specialized vocabulary, terminology and phraseology

You must not require a person who is deaf or hard of hearing to bring someone with him or her to interpret, nor should you rely on an adult companion or child to interpret, unless:

• There is an emergency involving an imminent threat to the safety or welfare of the individual or the public and no other interpreter is available

- The person requests interpretation from their companion and reliance on the companion is determined to be appropriate

For more from the Office of Civil Rights on effective communications for persons who are hard of hearing, go to the U.S. Department of Health and Human Services website.

## Medicare Access and CHIP Reauthorization Act (MACRA) reimbursement policy

The Medicare Access and CHIP Reauthorization Act of 2015 (MACRA) was signed into law on April 16, 2015. MACRA created the Quality Payment Program (QPP), which repeals the Sustainable Growth Rate (SGR) formula. It changes the way Medicare rewards physicians for value versus volume over time.

Our MACRA reimbursement policy applies to both of the payment tracks below:

- Advanced Alternative Payment Model (AAPM): our value-based contracting reimbursement programs are known as "CPC+" or "Medicare Collaboration Premier" or "Medicare Collaboration Enhanced." They offer providers CMS-approved options to qualify for this track as an Other Payer AAPM as long as the AAPM criteria are met within your specific contract terms. However, our provider reimbursements do not adjust to include reciprocal AAPM bonuses. AAPM bonuses are based on CMS Fee-For-Service membership, not your Aetna®–specific membership.

- Merit-Based Incentive Payment System (MIPS): our provider reimbursements do not adjust to include performance-based incentive payments made under traditional Medicare as the result of MACRA. Incentive payments are based on CMS Fee-For-Service membership, not your Aetna-specific membership.

## Temporary move out of the service area

CMS defines a temporary move as:

- An absence from the service area (where the member is enrolled in an MA plan) of six months* or less
- Maintaining a permanent address/residence in the service area

An MA plan member is covered while temporarily out of the service area for emergent, urgent and out-of-area dialysis services. If a member permanently moves out of the MA plan service area or is absent for more than six months,* the MAO must disenroll the member from the MA plan.

## Travel programs — when members are away from home for an extended period

Under travel programs, we let members travel out of their home service area for an additional 6 months for a total of 12 months in a row. Members travelling can get

services from providers in our Medicare network for the service area they're visiting. Plan coverage rules still apply. For example, they may need referrals for some services. Our Medicare network isn't in all locations, so it is important members check for participating providers in the area they're visiting.

## We offer two Medicare Advantage visitor/traveler programs.

1. Travel Advantage (HMO plans)

Travel Advantage is offered on some **Individual** and **Group** Medicare Advantage HMOs. It's not available to California (CA) or Florida (FL) members or to those members enrolled in our Medicare Advantage Prime Plan.

- **Visitor Traveler**: allows members to keep their plan coverage for an extra six months when out of the plan's service area.
- **Seamless network**: multi-state network allows HMO members to get routine services at an in-network cost share when they see a contracted Aetna HMO provider throughout the United States. An HMO member cannot see a PPO-only contracted provider.
- **Medicare Advantage Open Access HMO:** members don't choose PCPs. When enrolled in Travel Advantage, members can continue using any Aetna Medicare Advantage HMO provider without a referral.
- **Medicare Advantage non-Open Access HMO:** members whose plans need referrals and PCP choices have to change their PCP to another PCP in the service area they're visiting. The new PCP renders primary care services and refers members to other providers in the service area they're visiting.

2. Travel Explorer (PPO plans)

Travel Explorer is offered on *some* **Individual** Medicare Advantage PPO plans and includes "Travel Pass." For 2021, the Explorer travel program is available on some Individual Medicare Advantage PPO plans in the states listed below:

| | |
|---|---|
| Alabama (AL) | Mississippi (MS) |
| Arizona (AZ) | Nevada (NV) |
| California (CA) | New Jersey (NJ) |
| Colorado (CO) | New York (NY) |
| Connecticut (CT) | North Carolina (NC) |
| Delaware (DE) | Ohio (OH) |
| Florida (FL) | Pennsylvania (PA) |
| Georgia (GA) | South Carolina (SC) |
| Illinois (IL) | Tennessee (TN) |
| Indiana (IN) | Utah (UT) |
| Kentucky (KY) | Virginia (VA) |

*Twelve months for members enrolled in a stand-alone Medicare prescription drug plan (PDP).

| | |
|---|---|
| Louisiana (LA) | Washington (WA) |
| Maine (ME) | Wisconsin (WI) |
| Massachusetts (MA) | Wyoming (WY) |
| Michigan (MI) | |

- **Visitor Traveler**: allows members to stay in their plans for an extra six months when out of the plan's service area.
- **Seamless network:** multi-state network allows PPO members to get routine services at an in-network cost share when they see a contracted Aetna PPO-provider throughout the United States.
- **Travel Pass**: gives a snapshot of key health care elements such as their primary care provider, medication history, vaccine history and other information — all of which can help members direct their care while traveling.

