# EXHIBIT R

## (Document Subject to Pending Motion to File Under Seal)