### Plans rules and requirements must be followed

- Members may only change their PCP to a PCP located in another Aetna Medicare plan service area.
- If a plan requires that a PCP selection be recorded by Aetna, members must change their PCP. If they don't, their claims will be denied.
- Members must get PCP referrals in accordance with plan rules.

### Urgently needed services

Urgently needed services are covered services provided to a member that are both of the following:

- Nonpreventive or nonroutine
- Needed to prevent the serious deterioration of a member's health following an unforeseen illness, injury or condition

Urgently needed services include conditions that cannot be adequately managed without immediate care or treatment, but do not require the level of care provided in the emergency room.

### Physicians and other health care professionals and marketing of Aetna Medicare Advantage plans

MAOs and their contracted providers must adhere to all applicable Medicare laws, rules and regulations relating to marketing. Per Medicare regulations, "marketing materials" include, but are not limited to, promoting an MAO or a particular MA plan, informing Medicare beneficiaries that they may enroll or remain enrolled in an MA plan offered by an MAO, explaining the benefits of enrollment in an MA plan or rules that apply to members, or explaining how Medicare services are covered under an MAO plan.

Regulations prevent MAOs from conducting sales activities in health care settings except in common areas. MAOs are prohibited from conducting sales presentations and distributing and/or accepting enrollment applications in areas where patients primarily intend to receive health care services. MAOs are permitted to schedule appointments with beneficiaries residing in long-term care facilities, only if the beneficiary requests it.

Physicians and other health care professionals may discuss, in response to an individual patient's inquiry, the various benefits of MA plans. They shall remain neutral when assisting Medicare beneficiaries with enrollment decisions. Physicians are encouraged to display plan materials for all plans in which they participate.

For additional information, physicians and health care professionals can also refer their patients to:

- **1-800-624-0756** (TTY: **711**)
- The State Health Insurance Assistance program
- The specific MAO marketing representatives
- The CMS website at **Medicare.gov**

Physicians and other health care professionals cannot accept MA plan enrollment forms.

We follow the federal anti-kickback statute and CMS marketing requirements associated with Medicare marketing activities conducted by providers and related to Aetna Medicare plans. Payments that we make to providers for covered items and/or services will:

- Be fair market value
- Be consistent with an arm's length transaction
- Be for bona fide (genuine) and necessary services
- Comply with relevant laws and requirements, including the federal anti-kickback statute

For a complete description of laws, rules, regulations, guidelines and other requirements applicable to Medicare marketing activities conducted by providers, refer to Chapter 3 of the Medicare Managed Care Manual, and the **Medicare Communications and Marketing Guidelines** contained therein, which can be found on the CMS website.

### Annual notice of change

Medicare plan benefits are subject to change annually. Members are provided with written notice regarding the annual changes by the date specified by CMS. The CMS Annual Election Period typically runs from October 15 through December 7 for the upcoming calendar year for beneficiaries enrolled in individual MA-only, MAPD, and

64

PDP plans. Elections made during the Annual Election Period are effective January 1 of each year. Providers can access the **Aetna Medicare website** for information on the individual plans and benefits that will be available within their service area for the following calendar year.

### Services received under private contract

As specified by Medicare laws, rules and regulations, physicians may "opt out" of participating in the Medicare program and enter into private contracts with Medicare beneficiaries. If a physician chooses to opt out of Medicare due to private contracting, no payment can be made to that physician directly or on a capitated basis for Medicare-covered services. The physician cannot choose to opt out of Medicare for some Medicare beneficiaries but not others, or for some services but not others.

The MAO is not allowed to make payment for services rendered to MA members to any physician or health care professional who has opted out of Medicare due to private contracting, unless the beneficiary was provided with urgent or emergent care.

### Claims and billing requirements

Physicians and other health care professionals must use the current revision of the International Classification of Diseases, Clinical Modification (ICD-10-CM) codes and adhere to all conventions and guidelines specified in the ICD-10-CM Official Guidelines for Coding and Reporting. Complete, accurately use both the CMS Healthcare Common Procedure Coding System (HCPCS Level II) and the required procedural codes of the American Medical Association's (AMA's) Current Procedural Terminology (CPT), current edition.

Hospitals and physicians using the Diagnostic and Statistical Manual of Mental Disorders, 5th Edition, (DSMV) for coding must convert the information to the official ICD-10 CM codes. Failure to use the proper codes will result in diagnoses being rejected in the Risk-Adjustment Processing System.

- The ICD-10 CM codes must be to the highest level of specificity: A code is invalid if it does not contain the full number of required characters detailed in the tabular list. Valid codes may contain three to seven characters.

- Report all secondary diagnoses that impact clinical evaluation, management and/or treatment.

- Report all status codes pertinent to the care provided. An unspecified code should not be used if the medical record provides adequate documentation for assignment of a more specific code.

Again, failure to use current coding guidelines may result in a delay in payment and/or rejection of a claim.

### Care outside of the United States

If the member sees an out-of-network provider for urgent/emergency care outside of the United States and he/she has made payment to the provider, the member should submit their claims to Aetna® along with documentation of any payments made to the provider.

### Submitting Medicare claims and encounter data for risk adjustment

Risk adjustment is used to fairly and accurately adjust payments made to MAOs by CMS based on the health status and demographic characteristics of an enrollee. CMS requires MAOs to submit diagnosis data regarding physician, inpatient and outpatient hospital encounters on a quarterly basis, at minimum.

CMS uses the Hierarchical Condition Category payment model referred to as CMS-HCC model. This model uses the ICD-10 CM as the official diagnosis code set in determining the risk-adjustment factors for each member. The risk factors based on HCCs are additive and are based on predicted expenditures for each disease category. For risk-adjustment purposes, CMS classifies the ICD-10 CM codes by disease groups known as HCCs.

Providers are required to submit accurate, complete and truthful risk-adjustment data to the MAO. Failure to submit complete and accurate risk-adjustment data to CMS may affect payments made to the MAO and payments made by the MAO to the physician or health care professional organizations delegated for claims processing.

### Risk adjustment medical record validation

CMS conducts medical record reviews to validate the accuracy of the risk-adjustment data submitted by the MAO. Medical records created and maintained by providers must correspond to and support the hospital inpatient, outpatient and physician diagnoses submitted by the provider to the MAO. In addition, Medicare Advantage regulations require that providers submit samples of medical records for validation of risk-adjustment data and the diagnoses reported by Aetna to CMS, as required by CMS.

Therefore, providers must give access to and maintain medical records in accordance with Medicare laws, rules and regulations. (Refer to the **Access to Facilities and Records section**). CMS may adjust payments to the MAO based on the outcome of the medical record review.

*CPT® is a registered trademark of the American Medical Association.

**Providers of hospice-related services**

Aetna Medicare Advantage members may elect to use the hospice benefit in the Original Medicare program instead of their MA HMO and PPO coverage. Prior to initiating hospice care, the member or their representative must sign the "Election of Benefits" waiver. When this election is documented, the enrollee should be referred to the Original Medicare hospice provider.

Original Medicare will assume financial responsibility on the date the waiver is signed, and reimbursement will be made by Original Medicare directly to the agency. Durable medical equipment (DME) will be the responsibility of the hospice provider. The MA plan remains responsible for payment of those medical services not related to the terminal illness and additional benefits not covered by Medicare. An example of an additional benefit is the eyeglasses reimbursement.

For services not related to the terminal illness, inpatient services should be billed to the Medicare Fiscal Intermediary using the condition code "07." For physician services and ancillary services not related to the terminal illness, the physician or other health care professional should bill the Medicare carrier (as is done for Medicare FFS patients) and use the modifier "GW."

Attending physician services are billed to the Medicare carrier with the "GV" modifier, provided these services were not furnished under a payment arrangement with the hospice. If another physician covers for the designated attending physician, the services of the substituting physician are billed by the designated attending physician under the reciprocal or locum tenens billing instructions. In such instances, the attending physician bills using the "GV" modifier in conjunction with either a "Q5" or "Q6" modifier.

**Centers for Medicare & Medicaid Services (CMS) physician incentive plan: general requirements**

Aetna Medicare Advantage regulations require that MAOs and their participating providers meet certain CMS monitoring and disclosure requirements that apply to "physician incentive plans." As outlined in 42 C.F.R § 422.208(a), a "physician incentive plan" means any compensation arrangement to pay a physician or physician group that may directly or indirectly have the effect of reducing or limiting the services provided to any MA plan enrollee.

The physician incentive plan requirements apply to an MAO and any of its first-tier and downstream provider arrangements that utilize a physician incentive plan in

their payment arrangements with individual physicians or physician groups. Provider downstream arrangements may include an intermediate first-tier entity. This includes, but is not limited to, an independent practice association (IPA) that contracts with one or more physician groups or any other organized group that provides administrative and/or health care services to MA members through downstream providers.

CMS imposes the following requirements on MAOs and their participating providers regarding physician incentive plan arrangements:

• MAOs and their participating providers cannot make a specific payment, directly or indirectly, to a physician or physician group as an inducement to reduce or limit medically necessary services furnished to any particular MA enrollee. Indirect payments may include offerings of monetary value (such as stock options or waivers of debt) measured in the present or future.

• If the physician incentive plan places a physician or physician group at substantial financial risk for services that the physician or physician group does not furnish itself, the MAO or participating provider must ensure that all physicians and physician groups at substantial financial risk (as described in 42 C.F.R §422.208(a) & (d)) have either aggregate or per-patient stop-loss protection (as described in 42 C.F.R §422.208(f)). In addition, MAOs and participating providers must conduct periodic Aetna MA member surveys in accordance with MA regulations.

• For all physician incentive plans, the MAO must provide CMS with assurances that applicable physician incentive plan requirements are met, as well as provide information concerning physician incentive plans, as requested. To meet this CMS requirement, any participating provider with a physician incentive plan arrangement must annually provide Aetna® with the following information for each physician incentive plan arrangement:

  - Whether referral services are covered by the physician incentive plan

  - The type of physician incentive plan arrangement (that is, withhold, bonus, capitation)

  - The percent of total income at risk for referrals

  - The patient panel size

  - The amount and type of stop-loss protection

We will disclose any physician incentive plan arrangements maintained by participating providers, if required to do so, under applicable laws and regulations.

### CMS physician incentive plan: substantial financial risk

As more fully described in 42 C.F.R. § 422.208 (a) and (d), substantial financial risk occurs when risk is based on the use or costs of referral services and that risk exceeds a risk threshold of 25% of potential payments. (Payments based on other factors, such as quality of care furnished, are not considered in this determination.) Refer to 42 C.F.R. § 422.208 for additional information.

### CMS physician incentive plan: stop-loss protection requirements

In addition, as more fully described in 42 C.F.R. §422.208(f), MAOs and their participating providers must ensure that all physicians and physician groups at substantial financial risk have either aggregate or per-patient stop-loss protection in accordance with the following requirements:

- Aggregate stop-loss protection must cover 90% of the costs of referral services that exceed 25% of potential payments.

- For per-patient stop-loss protection, if the stop-loss protection provided is on a per-patient basis, the stop-loss limit (deductible) per patient must be determined based on the size of the patient panel. It may be a combined policy or consist of separate policies for professional services and institutional services. In determining patient panel size, the patients may be pooled, as described in 42 C.F.R. § 422.208(g).

- Stop-loss protection must cover 90% of the costs of referral services that exceed the per-patient deductible limit. The per-patient stop-loss deductible limits are set forth in 42 C.F.R. § 422.208(f).

Participating providers with physician incentive plan arrangements must maintain, at their sole expense, any stop-loss coverage they are required to maintain under applicable laws and regulations. They must also provide evidence of such coverage to us upon request.

### Aetna Medicare Advantage organization (MAO) obligations

The MAO is prohibited from restricting a physician or health care professional from advising his or her patients about:

- Their health status

- Their treatment options

- The risks and benefits of their treatment options

- The opportunity to refuse treatment and/or express preferences about future treatment decisions

### CMS: CY 2019 Medicare Communications and Marketing Guidelines (MCMG)

Medicare marketing guidelines contain restrictions on communications and marketing materials for MA plans and providers. We summarize here some of the key requirements, but we encourage providers to review these regulations and guidelines available on the CMS website. Per Medicare regulations, to qualify as a "marketing material," material must meet content and intent requirements set forth in CMS guidance. Materials will meet the intent requirement if they are intended to (i) draw a beneficiary's attention to a plan or plans, (ii) influence a beneficiary's decision-making process when making a plan selection, or (iii) influence a beneficiary's decision to stay enrolled in a plan (retention-based marketing). To meet the content requirement, materials must include content regarding (i) the plan's benefits, benefits structure, premiums, or cost sharing; (ii) measuring or ranking standards (for example, Star Ratings or plan comparisons), or (iii) rewards and incentives as defined under 42 CFR § 422.134(a) (for MA and section 1876 cost plans only). Marketing or sales activities and materials are not permitted in areas where care is being administered, including exam rooms, hospital patient rooms, treatment areas, or pharmacy counter areas.

### Permissible activities

Provider-initiated activities are activities conducted by a provider at the request of the patient, or as a matter of a course of treatment, and occur when meeting with the patient as part of the professional relationship between the provider and patient.  Permissible activities include:

1. Distributing unaltered, printed materials created by CMS, such as reports from Medicare Plan Finder, the "Medicare & You" handbook, or "Medicare Options Compare" (from **Medicare.gov**), including in areas where care is delivered.

2. Providing the names of MA organizations with which they contract or participate or both.

3. Answering questions or discussing the merits of a MA plan or plans, including cost sharing and benefit information, including in areas where care is delivered.

4. Referring patients to other sources of information, such as State Health Insurance Assistance Program (SHIP) representatives, plan marketing representatives, State Medicaid Office, local Social Security Offices, CMS' website at **Medicare.gov**, or **1-800-MEDICARE**.

5. Referring patients to MA plan marketing materials available in common areas

6. Providing information and assistance in applying for the LIS.

7. Announcing new or continuing affiliations with MA organizations, once a contractual agreement is signed. Announcements may be made through any means of distribution.

**What contracted providers may do**

• Make available, distribute, and display communications materials, including in areas where care is being delivered.

• Provide or make available marketing materials and enrollment forms in common areas.

**Ambulance services**

Ambulance services, including fixed-wing and rotary-wing ambulance services, are covered only if they are furnished to a member whose medical condition is such that other means of transportation are contraindicated. The member's condition must require both the ambulance transportation itself and the level of service provided in order for the billed service to be considered medically necessary. Note that air ambulance services are covered only if the member's medical condition is such that transportation by ground ambulance is not appropriate. The member must be transported to the nearest hospital with appropriate facilities.

Nonemergency, scheduled, and repetitive ambulance services may be covered if the ambulance provider or supplier, before furnishing the service to the beneficiary, obtains a physician certification statement dated no earlier than 60 days before the date the service is furnished indicating that these services are medically necessary.

**Rights and responsibilities for Aetna Medicare Advantage HMO and PPO plan members *with* a prescription drug benefit**

We inform our Aetna Medicare Advantage HMO and PPO plan members with a prescription drug benefit included in the plan design that they have the following rights and responsibilities.

**Rights**

Information

• Get information about our plan. This includes information about how we're doing financially, and how our plan compares to other Medicare health plans.

• Get information about our network providers, including our network pharmacies.

• Get information in a way that works for them. Our plan includes:

  - Free language interpreter services available to answer questions from non-English-speaking members.

  - Information in Braille, large print, and in other accessible formats.

  - Information that is accessible and appropriate for people who are eligible for Medicare because of disability.

• Get an explanation about any prescription drugs and Part C medical care or service not covered by our plan.

• Receive in writing: Why we will not pay for or approve a prescription drug or Part C medical care or service

• How they can file an appeal to ask us to change this decision even if they obtain the prescription drug or Part C medical care or service from a pharmacy or provider not in the Aetna® network

68

• Receive an explanation about any utilization management requirements, such as step therapy or prior authorization, which may apply to their plan.

• Make a complaint if they have concerns or problems related to their coverage.

• Be treated fairly (that is, not retaliated against) if they make a complaint.

• Get a summary of information about the appeals made by members and the plan's performance ratings, including how it's been rated by plan members and how it compares to other Medicare health plans.

• Get more information about their rights, and protections, plus ask questions and share concerns.

  - Call Aetna Member Services.

• Get free help and information from their State Health Insurance Assistance Program (SHIP).

  - Visit Medicare.gov to view or download the publication. It's available at **Medicare.gov/publications**.

  - Call **1-800-Medicare (1-800-633-4227)** 24 hours a day, 7 days a week. TTY users should call **1-877-486-2048**.

  - Call the Office for Civil Rights at **1-800-368-1019** if they think we've treated them unfairly or not respected their rights. TTY users should call **1-800-537-7697.**

## Access to care

• Choose a network health care provider. If they're a member of a Medicare PPO plan or PPO plan with an Extended Service Area, they have the right to seek care from any health care provider in the United States who is eligible to be paid by Medicare and agrees to accept the plan. They may pay more for services obtained from an out-of-network provider.

• Go to a women's health specialist in our plan (such as a gynecologist) without a referral.

• Get timely access to providers. "Timely access" means getting services within a reasonable amount of time.

• Get their prescriptions filled within a reasonable amount of time at any network pharmacy.

• Call Member Services if they have a disability and need help in order to access to care

## Freedom to make decisions

• Get full information from their health care providers when they go for medical care. This includes knowing about all of the treatment options that are recommended for their condition, no matter the cost or whether they're covered by our plan.

• Participate fully in decisions about their health care. Their health care providers must explain things in a way that they can understand. Their rights include knowing about all of the treatment options that are recommended for their condition, no matter the cost or whether they're covered by our plan.

• Know about the different medication therapy management programs they may join.

• Be told about any risks involved in their care.

• Be told beforehand if any planned medical care or treatment is part of a research experiment. They must be given the choice to refuse experimental treatments.

• Refuse treatment. This includes the right to leave a hospital or other medical facility, even if their doctor advises them not to leave. This includes the right to stop taking their medication.

• Receive a detailed explanation if they think a health care provider has denied care they believe they were entitled to receive or should continue to receive. In these cases, they must request an initial decision, called an "organization determination."

• Ask someone such as a family member or friend to help them with decisions about their health care. They may fill out a form to give someone the legal authority to make medical decisions for them.

• Give their doctors written instructions about how they want them to handle their medical care. This includes "Advanced Directives," a "Living Will," and a "Power of Attorney for Health Care," if they become unable to make decisions for themself. They can contact Aetna® Member Services to ask for the forms.

## Personal rights

• Be treated with dignity, respect and fairness at all times. We must obey laws that protect them from discrimination or unfair treatment. We do not discriminate based on a person's race, mental or physical disability, religion, gender, sexual orientation, health status, ethnicity, creed, age, claims experience, medical history, genetic information, evidence of insurability, geographic location within the service area or national origin. Receive privacy of their medical records and personal health information according to federal and state laws that protect the privacy of their medical records and personal health information. There are exceptions allowed or required by law, such as the release of health information to government agencies that are checking on quality of care.

• Receive a written notice called a "Notice of Privacy Practice" that tells them about privacy of their medical

records and personal health information rights and explains how we protect the privacy of their health information.

- Look at medical records held at the plan and get a copy of their records.

- Ask us to make additions or corrections to their medical records.

- Know how we've given out their health information and used it for nonroutine purposes.

Get information from us about our network pharmacies, providers and their qualifications, as well as information about how we pay our doctors. For a list of the providers and pharmacies in the plan's network, they may see the Provider Directory. For more detailed information about our providers or pharmacies, they may visit **AetnaMedicare.com** or call Aetna Member Services.

Input
- Suggest changes in the plan's policies and services, including our Member Rights and Responsibilities policy.

**Responsibilities**
As a member in a Medicare Advantage HMO and PPO plan **with a prescription drug benefit** included in the plan design, they have a responsibility to:

- Exercise their rights

- Learn about their coverage and the rules they must follow to get care as a member.

Follow instructions
- Unless it's an emergency, when seeking care, they must let health care providers know that they're enrolled in our plan. They must also present their member ID card to health care providers.

- Give their doctor and other health care providers the information they need to care for them.

- Follow the treatment plans and instructions that they and their doctors agree on.

- Act in a way that supports the care given to other patients and helps the smooth running of their doctor's office, hospitals and other offices.

- Tell our plan if they have additional health insurance or drug coverage and use all of their insurance coverage.

- Pay their plan premiums and copayments/coinsurance for their covered services.

- Pay for services that aren't covered.

Communicate
- Ask their doctors and other providers if they have any questions, and have providers explain their treatment in a way that they can understand.

- Tell their doctor or other health care providers that they're enrolled in our plan. Show their member ID card whenever they get their medical care or Part D prescription drugs.

- Let us know if they move.

- Let us know if they have any questions, concerns, problems or suggestions.

## Rights and responsibilities for Aetna Medicare Advantage HMO and PPO plan members *without* a prescription drug benefit

We inform our Aetna Medicare Advantage HMO and PPO plan members without a prescription drug benefit that they have the following rights and responsibilities.

**Rights**
Information
- Get information about our plan. This includes information about our financial condition and how our plan compares to other Medicare health plans.

- Get information about our network providers.

- Get information in a way that works for them. Our plan has people and free language interpreter services available to answer questions from non-English-speaking members. The information we provide about our benefits must be accessible and appropriate for people who are eligible for Medicare because of a disability. If they need it, we can also give members information in Braille, in large print, or other alternate formats.

- Get an explanation about any Part C medical care or service not covered by our plan. Receive a written note explaining why we will not pay for, or approve, a Part C medical care or service

- File an appeal to ask us to change this decision, even if they obtain the Part C medical care or service from a provider not affiliated with our organization

- Make a complaint if they have concerns or problems related to their coverage.

- Be treated fairly (that is, not be retaliated against) if they make a complaint.

- Get information about the appeals made by members and the plan's performance ratings, including how it compares to other Medicare health plans.

- Get more information about their rights. If they have questions or concerns about their rights and protections, they can call Aetna® Member Services

- Get free help and information from their State Health Insurance Assistance Program (SHIP)

70

- Visit **Medicare.gov** to view or download the publication. Find it at **Medicare.gov/ publications?pubs/pdf/10112.pdf**.

- Call **1-800-Medicare (1-800-633-4227)** 24 hours a day, 7 days a week. **TTY** users should call **1-877-486-2048**.

- Call the Office for Civil Rights at **1-800-368-1019** if they think we've treated them unfairly or not respected their rights. **TTY** users should call **1-800-537-7697**.

### Access to care

- Choose a network health care provider. If they're a member of a private fee-for-service plan, they have the right to seek care from any health care provider in the United States who is eligible to be paid by Medicare and agrees to accept our terms and conditions of payment.

- Get timely access to providers. "Timely access" means getting services within a reasonable amount of time.

- Go to a women's health specialist in our plan (such as a gynecologist) without a referral.

- Call member services if they have a disability and need help with access to care

### Freedom to make decisions

- Get full information from their providers when they go for medical care.

- Participate fully in decisions about their health care. Their providers must explain things in a way that they can understand. Their rights include knowing about all of the treatment options that are recommended for their condition, no matter the cost or whether they're covered by our plan.

- Be told about any risks involved in their care.

- Be told beforehand if any planned medical care or treatment is part of a research experiment. They must be given the choice of refusing experimental treatments.

- Refuse treatment. This includes the right to leave a hospital or other medical facility, even if their doctor advises them not to leave. This includes the right to stop taking their medication.

- Receive a detailed explanation if their provider denied care that they believe they were entitled to receive. Or care they believe they should continue to receive. In these cases, they must request an initial decision called an "organization determination."

- Ask someone such as a family member or friend to help them with decisions about their health care. They may fill out a form to give someone the legal authority to make medical decisions for them.

- Give their doctors written instructions about how they want them to handle their medical care. This includes "Advanced Directives," "Living Will" and "Power of Attorney for Health Care" if they become unable to make decisions for themself. They can contact Member Services to ask for the forms.

### Personal rights

- Be treated with dignity, respect and fairness at all times. We must obey laws that protect members from discrimination or unfair treatment. We do not discriminate based on a person's:

  - Race
  - Mental or physical disability
  - Religion
  - Gender
  - Sexual orientation
  - Health status
  - Ethnicity
  - Creed
  - Age
  - Claims experience
  - Medical history
  - Genetic information
  - Evidence of insurability
  - Geographic location within the service area
  - National origin

- Have the privacy of their medical records and personal health information protected as required by federal and state laws. There are exceptions allowed or required by law, such as release of health information to government agencies that are checking on quality of care.

- Receive a written notice called a "Notice of Privacy Practice" that tells them about privacy of their medical records and personal health information rights and explains how we protect the privacy of their health information.

- Look at medical records held at the plan and get a copy of their records.

- Ask Aetna® to make additions or corrections to their medical records.

- Know how their health information has been given out and used for non-routine purposes.

- See the Provider Directory for a list of the providers in the plan's network. Call Member Services or visit **AetnaMedicare.com** to learn more about our providers.

### Input

- Suggest changes in the plan's policies and services, including our Member Rights and Responsibilities policy.

### Responsibilities

As an Aetna Medicare Advantage HMO and PPO plan member **without a prescription drug benefit**, they have a responsibility to:

- Exercise their rights.

- Learn about their coverage and the rules they must follow to get care as a member.

71

Follow instructions

- Tell their doctor or other health care providers that they're enrolled in our plan. Show their member ID card whenever they get medical care.

- Give their doctor and other health care providers the information they need to care for them.

- Follow the treatment plans and instructions that they and their doctors agree upon.

- Act in a way that supports the care given to other patients and helps the smooth running of their doctor's office, hospitals and other offices.

- Tell our plan if they have additional health insurance and use all of their insurance coverage.

- Pay their plan premiums, copayments and coinsurance for their covered services.

- Pay for services that aren't covered.

Communicate

- Ask their doctor and other health care providers, if necessary, for simple explanations of their treatment.

- Let us know if they move.

- Let us know if they have any questions, concerns, problems or suggestions.

# First Health® and Cofinity® networks

## About First Health and Cofinity

Our networks include the First Health Network and Cofinity Network. First Health is one of the nation's largest and most respected preferred provider organizations. Cofinity is a leading regional network in Michigan and Colorado. You will know when your patient is a member. One of our network logos will be on the identification card.

Our relationships with providers are an important part of our success. We are committed to making sure that you receive the latest information, technology and tools available when serving your patients.

First Health serves a wide range of payers, including third-party administrators, carriers, employers, Taft-Hartley trusts and government entities. More than 5.5 million people access the First Health network each year. We serve the needs of student plans, unions and health plans, as well as self-insured employer groups and international payers. Payment policies may differ.

## Our provider portal

Our provider portal, **FirstHealth.com**, allows you secure access to claims and pricing sheets for First Health's networks. You can:

- Search for claims by patient or physician

- View and print pricing sheets

- Research and correct misdirected claims

To register, you will need a tax identification number (TIN), health plan name and member's ID number. If you need help registering, please contact Net Support at **1-866-284-8041**.

### Eligibility
To get eligibility information, use any of the ways below:

- Phone: Call the payer phone number on the member's ID card

- Phone: **1-800-937-6824, option 3 (TTY: 711)**

- Website: **FirstHealth.com**

### Referrals
- Website: To find a participating specialist, use the "Locate a Provider" button on **FirstHealth.com**

- Phone: Call the payer phone number on the member's ID card

- Phone: If you don't have access to the ID card, call **1-800-937-6824, option 3 (TTY: 711)**

### Claims submission
- Email: Send claims electronically to the payer ID email address on the member's ID card

- Mail: Use the address on the member's ID card

- Phone: If you don't have access to the ID card, call **1-800-937-6824, option 3 (TTY: 711)**

## Claims status

• Phone: Call the payer phone number on the member's ID card

• Phone: If you don't have access to the ID card, call **1-800-937-6824**, option 3 (TTY: **711**)

## Claims follow-up

• Phone: Call the payer phone number on the member's ID card

• Website: **FirstHealth.com**

• Phone: If you don't have access to the ID card or website, call **1-800-937-6824**, option 3 (TTY: **711**)

## Fee schedules

Access **FirstHealth.com** and select the "Request a Fee Schedule" tab for:

• Current or future fee schedules

• Full or sample schedules

• Single procedure code or range

• Changed values (future only)

## Provider services

Call **1-800-937-6824**, option 3 (TTY: **711**) for:

• All inquiries about the First Health Network

• Demographic updates

• Credentialing or contract requests

• Provider participation verification

## Complaints and grievances

Request a copy of the First Health Complaints and Grievances process.

• Mail: First Health Complaints and Grievances, 3611 Queen Palm Drive, Suite 201, Tampa, FL 33619

• Phone: Provider Services at **1-800-937-6824**, option 3 (TTY: **711**)

Questions? Go to **FirstHealth.com** to read the "First Health Network Provider Reference Guide."

All registered company, product and service names are the property of their respective owners.

**Aetna.com**

©2023 Aetna Inc.
1126773-01-02  (8/23)

